To:

**GODADDY LLC**
ATT:  Aman Bhutani/Designated Agent
14455 N. Hayden Rd.
Scottsdale,  AZ  85260



**GODADDY LLC** is the **Domain Registrar of Record** of the following **Concealed Entities:**

      **a)  cheaterexpose.com**
      **b)  exposecheater.com**
      **c)  cheaterboard.com**

Attached are the documents for the lawsuit I filed against you and the above Entities Concealed by your privacy policy.  In addition to the GODADDY LLC Court SUMMONS AND DOCUMENTS attached, I have served you the Court SUMMONS and DOCUMENTS for the Concealed Entities because you are their **Domain Registrar of Record** and their identities/physical addresses are concealed by you**.**

The DOCUMENTS attached are:

            8:20-CV-01066-TDC    SUMMONS IN A CIVIL ACTION

            8:20-CV-01066-TDC    CASE MANAGEMENT ORDER

            8:20-CV-01066-TDC    COMPLAINT

                               /s/ Obadiah O. Kegege      6/23/2020
                               Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  TDC-20-1066 |
| | ) |
| GODADDY LLC, et al. , | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Aman Bhutani/Designated Agent
GODADDY LLC
14455 N. Hayden Rd.
Scottsdale, AZ 85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    GODADDY LLC

was received by me on *(date)*

⬜ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

⬜ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

⬜ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

⬜ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served using USPS Certified mail Restricted
Delivery.
Also, GODADDY LLC was served electronic Summon by email

My fees are $ **25.00** for travel and $ **15.05** for services, for a total of $ **40.05**

I declare under penalty of perjury that this information is true.

Date:   07-27-2020                     Obadiah O.
                                        *Server's signature*

                                 OBADIAH  O.  KEGIEGE
                                        *Printed name and title*
                                 P-O  BOX  1153
                                 Greenbelt, MD  20768
                                        *Server's address*

Additional information regarding attempted service, etc:

See attached USPS Return Receipt
and attached Letter to GODADDY LLC



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SCOTTSDALE, AZ 85260

OFFICIAL USE

Certified Mail Fee

$    $2.85                                    0747
                                               25
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00
☒ Certified Mail Restricted Delivery $  $0.00        Postmark
☐ Adult Signature Required         $  $0.00          Here
☐ Adult Signature Restricted Delivery $

Postage
$    $3.20
Total Postage and Fees
$    $15.05                          06/23/2020

Sent To    GODADDY LLC
Street and Apt. No., or PO Box No.
           14455 N. Hayden Rd
City, State, ZIP+4®
           Scottsdale, AZ 85260

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

7020 0090 0001 0314 2306

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GODADDY LLC
14455 N. Hayden Rd
Scottsdale, AZ 85260

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5601 9274 4913 43

2. Article Number *(Transfer from service label)*
7020 0090 0001 0314 2306

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____                    ☒ Agent
                                     ☐ Addressee
B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

Case No.:  8:20-CV-01066-TDC



## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  17 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (WTFSCAM.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to  **WTFSCAM.COM** using the official email provided by the Domain Registrar of

Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as required by

the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:  **WTFSCAM.COM**

   Domain Registrant Email:  **pw-d58086297caf12dcd80828bec0cc4f77@privacyguardian.org**

   Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents

using the following emails:  legal@namesilo.com,  abuse@namesilo.com,

Attached hereto is a true and correct copy of the email communication.

                                                    /s/ Obadiah O. Kegege
                                                    Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

OBADIAH OSEKO KEGEGE

    *Plaintiff(s)*

v.

WTFSCAM.COM, et al. ,

    *Defendant(s)*

)
)
)
)
)
)
)
)
)
)

Civil Action No.    TDC-20-1066

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    WTFSCAM.COM
    C/O Domain Registrar of Record - NAMESILO LLC
    ATT: Michael Goldfarb/Designated Agent
    1300 E. Missouri Avenue,
    Suite A-110,
    Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Obadiah O Kegege
    P.O. Box 1153
    Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/16/2020

                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  WTFSCAM.COM

was received by me on *(date)*   6/22/20 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served summon using WTFSCAM.com official email provided by Domain Registrar of ~~Post~~ Record and available on Domain name Lookup

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  07-26-2020                          Obadiah-k.
                                    _____
                                            *Server's signature*

                                    OBADIAH  O.  KEGEGE
                                    _____
                                            *Printed name and title*
                                    P.O BOX 1153
                                    Greenbelt, MD 20768
                                    _____
                                            *Server's address*

Additional information regarding attempted service, etc:

See attached Certificate of Service and email communication

 **Gmail**

Obadiah Kegege <obadiahke@gmail.com>

## US District Court  Case No.:  8:20-CV-01066-TDC  WTFSCAM.COM

**Obadiah Kegege** <obadiahke@gmail.com>        Sun, Jul 26, 2020 at 6:52 PM
To: pw-d58086297caf12dcd80828bec0cc4f77@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **WTFSCAM.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

     **8:20-CV-01066-TDC, Document 5, Pg.  5 of 62:  SUMMONS IN A CIVIL ACTION**
     **8:20-CV-01066-TDC, Document 2:   CASE MANAGEMENT ORDER**
     **8:20-CV-01066-TDC:   COMPLAINT**
     **CERTIFICATE OF SERVICE**

Also, attached are the printouts of WTFSCAM.COM **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied: **NAMESILO LLC**  (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

**6 attachments**



       **Court Summon - wtfscam.com.jpg**
       1446K

 **Case Management Order 8-20-CV-01066-TDC.pdf**
    1136K

    **US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**

 3790K

**Certificate of Service - WTFSCAM_COM.pdf**
426K

**WTFSCAM.COM ICANN Lookup 2020_07_26.pdf**
135K

**WTFSCAM.COM Whois Lookup 2020_07_26.pdf**
73K

Case No.:  8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

    8:20-CV-01066-TDC, Document 5, Pg.  15 of 62:  **SUMMONS IN A CIVIL ACTION**
    8:20-CV-01066-TDC, Document 2:  **CASE MANAGEMENT ORDER**
    8:20-CV-01066-TDC:  **COMPLAINT**
    **CERTIFICATE OF SERVICE**
    **Defendant's (HELLOCHEATERS.COM)** Up-to-date **contact email** as provided by ICANN

were served via email to  **HELLOCHEATERS.COM** using the official email provided by the Domain

Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

    Domain Name:  **HELLOCHEATERS.COM**

    Domain Registrant Email:  **pw-f085723d6e81865be1238f23dfbf0185@privacyguardian.org**

    Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents

using the following emails:  legal@namesilo.com,  abuse@namesilo.com,

Attached hereto is a true and correct copy of the email communication.

                          /s/ Obadiah O. Kegege_____
                          Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*  Hello cheaters. Com

was received by me on *(date)*  6|22|20 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served Summon using "Hellocheaters. com" official email Provided by Domain Registrar of Record, and available on Domain Name Lookup

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  07-26-2020

_____
Server's signature

OBADIAH   O   KEGEGE
Printed name and title

P·O BOX 1153

Greenbelt, MD  20768
_____
Server's address

Additional information regarding attempted service, etc:

See attached Certificate of Service and email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.    TDC-20-1066 |
| | ) |
| HELLOCHEATERS.COM, et al , | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    HELLOCHEATERS.COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      6/16/2020                                            _____
*Signature of Clerk or Deputy Clerk*

 **Gmail**                                      Obadiah Kegege <obadiahke@gmail.com>

---

## US District Court  Case No.:  8:20-CV-01066-TDC  HELLOCHEATERS.COM

**Obadiah Kegege** <obadiahke@gmail.com>                          Sun, Jul 26, 2020 at 6:44 PM
To: pw-f085723d6e81865be1238f23dfbf0185@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **HELLOCHEATERS.COM** ,


Please find the attached documents for the case I filed against you at the US District Court:

    **8:20-CV-01066-TDC, Document 5, Pg.  15 of 62:   SUMMONS IN A CIVIL ACTION**
    **8:20-CV-01066-TDC, Document 2:   CASE MANAGEMENT ORDER**
    **8:20-CV-01066-TDC:   COMPLAINT**
    **CERTIFICATE OF SERVICE**


Also, attached are the printouts of HELLOCHEATERS.COM **up-to-date contact email** available on the Whois.com
Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name
Registration Lookup, as of July 26, 2020.


Copied: **NAMESILO LLC** (legal@namesilo.com,  abuse@namesilo.com)




Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020




**6 attachments**


        **Court Summon - hellocheaters.com.jpg**
        1433K

**Case Management Order 8-20-CV-01066-TDC.pdf**
1136K

**US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

**Certificate of Service - HELLOCHEATERS_COM.pdf**
424K

**HELLOCHEATERS.COM Whois Lookup 2020_07_26.pdf**
73K

**HELLOCHEATERS.COM ICANN Lookup 2020_07_26.pdf**
135K

Case No.:  8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  13 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (CHEATERXPOSED.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to  **CHEATERXPOSED.COM** using the official email provided by the Domain

Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:  **CHEATERXPOSED.COM**

   Domain Registrant Email:  **pw-b045d252466bcf27d57303f76a4b73f9@privacyguardian.org**

   Domain Registrar Email:  abuse@namesilo.com

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents

using the following emails:  legal@namesilo.com,  abuse@namesilo.com,

Attached hereto is a true and correct copy of the email communication.

/s/ Obadiah O. Kegege
Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) *Cheaterxposed . com,*
was received by me on (date)  6/22/20 .

☐ I personally served the summons on the individual at (place)
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): I Served the Summon using official email for
Cheaterxposed.com provided by Domain Registrar of Record,
and available on Domain name LookUp

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:  07-26-2020

*Obadih K.*
Server's signature

OBADIAH  O  KESESE
Printed name and title

P.O BOX 1153
Greenbelt, MD 20768
Server's address

Additional information regarding attempted service, etc:
See attached certificate of Service and
email Communication .

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.   TDC-20-1066 |
| | ) |
| CHEATERXPOSED.COM, et al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHEATERXPOSED COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/16/2020

_____
*Signature of Clerk or Deputy Clerk*

 Gmail           Obadiah Kegege <obadiahke@gmail.com>

## Correction:  US District Court  Case  No.:  8:20-CV-01066-TDC CHEATERXPOSED.COM

**Obadiah Kegege** <obadiahke@gmail.com>     Sun, Jul 26, 2020 at 10:38 PM
To: pw-b045d252466bcf27d57303f76a4b73f9@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **CHEATERXPOSED.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

  **8:20-CV-01066-TDC, Document 5, Pg.  13 of 62:  SUMMONS IN A CIVIL ACTION**
  **8:20-CV-01066-TDC, Document 2:  CASE MANAGEMENT ORDER**
  **8:20-CV-01066-TDC:  COMPLAINT**
  **CERTIFICATE OF SERVICE**

Also, attached are the printouts of CHEATERXPOSED.COM **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied: **NAMESILO LLC** (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

**6 attachments**



   **Court Summon - cheaterxposed.com.jpg**
   1467K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
 1136K

📄 **US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
 3790K

**Certificate of Service - CHEATERXPOSED_COM.pdf**
427K

**CHEATERXPOSED.COM Whois Lookup 2020_07_26.pdf**
73K

**CHEATERXPOSED.COM ICANN Lookup 2020_07_26.pdf**
136K

Case No.:  8:20-CV-01066-TDC



## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege HEREBY CERTIFY that on this 26th day of July, 2020, copies of the following

documents:

    8:20-CV-01066-TDC, Document 5, Pg. 5 of 62:   **SUMMONS IN A CIVIL ACTION**
    8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
    8:20-CV-01066-TDC:   **COMPLAINT**
    **CERTIFICATE OF SERVICE**
    **Defendant's (SHESHOMEWRECKER.COM)** Up-to-date **contact email** as provided by ICANN

were served via email to  **SHESHOMEWRECKER.COM** using the official email provided by the Domain

Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

    Domain Name:  **SHESHOMEWRECKER.COM**

    Domain Registrant Email:  **pw-f9474eb5f0455e2320911fa1f3f7ec3f@privacyguardian.org**

    Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents

using the following emails:  legal@namesilo.com,  abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

                         /s/ Obadiah O. Kegege_____
                         Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Sheshomewrecker.Com
was received by me on *(date)*    6/22/20    .

☐ I personally served the summons on the individual at *(place)*

           on *(date)*         ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

        , a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*      , who is

designated by law to accept service of process on behalf of *(name of organization)*

        on *(date)*       ; or

☐ I returned the summons unexecuted because       : or

☒ Other *(specify):*  Served Sheshomewrecker.com using official
email provided by Domain Registrar of Record NAMESILO LLC
and available on Domain Name Lookup.

My fees are $       for travel and $       for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  07-26-2020

                            Obadiah-o.
                                *Server's signature*

                OBADIAH  O.  KEGEGE
                          *Printed name and title*
                P.O  Box  1153
                Greenbelt,  MD  20768
                         *Server's address*

Additional information regarding attempted service, etc:

See attached  Certificate of  Service and
email  Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )  Civil Action No.   TDC-20-1066 |
| | ) |
| SHESHOMEWRECKER.COM, et. al., | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SHESHOMEWRECKER.COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue.
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/16/2020

Signature of Clerk or Deputy Clerk

 Gmail                  Obadiah Kegege <obadiahke@gmail.com>

---

# US District Court Case No.: 8:20-CV-01066-TDC   SHESHOMEWRECKER.COM

**Obadiah Kegege** <obadiahke@gmail.com>            Sun, Jul 26, 2020 at 6:37 PM
To: pw-f9474eb5f0455e2320911fa1f3f7ec3f@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear SHESHOMEWRECKER.COM ,


Please find the attached documents for the case I filed against you at the US District Court:

      **8:20-CV-01066-TDC, Document 5, Pg. 5 of 62:    SUMMONS IN A CIVIL ACTION**
      **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
      **8:20-CV-01066-TDC:    COMPLAINT**
      **CERTIFICATE OF SERVICE**


Also, attached are the printouts of SHESHOMEWRECKER.COM **up-to-date contact email** available on the
Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN)
Domain Name Registration Lookup, as of July 26, 2020.


Copied: **NAMESILO LLC** (legal@namesilo.com,   abuse@namesilo.com)



Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

July 26, 2020

---

**6 attachments**



           **Court Summon - sheshomewrecker.com.jpg**
           1453K


📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
    1136K

📄 **US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
    3790K

**Certificate of Service - SHESHOMEWRECKER_COM.pdf**
425K

**SHESHOMEWRECKER.COM Whois Lookup 2020_07_26.pdf**
74K

**SHESHOMEWRECKER.COM ICANN Lookup 2020_07_26.pdf**
135K

Case No.:   8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

 8:20-CV-01066-TDC, Document 5, Pg.  9 of 62:   **SUMMONS IN A CIVIL ACTION**
 8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
 8:20-CV-01066-TDC:   **COMPLAINT**
 **CERTIFICATE OF SERVICE**
 **Defendant's (CATFISHED.NET)** Up-to-date **contact information/email** as provided by ICANN

were served via email to  **CATFISHED.NET** using the official email provided by the Domain Registrar of

Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as required by

the Internet Corporation for Assigned Names and Numbers (ICANN):

 Domain Name:   **CATFISHED.NET**

 Domain Registrant Email:  **pw-9c53a50e22c4238aeca3b00800004e7f@privacyguardian.org**

 Domain Registrar Email: **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents
using the following emails:  legal@namesilo.com,  abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

/s/ Obadiah O. Kegege_____
Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     Catfished.Net
was received by me on *(date)*     6/22/20

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*   Served Catfished.net using official email
Provided by Domain Registrar of Record NAMESILO LLC
and available on Domain Name Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00

I declare under penalty of perjury that this information is true.

Date:   07-26-2020                    Obadiah K .
                                        *Server's signature*

                                 OBADIAH O. KEGEGE
                                   *Printed name and title*
                              P.O Box 1153
                              Greenbelt, MD 20768
                                   *Server's address*

Additional information regarding attempted service, etc:
    See attached Certificate of Service and
    email Communication.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   TDC-20-1066 |
| | ) | |
| CATFISHED.NET, et al. , | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CATFISHED.NET
C/O Domain Registrar of Record – NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue.
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/16/2020

*Signature of Clerk or Deputy Clerk*

 **Gmail**　　　　　　　　　　　　　　　　Obadiah Kegege <obadiahke@gmail.com>

---

## US District Court  Case No.:  8:20-CV-01066-TDC   CATFISHED.NET

**Obadiah Kegege** <obadiahke@gmail.com>　　　　　　　　　　　Sun, Jul 26, 2020 at 6:34 PM
To: pw-9c53a50e22c4238aeca3b00800004e7f@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **CATFISHED.NET** ,

Please find the attached documents for the case I filed against you at the US District Court:

　　　**8:20-CV-01066-TDC, Document 5, Pg.  9 of 62:   SUMMONS IN A CIVIL ACTION**
　　　**8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
　　　**8:20-CV-01066-TDC:    COMPLAINT**
　　　**CERTIFICATE OF SERVICE**

Also, attached are the printouts of CATFISHED.NET **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied: **NAMESILO LLC** (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

---

**6 attachments**



　　　　　**Court Summon - catfished.net.jpg**
　　　　　1427K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
　　1136K

**US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

**Certificate of Service - CATFISHED_NET.pdf**
426K

**CATFISHED.NET Whois Lookup 2020_07_26.pdf**
69K

**CATFISHED.NET ICANN Lookup 2020_07_26.pdf**
135K

Case No.:  8:20-CV-01066-TDC



## **CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th  day of July, 2020,  copies of the following

documents:

      8:20-CV-01066-TDC, Document 5, Pg.  7 of 62:   **SUMMONS IN A CIVIL ACTION**
      8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
      8:20-CV-01066-TDC:   **COMPLAINT**
      **CERTIFICATE OF SERVICE**
      **Defendant's (WORSTHOMEWRECKERS.COM)** Up-to-date **contact email** as provided by ICANN

were served via email to **WORSTHOMEWRECKERS.COM** using the official email provided by the Domain
Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as
required by the Internet Corporation for Assigned Names and Numbers (ICANN):

    Domain Name:   **WORSTHOMEWRECKERS.COM**

    Domain Registrant Email:  **pw-d5d6ace87014f228550cbae7419fbcdc@privacyguardian.org**

    Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents
using the following emails:  legal@namesilo.com,  abuse@namesilo.com,

Attached hereto is a true and correct copy of the email communication.

                            /s/ Obadiah O. Kegege_____
                            Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Worsthomewreckers.com
was received by me on *(date)*    6/22/20

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there.
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summon using official email for
WORSTHOMEWRECKERS.Com provided by Domain Registrar of
Record and available on Domain Name Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:   07-26-2020

Obadiah O.
_____
Server's signature

OBADIAH - O. KAAEGE
_____
Printed name and title

P.O Box 1153  Greenbelt, MD 20768
_____
Server's address

Additional information regarding attempted service, etc:

See Attached Certificate of Service and
email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    TDC-20-1066 |
| | ) | |
| WORSTHOMEWRECKERS.COM, et al , | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    WORSTHOMEWRECKERS.COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020

_____
Signature of Clerk or Deputy Clerk

 Gmail                           Obadiah Kegege <obadiahke@gmail.com>

## US District Court Case No.: 8:20-CV-01066-TDC WORSTHOMEWRECKERS.COM

**Obadiah Kegege** <obadiahke@gmail.com>                    Sun, Jul 26, 2020 at 6:31 PM
To: pw-d5d6ace87014f228550cbae7419fbcdc@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **WORSTHOMEWRECKERS.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

     **8:20-CV-01066-TDC, Document 5, Pg. 7 of 62:    SUMMONS IN A CIVIL ACTION**
     **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
     **8:20-CV-01066-TDC:    COMPLAINT**
     **CERTIFICATE OF SERVICE**

Also, attached are the printouts of **WORSTHOMEWRECKERS.COM** **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied: **NAMESILO LLC** (legal@namesilo.com,   abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

July 26, 2020

**6 attachments**

**Court Summon - worsthomewreckers.com.jpg**
1471K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
1136K

**US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

**Certificate of Service - WORSTHOMEWRECKERS_COM.pdf**
427K

**WORSTHOMEWRECKERS.COM Whois Lookup 2020_07_26.pdf**
74K

**WORSTHOMEWRECKERS.COM ICANN Lookup 2020_07_26.pdf**
135K

Case No.:  8:20-CV-01066-TDC

**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

    8:20-CV-01066-TDC, Document 5, Pg.  5 of 62:  **SUMMONS IN A CIVIL ACTION**
    8:20-CV-01066-TDC, Document 2:  **CASE MANAGEMENT ORDER**
    8:20-CV-01066-TDC:  **COMPLAINT**
    **CERTIFICATE OF SERVICE**
    **Defendant's (WTFCHEATERS.COM)** Up-to-date **contact information/email** as provided by ICANN.

were served via email to **WTFCHEATERS.COM** using the official email provided by the Domain Registrar
of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as required
by the Internet Corporation for Assigned Names and Numbers (ICANN):

    Domain Name:  **WTFCHEATERS.COM**

    Domain Registrant Email:  **Pw-30e785fdb0586decd6148b85f3de37e7@privacyguardian.org**

    Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents
using the following emails:  legal@namesilo.com,  abuse@namesilo.com,

Attached hereto is a true and correct copy of the email communication.

                                        /s/ Obadiah O. Kegege
                                        Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   WTFCHEATERS.COM

was received by me on *(date)*   6/22/20   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I Served the Summons Using The Official
email for WTFCHEATERS.com provided by the Domain
Registrar of Record NAMESILO LLC, available on Domain Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:  07-26-2020

Obadiah -K.
*Server's signature*

OBADIAH -O. KEGEGE
*Printed name and title*

P.O BOX 1153 Greenbelt, MD 20768

*Server's address*

Additional information regarding attempted service, etc:

See Attached certificate of Service and
email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    TDC-20-1066 |
| | ) | |
| WTFCHEATERS.COM, et al. , | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    WTFCHEATERS.COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020

Signature of Clerk or Deputy Clerk

 Gmail          Obadiah Kegege <obadiahke@gmail.com>

## US District Court  Case No.:  8:20-CV-01066-TDC  WTFCHEATERS.COM

**Obadiah Kegege** <obadiahke@gmail.com>          Sun, Jul 26, 2020 at 6:27 PM
To: Pw-30e785fdb0586decd6148b85f3de37e7@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **WTFCHEATERS.COM** ,


Please find the attached documents for the case I filed against you at the US District Court:

       **8:20-CV-01066-TDC, Document 5, Pg.  5 of 62:  SUMMONS IN A CIVIL ACTION**
       **8:20-CV-01066-TDC, Document 2:  CASE MANAGEMENT ORDER**
       **8:20-CV-01066-TDC:  COMPLAINT**
       **CERTIFICATE OF SERVICE**


Also, attached are the printouts of WTFCHEATERS.COM  **up-to-date contact email** available on the Whois.com
Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name
Registration Lookup, as of July 26, 2020.


Copied:  **NAMESILO LLC** (legal@namesilo.com,  abuse@namesilo.com)




Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

---

**6 attachments**



       **Court Summon - wtfcheaters.com.jpg**
       1456K



📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
    1136K

**US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

**Certificate of Service - WTFCHEATERS_COM.pdf**
424K

**WTFCHEATERS.COM  ICANN Lookup  2020_07_26.pdf**
135K

**WTFCHEATERS.COM  Whois Lookup  2020_07_26.pdf**
73K

Case No.:  8:20-CV-01066-TDC



## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege HEREBY CERTIFY that on this 24th day of July, 2020, copies of the following

documents:

> 8:20-CV-01066-TDC, Document 5, Pg. 3 of 62:   **SUMMONS IN A CIVIL ACTION**
>
> 8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
>
> 8:20-CV-01066-TDC:   **COMPLAINT**
>
> **Defendant's** Up-to-date **contact information/email** as provided by ICANN

were served via email to **WTFCHEATER.COM** using the official email provided by the Domain Registrar of Record **INTERNET DOMAIN SERVICE BS CORP (whoisprivacycorp.com),** and available on the internet Domain Name Registration Lookup as required by the Internet Corporation for Assigned Names and Numbers (ICANN):

> Domain Name:  **WTFCHEATER.COM**
>
> Domain Registrant Email:  **wtfcheater.com-owner-oams@customers.whoisprivacycorp.com**
>
> Technical Contact Email: **wtfcheater.com-tech-sh6h@customers.whoisprivacycorp.com**
>
> Administrative Email: **wtfcheater.com-admin-ezpe@customers.whoisprivacycorp.com**

Both the Domain Registrars of Record **INTERNET DOMAIN SERVICE BS CORP** who is also the **Registrar of Record** for the Privacy Service **WHOISPRIVACYCORP.COM** have been copied all the above mentioned documents.

Attached hereto is a true and correct copy of the email communication.

/s/ Obadiah O. Kegege
Obadiah O. Kegege

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     WTF CHEATER . COM

was received by me on *(date)*     6/22/20

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I Served The Summon using WTFCHEATER.Com
official email provided by the Domain Register of Record,
and available on Domain Name Lookup

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  07-24-2020                         Obadiah t.
_____
                                              *Server's signature*

                    OBADIAH O. KEGEGE
                    _____
                         *Printed name and title*

              P.O Box 1153, Greenbelt, MD 20768
              _____
                         *Server's address*

Additional information regarding attempted service, etc:

See Attached Certificate of Service and
email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Maryland

OBADIAH OSEKO KEGEGE

)
)
)
)
)
*Plaintiff(s)*
)
v.                                    )        Civil Action No.        TDC-20-1066
)
WTFCHEATER.COM, et al.                )
)
)
*Defendant(s)*                        )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    WTFCHEATER.COM
C/O Domain Registrar of Record / NAMESILO LLC
ATTN: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

*Correction of Address Attached next page*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:     6/16/2020

*Signature of Clerk or Deputy Clerk*

Case 8:20-cv-01066-TDC Document 5 Page 3 of 62

Amended Copy

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

|  |  |  |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.    TDC-20-1066 |
| | ) | |
| WTFCHEATER.COM, et al. , | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    WTFCHEATER.COM
C/O  Domain Registrar of Record - INTERNET DOMAIN SERVICE BS CORP
Ocean Centre, Montagu Foreshore,
East Bay Street, Nassau,
The Bahamas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O.  Box  1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

 **M** Gmail

Obadiah Kegege <obadiahke@gmail.com>

## US District Court   CaseNo.:   8:20-CV-01066-TDC WTFCHEATER.COM

**Obadiah Kegege** <obadiahke@gmail.com>          Fri, Jul 24, 2020 at 3:31 PM
To: wtfcheater.com-owner-oams@customers.whoisprivacycorp.com, wtfcheater.com-tech-sh6h@customers.whoisprivacycorp.com, wtfcheater.com-admin-ezpe@customers.whoisprivacycorp.com, admin@internet.bs, info@whoisprivacycorp.com

Dear **WTFCHEATER.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

      **8:20-CV-01066-TDC, Document 5, Pg. 3 of 62:   SUMMONS IN A CIVIL ACTION**
      **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
      **8:20-CV-01066-TDC:    COMPLAINT**
      **CERTIFICATE OF SERVICE**

Also, I have attached your updated contact information/emails as given by the Internet Corporation for Assigned Names and Numbers (ICANN) as of July 24th, 2020.

**CC: INTERNET DOMAIN SERVICE BS CORP**
**CC: WHOISPRIVACYCORP.COM** (Privacy Service for INTERNET DOMAIN SERVICE BS CORP)

Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768

**7 attachments**

                       **Court Summon - WTFCHEATER_COM.jpg**
                       1342K

    **Case Management Order 8-20-CV-01066-TDC.pdf**
    1136K

    **US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
    3790K

    **WTFCHEATER - Cert of Service.pdf**
    420K

    **WTFCHEATER.COM   ICANN Lookup 2020_07_24.pdf**
    171K

Case 8:20-cv-01066-TDC    Document 7    Filed 07/28/20    Page 45 of 162

**Whoisprivacycorp.com ICANN Lookup 2020_07_24.pdf**
180K

**INTERNET DOMAIN SERVICE BS CORP ICANN Lookup 2020_07_24.pdf**
183K

Case No.:  8:20-CV-01066-TDC

**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

  8:20-CV-01066-TDC, Document 5, Pg.  1 of 62:  **SUMMONS IN A CIVIL ACTION**
  8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
  8:20-CV-01066-TDC:   **COMPLAINT**
  **CERTIFICATE OF SERVICE**
  **Defendant's (CHEATERSIREN.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to **CHEATERSIREN.COM** using the official email provided by the Domain Registrar
of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as required
by the Internet Corporation for Assigned Names and Numbers (ICANN):

  Domain Name:  **CHEATERSIREN.COM**

  Domain Registrant Email:  **pw-e414209cb5640979c25e08ab016469d6@privacyguardian.org**

  Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents
using the following emails:  legal@namesilo.com,  abuse@namesilo.com,

Attached hereto is a true and correct copy of the email communication.

                              /s/ Obadiah O. Kegege
                              Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    CHEATERSIREN. COM

was received by me on *(date)*    06|22|20   .

    ❏ I personally served the summons on the individual at *(place)*

                       on *(date)*         ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)*

                       , a person of suitable age and discretion who resides there,

on *(date)*         , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)*         , who is

    designated by law to accept service of process on behalf of *(name of organization)*

                       on *(date)*         ; or

    ❏ I returned the summons unexecuted because         ; or

    ✗ Other *(specify):* Served Cheatersiren.com using official email provided by Domain Registrar of Record NAMESILO LLC and Available on the Internet Domain Name Lookup.

My fees are $         for travel and $         for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date:   07-26-2020

                               Obadiah ✝ .
                                    *Server's signature*

                     OBADIAH O KEGEGE
                               *Printed name and title*
                     P.O Box 1153
                     Greenbelt, MD 20768

                                    *Server's address*

Additional information regarding attempted service, etc:

See attached certificate of Service and email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.   TDC-20-1066 |
| | ) |
| CHEATERSIREN.COM, et al., | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   CHEATERSIREN.COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110.
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/16/2020

_Signature of Clerk or Deputy Clerk_

 **Gmail**                                                    Obadiah Kegege <obadiahke@gmail.com>

---

# US District Court  Case No.:  8:20-CV-01066-TDC   CHEATERSIREN.COM

**Obadiah Kegege** <obadiahke@gmail.com>                                          Sun, Jul 26, 2020 at 6:48 PM
To: pw-e414209cb5640979c25e08ab016469d6@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

---

Dear **CHEATERSIREN.COM** ,


Please find the attached documents for the case I filed against you at the US District Court:

      **8:20-CV-01066-TDC, Document 5, Pg.  1 of 62:   SUMMONS IN A CIVIL ACTION**
      **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
      **8:20-CV-01066-TDC:    COMPLAINT**
      **CERTIFICATE OF SERVICE**


Also, attached are the printouts of CHEATERSIREN.COM **up-to-date contact email** available on the Whois.com
Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name
Registration Lookup, as of July 26, 2020.


Copied: **NAMESILO LLC** (legal@namesilo.com,  abuse@namesilo.com)



Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

---

**6 attachments**


        **Court Summon - cheatersiren.com.jpg**
        1451K



📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
   1136K

   **US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**

 3790K

📄 **Certificate of Service - CHEATERSIREN_COM.pdf**
425K

📄 **CHEATERSIREN.COM  Whois  Lookup  2020_07_26.pdf**
74K

📄 **CHEATERSIREN.COM  ICANN Lookup  2020_07_26.pdf**
135K

Case No.:  8:20-CV-01066-TDC



## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 25th  day of July, 2020,  copies of the following

documents:

- **8:20-CV-01066-TDC    SUMMONS IN A CIVIL ACTION**  ( the Summons are attached on the email

  in the following order:  NamePal LLC,  deadbeatregistry.com,  and  scamfound.com).

- **8:20-CV-01066-TDC   CASE MANAGEMENT ORDER**

- **8:20-CV-01066-TDC    COMPLAINT**

- **CERTIFICATE OF SERVICE**

- Printout of **NAMEPAL LLC** up-to-date **contact information/email** as provided by ICANN lookup

  and Whois Lookup, as of July 25, 2020.

were served via email to **NAMEPAL LLC,**  using the following the contact email provided on **Whois
Domain Lookup.**   The same copies and the Court Summons and Documents have been copied to
**NAMESILO LLC** (the parent Company that owns NAMEPAL LLC).

Attached hereto is a true and correct copy of the email communication.

/s/ Obadiah O. Kegege
Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    NAMEPAL LLC

was received by me on *(date)*    6/22/20

☐ I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                        , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                              ; or

☐ I returned the summons unexecuted because                                        ; or

☒ Other *(specify)* Served Summon using official email provided by Domain Registrar and available on Domain name Look up. The Parent Company NAMESiLO LLC was copied the email

My fees are $            for travel and $            for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:  07-25-2020                        Obadiah K.
                                        _____
                                        *Server's signature*

                                        OBADIAH O. KEGEGIE
                                        _____
                                        *Printed name and title*

                                        P.O Box 1153
                                        Greenbelt, MD 20768
                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

See attached Certificate of Service and email Communication

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.  TDC-20-1066 |
| | ) |
| NAMEPAL LLC, et al., | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      NAMEPAL  LLC
C/O  NAMESILO LLC / Michael Goldfarb
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O.  Box  1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:      6/16/2020

_____
*Signature of Clerk or Deputy Clerk*

 Obadiah Kegege <obadiahke@gmail.com>

---

## US District Court Case No.: 8:20-CV-01066-TDC NAMEPAL LLC, et al.

**Obadiah Kegege** <obadiahke@gmail.com>          Sat, Jul 25, 2020 at 8:32 PM
To: admin@namepal.com
Cc: abuse@namesilo.com, obadiah_ke@hotmail.com

**To:**    **NAMEPAL LLC** (a company owned by **NAMESILO LLC**)
**To:**    **DEADBEATREGISTRY.COM,** AND **SCAMFOUND.COM**

Attached are the documents for the lawsuit I filed against **NAMEPAL LLC (/NAMESILO LLC)** and the **Concealed Entities** that **NAMEPAL LLC** is serving as their **Domain Registrar of Record.**

The correct identities/physical addresses of the **Concealed Entities** listed below are known by **NAMEPAL LLC** and these **Concealed Entities** can only be contacted through **NAMEPAL LLC (/NAMESILO LLC).** As a result, attached to this email are the **Summons** and **Court Documents** for the following **Concealed Entities:**

       **a)**   deadbeatregistry.com
       **b)**   scamfound.com

The DOCUMENTS attached are:

- **8:20-CV-01066-TDC SUMMONS IN A CIVIL ACTION** ( The Summons are arranged in the following order: NamePal LLC, deadbeatregistry.com, and scamfound.com)
- **8:20-CV-01066-TDC CASE MANAGEMENT ORDER**
- **8:20-CV-01066-TDC COMPLAINT**
- **CERTIFICATE OF SERVICE**
- Printout of **NAMEPAL LLC** up-to-date **contact information/email** as provided by ICANN lookup and

Whois Lookup, as of July 25, 2020.

Respectfully submitted by,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

July 25, 2020

---

**8 attachments**

         **Court Summon - NamePal LLC.jpg**
         1427K

7/25/2020 Gmail - US District Court Case No - 8:20-CV-01066-TDC NAMEPAL LLC, et al.

Case 8:20-cv-01066-TDC Document 7 Filed 07/28/20 Page 55 of 162



**Court Summon - deadbeatregistry.com.jpg**
1469K

**Court Summon - scamfound.com.jpg**
1449K

**Case Management Order 8-20-CV-01066-TDC.pdf**
1136K

**US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

**Certificate of Service - NAMEPAL LLC et al.pdf**
428K

**NAMEPAL LLC Whois Lookup 2020_07_25.pdf**
71K

**NAMEPAL LLC ICANN Lookup 2020_07_25.pdf**
131K

Case No.:  8:20-CV-01066-TDC



### CERTIFICATE OF SERVICE

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 25th  day of July, 2020,  copies of the following

documents:

- **8:20-CV-01066-TDC    SUMMONS IN A CIVIL ACTION**  ( Arranged in the following order:
  NameSilo LLC,  NamePal LLC,  wtfcheaters.com, worsthomewreckers.com, catfished.net,
  sheshomewrecker.com,  cheaterxposed.com,  hellocheaters.com,  cheatersiren.com,
  wtfscam.com,  reportaffairs.com,  cheaterinformer.com,  wikicheater.com,
  exposecheatingonline.com,  cheaterpicture.com,  internetcheater.com, dontdateacheater.com,
  cheaterradar.com,  deadbeatregistry.com,  and  scamfound.com)
- **8:20-CV-01066-TDC    CASE MANAGEMENT ORDER**
- **8:20-CV-01066-TDC    COMPLAINT**
- **CERTIFICATE OF SERVICE**
- Printout of **NAMESILO LLC**  up-to-date **official contact emails** as provided by ICANN, DMCA

  directory, and  **NAMESILO LLC** Website, as of July 25, 2020.


were served via email to  **NAMESILO LLC** using the following official contact emails provided on
**NAMESILO LLC** website, the **NAMESILO LLC** contact email provided by the Internet Corporation for
Assigned Names and Numbers (ICANN) lookup, and the email given by the www.copyright.gov/dmca-
directory Digital Millennium Copyright Act (DMCA) website for **NAMESILO LLC**  DMCA Designated
Agent.


Attached hereto is a true and correct copy of the email communication.




                                            /s/ Obadiah O. Kegege
                                            Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      TDC-20-1066

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  NAMESiLO LLC
was received by me on *(date)*  6/22/20 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  Summons were served using official NAMESiLO LLC
emails and copied to NAMESiLO LLC Legal Department
as advised by NAMESiLO LLC Support representative.

My fees are $   25.00   for travel and $   21.45   for services, for a total of $  46.45 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date:  07-25-2020                              Obadi k
                                        _____
                                             *Server's signature*

                              OBADIAH  O. KEGESE
                                        *Printed name and title*
                              P·O  BOX  1153
                              Greenbelt, MD 20768

                                        _____
                                             *Server's address*

Additional information regarding attempted service, etc:

See attached:
   Certificate of service
   Email Communications and Response
prior attempted USPS certified Mail 6/23/20

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.   TDC-20-1066 |
| ) | |
| NAMESILO LLC, et al. , ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michael Goldfarb/Designated Agent
NAMESILO LLC
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/16/2020

_____
*Signature of Clerk or Deputy Clerk*

7/27/2020          Gmail - US District Court Case No.: 8:20-CV-01066-TDC NAMESILO LLC, et al.

Case 8:20-cv-01066-TDC   Document 7   Filed 07/28/20   Page 59 of 162

 Gmail                                Obadiah Kegege <obadiahke@gmail.com>

# US District Court Case No.: 8:20-CV-01066-TDC NAMESILO LLC, et al.

**Obadiah Kegege** <obadiahke@gmail.com>                              Sat, Jul 25, 2020 at 6:22 PM
To: internal_domains@namesilo.com, abuse@namesilo.com, support@namesilo.com
Cc: obadiah_ke@hotmail.com

  **To:**   **NAMESILO LLC**
  **ATT: Michael Goldfarb/Designated Agent**

  **To:**  **NamePal LLC,** wtfcheaters.com, worsthomewreckers.com, catfished.net,
  sheshomewrecker.com, cheaterxposed.com, hellocheaters.com, cheatersiren.com, wtfscam.com,
  reportaffairs.com, cheaterinformer.com, wikicheater.com, exposecheatingonline.com,
  cheaterpicture.com, internetcheater.com, dontdateacheater.com, cheaterradar.com,
  deadbeatregistry.com, **and** scamfound.com.

Attached are the documents for the lawsuit I filed against **NAMESILO LLC, NAMEPAL LLC (**a company owned by NAMESILO LLC**), and the Concealed Entities** that **NAMESILO LLC/ NAMEPAL LLC** are serving as their **Domain Registrar of Record.**

The correct identities/physical addresses of the **Concealed Entities** listed below are known by **NAMESILO LLC/ NAMEPAL LLC** and these **Concealed Entities** can only be contacted through **NAMESILO LLC/ NAMEPAL LLC.** As a result, attached to this email are the **Summons** and **Court Documents** for the following **Concealed Entities:**

          **a)**  wtfcheaters.com
          **b)**  worsthomewreckers.com
          **c)**  catfished.net
          **d)**  sheshomewrecker.com
          **e)**  cheaterxposed.com
          **f)**  hellocheaters.com
          **g)**  cheatersiren.com
          **h)**  wtfscam.com
          **i)**  reportaffairs.com
          **j)**  cheaterinformer.com
          **k)**  wikicheater.com
          **l)**  exposecheatingonline.com
          **m)**  cheaterpicture.com
          **n)**  internetcheater.com
          **o)**  dontdateacheater.com
          **p)**  cheaterradar.com
          **q)**  deadbeatregistry.com
          **r)**  scamfound.com

The DOCUMENTS attached are:

    •   **8:20-CV-01066-TDC**   **SUMMONS IN A CIVIL ACTION** ( Arranged in the following order: NameSilo LLC, NamePal LLC, wtfcheaters.com, worsthomewreckers.com, catfished.net, sheshomewrecker.com, cheaterxposed.com, hellocheaters.com, cheatersiren.com, wtfscam.com, reportaffairs.com,

cheaterinformer.com, wikicheater.com, exposecheatingonline.com, cheaterpicture.com, internetcheater.com, dontdateacheater.com, cheaterradar.com, deadbeatregistry.com, and scamfound.com)

- **8:20-CV-01066-TDC   CASE MANAGEMENT ORDER**
- **8:20-CV-01066-TDC   COMPLAINT**
- **CERTIFICATE OF SERVICE**
- Printout of **NAMESILO LLC** up-to-date **contact information/email** as provided by ICANN lookup,

www.copyright.gov/dmca-directory , and **NAMESILO LLC** Website, as of July 25, 2020.

-

Respectfully submitted by,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

July 25, 2020

---

**7 attachments**

📄 **Court SUMMONS - NameSilo LLC et al.pdf**
    2121K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
    1136K

📄 **US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
    3790K

📄 **Certificate of Service - NAMESILO LLC et al.pdf**
    426K

📄 **NAMESILO LLC Official Contact Email_DMCA Designated Agent 2020_07_25.pdf**
    60K

📄 **NameSilo LLC ICANN Lookup 2020_07_25.pdf**
    135K

📄 **NAMESILO LLC Whois Lookup - Contact Emails as of 2020_07_25.pdf**
    71K

 Gmail

Obadiah Kegege <obadiahke@gmail.com>

## US District Court  Case No.:  8:20-CV-01066-TDC  NAMESILO LLC, et  al.

**NameSilo Support** <support@namesilo.com>                                    Sun, Jul 26, 2020 at 10:21 AM
Reply-To: support@namesilo.com
To: Obadiah Kegege <obadiahke@gmail.com>
Cc: support@namesilo.com

Hello,

Please send any legal inquiries to legal@namesilo.com.

Thank you!

Best,
NameSilo Support

---- On  Sun, 26 Jul 2020 00:22:07 +0200 **"Obadiah Kegege"<**obadiahke@gmail.com**>** wrote ----

[Quoted text hidden]

7/27/2020      Gmail - US District Court Case No.: 8:20-CV-01066-TDC NAMESILO LLC, et al.

Case 8:20-cv-01066-TDC   Document 7   Filed 07/28/20   Page 62 of 162

 Gmail

Obadiah Kegege <obadiahke@gmail.com>

---

# US District Court Case No.: 8:20-CV-01066-TDC NAMESILO LLC, et al.

**Obadiah Kegege** <obadiahke@gmail.com>      Sun, Jul 26, 2020 at 10:41 AM
To: legal@namesilo.com

FYI - Documents Served to NAMESILO LLC on July 25, 2020

 [Quoted text hidden]

---

**7 attachments**

📄 **Court SUMMONS - NameSilo LLC et al.pdf**
    2121K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
    1136K

📄 **US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
    3790K

📄 **Certificate of Service - NAMESILO LLC et al.pdf**
    426K

📄 **NAMESILO LLC Official Contact Email_DMCA Designated Agent 2020_07_25.pdf**
    60K

📄 **NameSilo LLC ICANN Lookup 2020_07_25.pdf**
    135K

📄 **NAMESILO LLC Whois Lookup - Contact Emails as of 2020_07_25.pdf**
    71K



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

PHOENIX AZ 85014

OFFICIAL USE

Certified Mail Fee

$ $2.85   0747

Extra Services & Fees (check box, add fee as appropriate)   25
☐ Return Receipt (hardcopy)       $ $0.00
☐ Return Receipt (electronic)     $ $0.00
☒ Certified Mail Restricted Delivery $ $9.00       Postmark
☐ Adult Signature Required        $ $0.00          Here
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$ $9.60

Total Postage and Fees
$ $21.45                    06/23/2020

Sent To   NAMESILO LLC

Street and Apt. No., or PO Box No.
1300 E. Missouri Ave. Suite A-110

City, State, ZIP+4®
Phoenix, AZ 85014

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**To:**



**INTERNET DOMAIN SERVICE BS CORP**
Ocean Centre, Montagu Foreshore,
East Bay Street
P.O. Box  SS-19084 Nassau,
The Bahamas

**INTERNET DOMAIN SERVICE BS CORP** is the **Domain Registrar of Record** of the following **Concealed**

**Entities:**

      **a)  bustedcheaters.com**
      b)  **wtfcheater.com**

Attached are the documents for the lawsuit I filed against you and the above Entities Concealed by your

privacy policy.  In addition to the INTERNET DOMAIN SERVICE BS CORP Court SUMMONS AND

DOCUMENTS attached, I have served you the Court SUMMONS and DOCUMENTS for the Concealed

Entities because you are their **Domain Registrar of Record** and their identities/physical addresses are

concealed by you**.**

The DOCUMENTS attached are:

            8:20-CV-01066-TDC   SUMMONS IN A CIVIL ACTION

            8:20-CV-01066-TDC   CASE MANAGEMENT ORDER

            8:20-CV-01066-TDC   COMPLAINT

                        /s/ Obadiah O. Kegege     7/01/2020
                        Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Internet Domain Service BS Corp
was received by me on *(date)*   6/22/20   .

   ☐ I personally served the summons on the individual at *(place)*

                                          on *(date)*                 ; or

   ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                          , a person of suitable age and discretion who resides there,

on *(date)*                 , and mailed a copy to the individual's last known address; or

   ☐ I served the summons on *(name of individual)*                                                      , who is

   designated by law to accept service of process on behalf of *(name of organization)*

                                          on *(date)*                 ; or

   ☐ I returned the summons unexecuted because                                                      ; or

   ☒ Other *(specify)*:  The Defendant was served through DHL
~~Served~~ Service. Delivery confirmation is attached

My fees are $    25.00  for travel and $    72.40  for services, for a total of $   97.40   ~~0.00~~

I declare under penalty of perjury that this information is true.

Date:  07-08-2020                              Obadih K .
                                                  *Server's signature*

                              OBADIAH  -O.  KEGEGE
                                      *Printed name and title*

                              P.O  BOX  1153
                            Greenbelt, MD 20768
                                        *Server's address*

Additional information regarding attempted service, etc:

See attached letter to Internet Domain Service BS Corp
and Delivery Confirmation.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | | |
|---|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | | |
| | ) | | |
| | ) | | |
| | ) | | |
| *Plaintiff(s)* | ) | | |
| v. | ) | Civil Action No. | TDC-20-1066 |
| | ) | | |
| INTERNET DOMAIN SERVICE BS CORP | ) | | |
| | ) | | |
| *Defendant(s)* | ) | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   INTERNET DOMAIN SERVICE BS CORP
Ocean Centre, Montagu Foreshore,
East Bay Street, Nassau,
The Bahamas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O  Box  1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/16/2020

_____
*Signature of Clerk or Deputy Clerk*

# Shipment Receipt:  Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
FRI 3 JUL 2020

SHIPMENT INFORMATION:
DHL EXPRESS WORLDWIDE
0.76 lb actual wt

EXPECTED DELIVERY DATE:
MON 13 JUL 2020 EOD
SHIP FROM:
OBADIAH KEGEGE
PO BOX 1153
GREENBELT MD 20770
(832) 656-4275

CARRIER PACK
E-MAIL NOTIFICATION: SHIP,DELIVER

TRACKING NUMBER: 7152746521
SHIPMENT ID: MM4Q2Z6NYSGDB
SHIP REF 1: 070320SC
SHIP REF 2: - -

SHIP TO:
INTERNET DOMAIN SERVICE BS CORP 646
OR DESIGNATED AGENT
EAST BAY ST
PO BOX SS-19084
OCEAN CENTRE, MONTAGU FORESHORE
NASSAU
BAHAMAS
RESIDENTIAL
SHIPPED THROUGH:
THE UPS STORE #4431
GREENBELT,MD 20770-2451
(240) 770-4367

DESCRIPTION OF GOODS:
LEGAL DOCUMENTS

| SHIPMENT CHARGES: | |
|---|---|
| EXPRESS WORLDWIDE | 70.07 |
| SERVICE OPTIONS | 0.00 |
| FUEL SURCHARGE | 2.11 |
| CMS PROCESSING FEE | 0.22 |
| **TOTAL** | **$72.40** |

COMPLETE ONLINE TRACKING:  ENTER THIS ADDRESS IN YOUR WEB BROWSER TO TRACK:
HTTP://THEUPSSTORE.COM  (SELECT TRACKING, ENTER SHIPMENT ID #)   SHIPMENT
QUESTIONS? CONTACT SHIPPED THROUGH ABOVE.

Thank you for visiting The UPS Store
Every ING for small business. And, of course, shipping.

ASK ABOUT OUR PACK & SHIP GUARANTEE

SHIPMENTID: MM4Q2Z6NYSGDB    

Powered by iShip(r)
07/03/2020 08:12 AM Pacific Time N

The UPS Store®



its reduce ON REV eczor signing of a limit and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.    BRO RV2 0121



# Your parcel has been delivered

The parcel to **INTERNET DOMAIN SERVICE BS CORP** has been delivered.

# Your shipment information

Who sent it...
**OBADIAH KEGEGE**

(Sender's street address omitted intentionally from this email)
**Greenbelt, MD 20770**

Who will receive it...
**INTERNET DOMAIN SERVICE BS CORP
OR DESIGNATED AGENT**
(Recipient's street address omitted intentionally from this email)
**NASSAU, BS
Wed 08 Jul 2020 03:54 PM**

Who is carrying it...
**THE UPS STORE #4431
240-770-4367**

Carrier detail...
**DHL Express Worldwide**

Tracking details...
Tracking No.: **7152746521**
Shipment ID:**MM4Q2Z6MYSGD8**
Order / Item #: **070320SC**
Reference #: --

Ship date
**Friday, July 3, 2020**

Delivery date...
**Wed 08 Jul 2020 03:54 PM**

# Tracking your item

To get complete tracking information, click the following link:

**https://iship.com/trackit/track.aspx?t=1&Track=MM4Q2Z6MYSGD8&src=_e**

To:

**DYNADOT LLC**
210 S Ellsworth Ave #345,
San Mateo, CA 94401.



**DYNADOT LLC** is the **Domain Registrar of Record** of the **Concealed Entity "exposecheaters.com."**

Attached are the documents for the lawsuit I filed against you and the above Entity Concealed by you.

In addition to the DYNADOT LLC Court SUMMONS AND DOCUMENTS attached, I have served you the Court SUMMONS and DOCUMENTS for the Concealed Entity because you are the **Domain Registrar of Record** and the identity/physical address of **exposecheaters.com** is concealed by you.

The DOCUMENTS attached are:

        8:20-CV-01066-TDC   SUMMONS IN A CIVIL ACTION

        8:20-CV-01066-TDC   CASE MANAGEMENT ORDER

        8:20-CV-01066-TDC   COMPLAINT

                            /s/ Obadiah O. Kegege    6/23/2020
                            Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DYNADOT LLC

was received by me on *(date)*   6/22/20   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summon was Sorved by USPS Certified mail and Received by DYNADOT LLC on 07/01/20

My fees are $   25.00   for travel and $   9.40   for services, for a total of $   34.40

I declare under penalty of perjury that this information is true.

Date:   07-25-2020                              Obadiah-k.
                                                _____
                                                            Server's signature

                                                OBADIAH O. KEGEGE
                                                _____
                                                            Printed name and title
                                                P.O BOX 1153
                                                Greenbelt, MD 20768
                                                _____
                                                            Server's address

Additional information regarding attempted service, etc:

See attached Return Receipt and
Letter attached to DYNADOT LLC Summons and Documents

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   TDC-20-1066 |
| | ) | |
| DYNADOT LLC, et al., | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      DYNADOT LLC
210 S Ellsworth Ave #345,
San Mateo, CA 94401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/16/2020

Signature of Clerk or Deputy Clerk



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

SAN MATEO, CA 94401

| Certified Mail Fee | $3.55 | | 0747 |
|---|---|---|---|
| | | | 25 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00          Postmark
☒ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage $3.00

Total Postage and Fees $9.40          06/23/2020

Sent To DYNADOT LLC
Street and Apt. No., or PO Box No. 210 S. Ellsworth Ave, #345
City, State, ZIP+4® San Mateo, CA 94401

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

70200090 0001 0314 2313

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dynadot LLc
210 S. Ellsworth Ave
# 345
San Mateo, CA 94401

9590 9402 5601 9274 4913 50

2. Article Number *(Transfer from service label)*

0090 0001 0314 2313

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____                    ☒ Agent
                                     ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery
David Archuzeniety              7/1/20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature                    ☐ Priority Mail Express®
☐ Adult Signature Restricted Delivery ☐ Registered Mail™
☐ Certified Mail®                    ☐ Registered Mail Restricted Delivery
☐ Certified Mail Restricted Delivery ☐ Return Receipt for Merchandise
☐ Collect on Delivery                ☐ Signature Confirmation™
☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

Domestic Return Receipt

To:



**TUCOWS INC.**
96 Mowat Ave,
Toronto,  M6K3M1 Canada. .

**TUCOWS INC** is the **Domain Registrar of Record** of the **Concealed Entity "scornedlove.com."**

Attached are the documents for the lawsuit I filed against you and the above Entity Concealed by you.

In addition to the TUCOWS INC Court SUMMONS AND DOCUMENTS attached, I have served you the Court SUMMONS and DOCUMENTS for the Concealed Entity because you are the **Domain Registrar of Record** and the identity/physical address of **scornedlove.com** is concealed by you**.**

The DOCUMENTS attached are:

| | | |
|---|---|---|
| 8:20-CV-01066-TDC | SUMMONS IN A CIVIL ACTION |
| 8:20-CV-01066-TDC | CASE MANAGEMENT ORDER |
| 8:20-CV-01066-TDC | COMPLAINT |

/s/ Obadiah O. Kegege     6/23/2020
Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   TDC-20-1066

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TUCOWS  INC.
was received by me on *(date)*   6|22|20  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons and Documents were Served to Tucows Inc.
using USPS Registered mail and Delivered on 7/21/20
Tucows Inc. has Confirmed receiving the Documents.

My fees are $   20.00   for travel and $   26.27   for services, for a total of $   ~~0.00~~ 46.47

I declare under penalty of perjury that this information is true.

Date:   07-25-2020

Obadiah K.
_____
Server's signature

OBADIAH  O.  KEGEGE
_____
Printed name and title

P·O  Box  1153
Greenbelt, MD  20768
_____
Server's address

Additional information regarding attempted service, etc:

See attached receipt and Documents

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.    TDC-20-1066 |
| | ) | |
| TUCOWS INC, et al., | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_     Paul Karkas/Designated Agent
TUCOWS INC
96 Mowat Ave,
Toronto, M6K3M1 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Obadiah O Kegege
        P.O. Box 1153
        Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020    _____
                              _Signature of Clerk or Deputy Clerk_



**Registered No.** RE327887432US

**Date Stamp** 0747 25

| | | |
|---|---|---|
| Reg. Fee | $6.12 | |
| Handling Charge | $16.00 | Return Receipt |
| Postage | $4.15 $0.00 | Restricted Delivery |
| Received by | $0.00 | |
| | $26.27 | |

To Be Completed By Post Office

Customer Must Declare Full Value $0.00

06/23/2020

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

JUN 23 2020

FROM
DR. Regege
P.O. BOX 1153
Greenbelt, MD 20768
USA

TO
TUCOWS INC. or
Designated Agent
96 Mowat Ave
Toronto, M6K3M1 Canada

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

# USPS Tracking®

FAQs

Track Another Package +

Remove

**Tracking Number:** RE327887432US

Your item was delivered in CANADA at 9:37 am on July 21, 2020.

# Delivered

July 21, 2020 at 9:37 am
Delivered
CANADA

**Get Updates**

---

## Text & Email Updates

---

## Tracking History

**July 21, 2020, 9:37 am**
Delivered
CANADA
Your item was delivered in CANADA at 9:37 am on July 21, 2020.

**July 16, 2020, 1:32 pm**
Processed Through Facility
CANADA

**July 16, 2020, 1:32 pm**
Customs Clearance
CANADA

**July 1, 2020, 10:21 am**
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**July 1, 2020, 10:16 am**
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**June 29, 2020, 4:54 pm**
Departed USPS Facility
DULLES, VA 20101

**June 29, 2020, 11:33 am**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**June 26, 2020, 6:07 pm**
Arrived at Unit
CAPITOL HEIGHTS, MD 20790

**June 26, 2020**
In Transit to Next Facility

**June 23, 2020, 4:32 pm**
USPS in possession of item
DISTRICT HEIGHTS, MD 20747

Case No.:  8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  31 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (DEADBEATREGISTRY.COM) Up-to-date contact email** as provided by ICANN

were served via email to  **DEADBEATREGISTRY.COM** using the official email provided by the Domain

Registrar of Record **NAMEPAL LLC**  ( C/O  **NAMESILO LLC** ), and available on the internet Domain Name

Registration Lookup as required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:  **DEADBEATREGISTRY.COM**

   Domain Registrant Email:  **consumeronlineprotection@gmail.com**

   Domain Registrar Email:  **admin@namepal.com**

The Domain Registrar of Record **NAMEPAL LLC**  ( C/O  **NAMESILO LLC)** has been copied all the above

mentioned documents using the following emails: admin@namepal.com,   legal@namesilo.com,

abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

                                     /s/ Obadiah O. Kegege_____
                                     Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)  DEADBEAT REGISTRY - COM
was received by me on (date)   6/22/20

☐ I personally served the summons on the individual at (place)
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): I served DEADBEATREGISTRY.com using their official
email provided by Domain Registrar of Record, and
available on Domain name lookup

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  07-26-2020

_____
Server's signature

OBADIAH O. KEGEGE
Printed name and title
P.O BOX 1153
Greenbelt, MD 20768
_____
Server's address

Additional information regarding attempted service, etc:

See attached certificate of service and
email communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

OBADIAH OSEKO KEGEGE

Plaintiff(s)

v.                                                  Civil Action No.    TDC-20-1066

DEADBEATREGISTRY.COM, et al.,

Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     DEADBEATREGISTRY.COM
C/O Domain Registrar of Record - NAMEPAL LLC (owned by NAMESILO LLC)
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/16/2020

Signature of Clerk or Deputy Clerk

 **M Gmail**

Obadiah Kegege <obadiahke@gmail.com>

---

## US District Court  Case No.:  8:20-CV-01066-TDC   DEADBEATREGISTRY.COM

**Obadiah Kegege** <obadiahke@gmail.com>
To: consumeronlineprotection@gmail.com
Cc: admin@namepal.com, legal@namesilo.com, abuse@namesilo.com

Sun, Jul 26, 2020 at 7:18 PM

Dear **DEADBEATREGISTRY.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

> **8:20-CV-01066-TDC, Document 5, Pg.  31 of 62:  SUMMONS IN A CIVIL ACTION**
> **8:20-CV-01066-TDC, Document 2:   CASE MANAGEMENT ORDER**
> **8:20-CV-01066-TDC:   COMPLAINT**
> **CERTIFICATE OF SERVICE**

Also, attached are the printouts of **DEADBEATREGISTRY.COM up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied: **NAMEPAL LLC** ( C/O **NAMESILO LLC** ) using emails:  admin@namepal.com,  legal@namesilo.com, abuse@namesilo.com

Respectfully submitted by,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

**6 attachments**



**Court Summon - deadbeatregistry.com.jpg**
1469K

**Case Management Order 8-20-CV-01066-TDC.pdf**
1136K

**US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**

 3790K

**Certificate of Service - DEADBEATREGISTRY_COM.pdf**
413K

**DEADBEATREGISTRY.COM  ICANN Lookup  2020_07_26.pdf**
132K

**DEADBEATREGISTRY.COM Whois   Lookup  2020_07_26.pdf**
70K

Case No.:  8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

    8:20-CV-01066-TDC, Document 5, Pg.  33 of 62:  **SUMMONS IN A CIVIL ACTION**
    8:20-CV-01066-TDC, Document 2:  **CASE MANAGEMENT ORDER**
    8:20-CV-01066-TDC:  **COMPLAINT**
    **CERTIFICATE OF SERVICE**
    **Defendant's (SCAMFOUND.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to **SCAMFOUND.COM** using the official email provided by the Domain Registrar
of Record **NAMEPAL LLC**  ( C/O  **NAMESILO LLC** ) , and available on the internet Domain Name
Registration Lookup as required by the Internet Corporation for Assigned Names and Numbers (ICANN):

    Domain Name:  **SCAMFOUND.COM**

    Domain Registrant Email:  **consumeronlineprotection@gmail.com**

    Domain Registrar Email:  **admin@namepal.com**

The Domain Registrar of Record **NAMEPAL LLC**  ( C/O  **NAMESILO LLC)** has been copied all the above
mentioned documents using the following emails: admin@namepal.com,   legal@namesilo.com,
abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

                            /s/ Obadiah O. Kegege
                            Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   TDC-20-1066

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   SCAMFOUND.COM

was received by me on *(date)*   6/22/20

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served SCAMFOUND.com using their official email Provided by the Domain Registrar of Record, and available on Domain name Look-up.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   07-26-2020

Obadiah K.

*Server's signature*

OBADIAH O. KEGEGE

*Printed name and title*

P.O BOX 1153

Greenbelt, MD 20768

*Server's address*

Additional information regarding attempted service, etc:

See attached Certificate of Service and email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   TDC-20-1066 |
| | ) | |
| SCAMFOUND.COM, et al. , | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SCAMFOUND.COM
C/O Domain Registrar of Record - NAMEPAL LLC (owned by NAMESILO LLC)
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/16/2020

*Signature of Clerk or Deputy Clerk*

 **Gmail**                Obadiah Kegege <obadiahke@gmail.com>

## US District Court Case No.: 8:20-CV-01066-TDC SCAMFOUND.COM

**Obadiah Kegege** <obadiahke@gmail.com>          Sun, Jul 26, 2020 at 7:21 PM
To: consumeronlineprotection@gmail.com
Cc: admin@namepal.com, legal@namesilo.com, abuse@namesilo.com

Dear **SCAMFOUND.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

     **8:20-CV-01066-TDC, Document 5, Pg. 33 of 62: SUMMONS IN A CIVIL ACTION**
     **8:20-CV-01066-TDC, Document 2: CASE MANAGEMENT ORDER**
     **8:20-CV-01066-TDC: COMPLAINT**
     **CERTIFICATE OF SERVICE**

Also, attached are the printouts of SCAMFOUND.COM **up-to-date contact email** available on the Whois.com
Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name
Registration Lookup, as of July 26, 2020.

Copied: **NAMEPAL LLC** ( C/O **NAMESILO LLC** ) using emails: admin@namepal.com, legal@namesilo.com,
abuse@namesilo.com

Respectfully submitted by,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

July 26, 2020

---

**6 attachments**



         **Court Summon - scamfound.com.jpg**
         1449K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
    1136K

     **US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**

 3790K

**Certificate of Service - SCAMFOUND_COM.pdf**
411K

**SCAMFOUND.COM Whois Lookup 2020_07_26.pdf**
70K

**SCAMFOUND.COM ICANN Lookup 2020_07_26.pdf**
132K



Case No.:  8:20-CV-01066-TDC

## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 27th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  35 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (CHEATEREXPOSE.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to  **CHEATEREXPOSE.COM** using the official email provided by the Domain

Registrar of Record **WILDWESTDOMAINS.COM/GODADDY LLC**, and available on the internet Domain

Name Registration Lookup as required by the Internet Corporation for Assigned Names and Numbers

(ICANN):

   Domain Name:   **CHEATEREXPOSE.COM**

   Domain Registrant Email:  **CHEATEREXPOSE.COM@domainsbyproxy.com**

   Domain Registrar Email:  abuse@wildwestdomains.com

The Domain Registrar of Record **WILDWESTDOMAINS.COM** (owned by **GODADDY LLC)** has been copied

all the above mentioned documents using the following emails:  abuse@wildwestdomains.com,

wildwestdomainsllc.com@domainsbyproxy.com,  WILDWESTDOMAINS.COM@domainsbyproxy.com,

abuse@godaddy.com, and copyrightclaims@godaddy.com.

Attached hereto is a true and correct copy of the email communication.

                                         /s/ Obadiah O. Kegege
                                       Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     CHEATEREXPOSE.COM
was received by me on *(date)*     6/22/20

☐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

☐ I returned the summons unexecuted because                    ; or

☒ Other *(specify):* Served CHEATERExpose.com using their official
email Provided by the Domain Registrar of Record and
available on Domain Name Lookup.

My fees are $                for travel and $                for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:   07-27-2020

Obadiah O.
*Server's signature*

OBADIAH O. KASEGE
*Printed name and title*

P.O BOX 1153
Greenbelt, MD 20768
*Server's address*

Additional information regarding attempted service, etc:

See attached Certificate of Service and
email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.    TDC-20-1066 |
| | ) |
| CHEATEREXPOSE.COM,  et  al . | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   CHEATEREXPOSE.COM
Domain Registrar of Record - GODADDY LLC
ATT:  Aman Bhutani/Designated Agent
14455 N. Hayden Rd.
Scottsdale, AZ  85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O.  Box  1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020

_Signature of Clerk or Deputy Clerk_

 **M** Gmail                                    Obadiah Kegege <obadiahke@gmail.com>

# US District Court  Case No.:  8:20-CV-01066-TDC   CHEATEREXPOSE.COM, GODADDY LLC

**Obadiah Kegege** <obadiahke@gmail.com>                    Mon, Jul 27, 2020 at 1:39 AM
To: CHEATEREXPOSE.COM@domainsbyproxy.com
Cc: abuse@wildwestdomains.com, wildwestdomainsllc.com@domainsbyproxy.com,
WILDWESTDOMAINS.COM@domainsbyproxy.com, abuse@godaddy.com, copyrightclaims@godaddy.com

Dear **CHEATEREXPOSE.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

> **8:20-CV-01066-TDC, Document 5, Pg.  35 of 62:   SUMMONS IN A CIVIL ACTION**
> **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
> **8:20-CV-01066-TDC:    COMPLAINT**
> **CERTIFICATE OF SERVICE**

Also, attached are the printouts of CHEATEREXPOSE.COM  **up-to-date contact email** available on the Whois.com
Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name
Registration Lookup, as of July 27, 2020.

**Copied:**  WILDWESTDOMAINS.COM /GODADDY LLC using the following emails:
abuse@wildwestdomains.com , wildwestdomainsllc.com@domainsbyproxy.com,
WILDWESTDOMAINS.COM@domainsbyproxy.com, abuse@godaddy.com, and
copyrightclaims@godaddy.com

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 27, 2020

**7 attachments**


**Court Summon - cheaterexpose_com.jpg**
1475K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**

1136K

**US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

**Certificate of Service - CHEATEREXPOSE_COM.pdf**
417K

**CHEATEREXPOSE.COM  Whois  Lookup  2020_07_27.pdf**
72K

**CHEATEREXPOSE.COM  ICANN  Lookup  2020_07_27.pdf**
184K

**WILDWESTDOMAINSLLC.COM  Whois  Lookup  2020_07_27.pdf**
71K

Case No.:  8:20-CV-01066-TDC

**CERTIFICATE OF SERVICE**

JUL 2 8 2020

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 27ᵗʰ day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  37 of 62:  **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:  **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:  **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (EXPOSECHEATER.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to **EXPOSECHEATER.COM** using the official email provided by the Domain
Registrar of Record **GODADDY LLC**, and available on the internet Domain Name Registration Lookup as
required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:  **EXPOSECHEATER.COM**

   Domain Registrant Email:  **exposecheater.com@domainsbyproxy.com**

   Domain Registrar Email:  abuse@godaddy.com

The Domain Registrar of Record **GODADDY LLC** has been copied all the above mentioned documents
using the following emails:  abuse@godaddy.com, and copyrightclaims@godaddy.com.

Attached hereto is a true and correct copy of the email communication.

          /s/ Obadiah O. Kegege_____
          Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   EXPOSECHEATER.COM

was received by me on *(date)*   6|22|20

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served EXPOSECHEATER.com Using their official
email Provided by the Domain Registrar of Record and
available on Domain Name LookUP.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   07-27-2020

Obadiah k
Server's signature

OBADIAH O. KEGEGE
Printed name and title
P.O BOX 1153
Greenbelt, MD 20768
Server's address

Additional information regarding attempted service, etc:

See attached Certificate of Service and
email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.   TDC-20-1066 |
| | ) | |
| EXPOSECHEATER.COM, et al., | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_      EXPOSECHEATER.COM
Domain Registrar of Record - GODADDY LLC
ATT: Aman Bhutani/Designated Agent
14455 N. Hayden Rd,
Scottsdale, AZ 85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/16/2020

_Signature of Clerk or Deputy Clerk_

 Gmail                           Obadiah Kegege <obadiahke@gmail.com>

# US District Court   Case No.:   8:20-CV-01066-TDC   EXPOSECHEATER.COM , GODADDY LLC

**Obadiah Kegege** <obadiahke@gmail.com>                Mon, Jul 27, 2020 at 1:47 AM
To: exposecheater.com@domainsbyproxy.com
Cc: abuse@godaddy.com, copyrightclaims@godaddy.com

Dear **EXPOSECHEATER.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

       **8:20-CV-01066-TDC, Document 5, Pg.  37 of 62:    SUMMONS IN A CIVIL ACTION**
       **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
       **8:20-CV-01066-TDC:    COMPLAINT**
       **CERTIFICATE OF SERVICE**

Also, attached are the printouts of EXPOSECHEATER.COM **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 27, 2020.

**Copied:**    GODADDY LLC using the following emails: abuse@godaddy.com, and copyrightclaims@godaddy.com

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 27, 2020

**5 attachments**

                             **Court Summon - exposecheater_com.jpg**
                             1475K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
    1136K

📄 **US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**

Case 8:20-cv-01066-TDC   Document 7   Filed 07/28/20   Page 98 of 162

3790K

**EXPOSECHEATER.COM ICANN Lookup 2020_07_27.pdf**
184K

**EXPOSECHEATER.COM Whois Lookup 2020_07_27.pdf**
72K

Case No.:   8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 27th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  39 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (CHEATERBOARD.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to **CHEATERBOARD.COM** using the official email provided by the Domain

Registrar of Record **GODADDY LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:   **CHEATERBOARD.COM**

   Domain Registrant Email:  **cheaterboard.com@domainsbyproxy.com**

   Domain Registrar Email:  **abuse@godaddy.com**

The Domain Registrar of Record **GODADDY LLC** has been copied all the above mentioned documents

using the following emails:  abuse@godaddy.com, and copyrightclaims@godaddy.com.

Attached hereto is a true and correct copy of the email communication.

                    /s/ Obadiah O. Kegege
                    Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)*   CHEATERBOARD - COM

was received by me on *(date)*   6 | 22 | 20

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  I  Served  CHEATERBOARD.com  using  their  official
email  provided  by  Domain  Registror  of  Record,  and
available  on  Domain  name  Lookup

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  07-27-2020                                  Obadiah f.
                                                  _____
                                                  *Server's signature*

                                OBADIAH  O.  KEGEGE
                                _____
                                *Printed name and title*

                                P. O  Box  1153
                                Greenbelt, MD  20768
                                _____
                                *Server's address*

Additional information regarding attempted service, etc:

See  attached  Certificate  of  Service  and
email  Communication.

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No.    TDC-20-1066 |
| | ) | |
| CHEATERBOARD.COM, et al . | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CHEATERBOARD.COM
Domain Registrar of Record - GODADDY LLC
ATT: Aman Bhutani/Designated Agent
14455 N. Hayden Rd.
Scottsdale, AZ 85260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ---- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020

_____
*Signature of Clerk or Deputy Clerk*

 Gmail                   Obadiah Kegege <obadiahke@gmail.com>

---

# US District Court Case No.: 8:20-CV-01066-TDC CHEATERBOARD.COM, GODADDY LLC

**Obadiah Kegege** <obadiahke@gmail.com>            Mon, Jul 27, 2020 at 1:57 AM
To: cheaterboard.com@domainsbyproxy.com
Cc: abuse@godaddy.com, copyrightclaims@godaddy.com

Dear **CHEATERBOARD.COM** ,


Please find the attached documents for the case I filed against you at the US District Court:

     **8:20-CV-01066-TDC, Document 5, Pg. 39 of 62: SUMMONS IN A CIVIL ACTION**
     **8:20-CV-01066-TDC, Document 2: CASE MANAGEMENT ORDER**
     **8:20-CV-01066-TDC: COMPLAINT**
     **CERTIFICATE OF SERVICE**


Also, attached are the printouts of CHEATERBOARD.COM **up-to-date contact email** available on the Whois.com
Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name
Registration Lookup, as of July 27, 2020.


**Copied:** GODADDY LLC using the following emails: abuse@godaddy.com, and copyrightclaims@godaddy.com



Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

July 27, 2020

---

**6 attachments**



        **Court Summon - cheaterboard_com.jpg**
        1459K


**Case Management Order 8-20-CV-01066-TDC.pdf**
1136K

**US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**



3790K

**Certificate of Service - CHEATERBOARD_COM.pdf**
418K

**CHEATERBOARD.COM  Whois  Lookup  2020_07_27.pdf**
72K

**CHEATERBOARD.COM  ICANN  Lookup  2020_07_27.pdf**
192K

Case No.:   8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 24th  day of July, 2020,  copies of the following

documents:

> **8:20-CV-01066-TDC, Document 5, Pg.  41 of 62:   SUMMONS IN A CIVIL ACTION**
> **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
> 8:20-CV-01066-TDC:    **COMPLAINT**

were served via email to **SCORNEDLOVE.COM** through SCORNEDLOVE.COM's **Domain Registrar** of
Record **TUCOWS INC.**

Attached hereto is a true and correct copy of the email communication.

/s/ Obadiah O. Kegege
Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      TDC-20-1066

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*     SCORNEDLOVE.COM
was received by me on *(date)*     6|22|20    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   TUCOWS INC. / Paul Karkas   , who is

designated by law to accept service of process on behalf of *(name of organization)*   SCORNEDLOVE.COM

on *(date)*   7|21|20   ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Also, I served electronic copy of summons
and Documents to Scornedlove Registrar of Record through
email on 07/24/20.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  07-24-2020                          _Obadiah K._
                                           Server's signature

                              OBADIAH O. KEGEGE
                                   Printed name and title
                              P.O BOX 1153
                              Greenbelt, MD 20768
                                   Server's address

Additional information regarding attempted service, etc:

See attached Certificate of Service and
email Communication.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.    TDC-20-1066 |
| | ) |
| SCORNEDLOVE COM, et al.. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SCORNEDLOVE.COM
Domain Registrar of Record - TUCOWS INC
ATT: Paul Karkas/Designated Agent
96 Mowat Ave,
Toronto,  M6K3M1 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O.  Box  1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020

_____
Signature of Clerk or Deputy Clerk

## US District Court Case No.: 8:20-CV-01066-TDC Tucows Inc., scornedlove.com



**Obadiah ke**
Fri 7/24/2020 5:40 PM
**To:** Compliance; paul@tucows.com

pdf **Case Management Order 8-2...**
1 MB

pdf **US District Court - Complaint...**
4 MB

pdf **SCORNEDLOVE_COM - Cert o...**
414 KB

pdf **scornedlove.com ICANN Loo...**
156 KB

pdf **Whois scornedlove.com 2020...**
62 KB

☐ 7 attachments (8 MB)    Download all    Save all to OneDrive

Dear **Tucows Inc./ Paul Karkas,**

Thank you for the email and acknowledgement of receiving the Court Summon and Documents. ==The documents you received included the "CASE MANAGEMENT ORDER" that required you/Defendant to file the response with the Court as well as the Plaintiff.== *Please file your response with the Court.*

In response to your email, I have looked again on the Internet Corporation for Assigned Names and Numbers (ICANN) database. **TUCOWS INC** is listed as the Domain Registrar of Record of **SCORNEDLOVE.COM** (See attached printout – to be added to Court Exhibit). The ICANN requires that the Domain Registrant's Contact Information must be accurate and reliable, and must be updated promptly if there are any changes during the term of the registration period.

The attached printout (Dated July 24, 2020) from Whois.com and ICANN Lookup has no contact information for **SCORNEDLOVE.COM**. The Whois.com lookup database is showing a fake email address for the **SCORNEDLOVE.COM** Registrant as:
**Email: https://tieredaccess.com/contact/d4acbd72-d927-4518-9f82-7cb1924ecc67**

I sincerely appreciate your response and request that you/ **TUCOWS INC** as the **Domain Registrar of Record,** please submit the following attached Court Summon and Documents to the **Concealed Entity**/Owner of **SCORNEDLOVE.COM.**

Dear **scornedlove.com,**

Please find the attached documents for the case I filed against you at the US District Court:
**8:20-CV-01066-TDC, Document 5, Pg. 29 of 62: SUMMONS IN A CIVIL ACTION (Tucows Inc)**

**8:20-CV-01066-TDC, Document 5, Pg. 41 of 62:    SUMMONS IN A CIVIL ACTION (scornedlove.com)**
**8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
**8:20-CV-01066-TDC:    COMPLAINT**
**CERTIFICATE OF SERVICE (SCORNEDLOVE.COM)**


Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

## [Request received] scornedlove.com Tucows

**Paul K (Compliance) <legal@tucows.com>**

Fri 7/24/2020 2:39 PM

**To:** obadiah_ke <obadiah_ke@hotmail.com>

Your request (441441) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.



**Paul K** (Tucows Inc – Compliance)

Hello – with respect to the documentation Tucows received via postal mail concerning the domain scornedlove.com – please note, this is the first known correspondence we have received.

I, Paul Karkas, declare under penalty of perjury that the following is true:
I have personal knowledge of the facts stated set forth below, and could and would testify to these facts if called as a witness in this matter. I am a Compliance Officer with Tucows, Inc. (Tucows), located in Toronto, Ontario, Canada Tucows, Inc. is a Nova Scotia corporation with a principal place of
business in Toronto, Ontario.

By way of background, Tucows runs a wholesale model and does not have information outside of internally held whois data.

As such, please find the current whois information for scornedlove.com below;

Organization Information
First Name:    Host
Last Name:    Master
Organization Name:    1337 Services LLC
Street Address:    P.O. Box 590


City:    Charlestown
State:    Charlestown
2 Letter ISO Country Code:    KN
Postal Code:    N/A
Phone:    +883.510008346319

Mail - Obadiah ke - Outlook

Fax:
Email:    whois+scornedlove.com@njal.la
Status:    active
Source:    nazca_identity
Admin Information
First Name:    Host
Last Name:    Master
Organization Name:    1337 Services LLC
Street Address:    P.O. Box 590


City:    Charlestown
State:    Charlestown
2 Letter ISO Country Code:    KN
Postal Code:    N/A
Phone:    +883.510008346319
Fax:
Email:    admin+scornedlove.com@njal.la
Status:    active
Source:    nazca_identity
Billing Information
First Name:    Host
Last Name:    Master
Organization Name:    1337 Services LLC
Street Address:    P.O. Box 590


City:    Charlestown
State:    Charlestown
2 Letter ISO Country Code:    KN
Postal Code:    N/A
Phone:    +883.510008346319
Fax:
Email:    billing+scornedlove.com@njal.la
Status:    active
Source:    nazca_identity
Technical Contact Information
First Name:    Host
Last Name:    Master
Organization Name:    1337 Services LLC
Street Address:    P.O. Box 590


City:    Charlestown

State:   Charlestown

2 Letter ISO Country Code:   KN

Postal Code:   N/A

Phone:   +883.510008346319

Fax:

Email:   tech+scornedlove.com@njal.la

Status:   active

Source:   nazca_identity

DNS Information

FQDN    IP

abby.ns.cloudflare.com

bart.ns.cloudflare.com

Please note, our affiliate/reseller Njalla, offers a unique registration process in which they place themselves as the main point of contact for the domain, you can read about their registration process here--> https://njal.la/#about – this is why you will see Njalla's contact information in the whois:

1337 Services LLC

P.O. Box 590

Charlestown

Saint Kitts and Nevis

+1.4259064769

info@njal.la

Paul Karkas

Compliance Officer OpenSRS

Tucows Inc.

paul@tucows.com

416-535-0123 ext 1625

direct line (416) 538-5458

1-800-371-6992

Attachment(s)

scorned.pdf

Scanned from a Xerox Multifunction Printer.pdf



Case No.:  8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 24th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  43 of 62:   **SUMMONS IN A CIVIL ACTION**
**(exposecheaters.com)**
   8:20-CV-01066-TDC, Document 5, Pg.  27 of 62:   **SUMMONS IN A CIVIL ACTION (Dynadot LLC)**
   8:20-CV-01066-TDC, Document 2:    **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:    **COMPLAINT**
   **CERTIFICATE OF SERVICE (exposecheaters.com)**
   **Defendant's** Up-to-date **contact information/email** as provided by ICANN

were served via email to **EXPOSECHEATERS.COM** using the official email provided by the Domain

Registrar of Record **DYNADOT LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

    Domain Name:  **EXPOSECHEATERS.COM**

    Domain Registrant Email:  **exposecheaters.com@superprivacyservice.com**

    Registrar Abuse Contact Email: **abuse@dynadot.com**

The Domain Registrar of Record **DYNADOT LLC** has been copied all the above mentioned documents.

Attached hereto is a true and correct copy of the email communication.

                              /s/ Obadiah O. Kegege_____
                              Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   EXPOSECHEATERS.COM

was received by me on *(date)*   6|22/20

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the Defendant above using their official
email provided by the Domain Registrar of Record, and
available on Domain Name Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  07-24-2020

Server's signature

OBADIAH  O.  KEGEGE
Printed name and title

P·O  BOX 1153
Greenbelt,  MD  20768

Server's address

Additional information regarding attempted service, etc:

See attached Certificate of Service and
email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   TDC-20-1066 |
| | ) | |
| EXPOSECHEATERS.COM, et al., | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      EXPOSECHEATERS.COM
Domain Registrar of Record - DYNADOT LLC
210 S Ellsworth Ave #345,
San Mateo, CA 94401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Obadiah O Kegege
> P.O. Box 1153
> Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/16/2020

_____
*Signature of Clerk or Deputy Clerk*

 **Gmail**

Obadiah Kegege <obadiahke@gmail.com>

## US District Court Case No.: 8:20-CV-01066-TDC exposecheaters.com, Dynadot LLC

**Obadiah Kegege** <obadiahke@gmail.com>                                    Fri, Jul 24, 2020 at 7:57 PM
To: exposecheaters.com@superprivacyservice.com, abuse@dynadot.com, info@dynadot.com

Dear exposecheaters.com, C/O Dynadot LLC:

Please find the attached documents for the case I filed against you at the US District Court:

**8:20-CV-01066-TDC, Document 5, Pg. 43 of 62: SUMMONS IN A CIVIL ACTION (exposecheaters.com)**
**8:20-CV-01066-TDC, Document 5, Pg. 27 of 62: SUMMONS IN A CIVIL ACTION (Dynadot LLC)**
**8:20-CV-01066-TDC, Document 2: CASE MANAGEMENT ORDER**
**8:20-CV-01066-TDC: COMPLAINT**
**CERTIFICATE OF SERVICE (exposecheaters.com)**

Also, I have attached printouts of EXPOSECHEATERS.COM contact information/emails as given by the Internet Corporation for Assigned Names and Numbers (ICANN) as of July 24th, 2020.

Copied/cc: Domain Registrar of Record **DYNADOT LLC**

Respectfully submitted by,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

---

**7 attachments**



**Court Summon - exposecheaters_com.jpg**
1462K

**Court Summon - Dynadot LLC.jpg**
1413K

Case 8:20-cv-01066-TDC   Document 7   Filed 07/28/20   Page 117 of 162



📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
1136K

📄 **US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

📄 **Cert of Service - exposecheaters.pdf**
416K

📄 **exposecheaters.com ICANN Lookup 2020_07_24.pdf**
136K

📄 **Whois exposecheaters.com 2020_07_24.pdf**
72K

Case No.:  8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 24th day of July, 2020,  copies of the following

documents:

8:20-CV-01066-TDC, Document 5, Pg.  45 of 62:  **SUMMONS IN A CIVIL ACTION**

8:20-CV-01066-TDC, Document 2:  **CASE MANAGEMENT ORDER**

8:20-CV-01066-TDC:  **COMPLAINT**

**Defendant's** Up-to-date **contact information/email** as provided by ICANN

were served via email to **BUSTEDCHEATERS.COM**  using the official email provided by the Domain
Registrar of Record **INTERNET DOMAIN SERVICE BS CORP (whoisprivacycorp.com),** and available on the
internet Domain Name Registration Lookup as required by the Internet Corporation for Assigned Names
and Numbers (ICANN):

Domain Name:  **BUSTEDCHEATERS.COM**

Domain Registrant Email: **bustedcheaters.com-owner-ww0v@customers.whoisprivacycorp.com**

Technical Contact Email: **bustedcheaters.com-tech-fgds@customers.whoisprivacycorp.com**

Administrative Email: **bustedcheaters.com-admin-2vmm@customers.whoisprivacycorp.com**

Both the Domain Registrars of Record **INTERNET DOMAIN SERVICE BS CORP** who is also the **Registrar of
Record** for the Privacy Service **WHOISPRIVACYCORP.COM** have been copied all the above mentioned
documents.

Attached hereto is a true and correct copy of the email communication.

/s/ Obadiah O. Kegege
Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   BUSTED CHEATERS.COM
was received by me on *(date)*   6 | 22 | 20

❑ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Internet Domain Service BS Corp, who is

designated by law to accept service of process on behalf of *(name of organization)* Busted cheaters.com

on *(date)*   07|08|20   ; or

❑ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Also, served Bustedcheaters.Com and their Domain
Registrar of Record through their official emails available
on Internet Domains Name Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: **07-24-2020**                                    Obadiah O:
                                                              *Server's signature*

                                          OBADIAH O. KEGEGE
                                                   *Printed name and title*
                                          P.O BOX 1153
                                          Greenbelt, MD 20768
                                                   *Server's address*

Additional information regarding attempted service, etc:

See Certificate of Service and
email communication are attached

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No.   TDC-20-1066 |
| | ) |
| BUSTEDCHEATERS.COM,  et al. , | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BUSTEDCHEATERS.COM
Domain Registrar of Record - INTERNET DOMAIN SERVICE BS CORP
Ocean Centre, Montagu Foreshore,
East Bay Street, Nassau,
The Bahamas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/16/2020

*Signature of Clerk or Deputy Clerk*

 **Gmail**           Obadiah Kegege <obadiahke@gmail.com>

---

# US District Court CaseNo.: 8:20-CV-01066-TDC BUSTEDCHEATERS.COM

**Obadiah Kegege** <obadiahke@gmail.com>       Fri, Jul 24, 2020 at 3:23 PM
To: bustedcheaters.com-owner-ww0v@customers.whoisprivacycorp.com, bustedcheaters.com-tech-
fgds@customers.whoisprivacycorp.com, bustedcheaters.com-admin-2vmm@customers.whoisprivacycorp.com,
admin@internet.bs, info@whoisprivacycorp.com

Dear BUSTEDCHEATERS.COM,

Please find the attached documents for the case I filed against you at the US District Court:

> **8:20-CV-01066-TDC, Document 5, Pg. 45 of 62: SUMMONS IN A CIVIL ACTION**
> **8:20-CV-01066-TDC, Document 2: CASE MANAGEMENT ORDER**
> **8:20-CV-01066-TDC: COMPLAINT**
> **CERTIFICATE OF SERVICE**

Also, I have attached your updated contact information/emails as given by the Internet Corporation for Assigned
Names and Numbers (ICANN) as of July 24th, 2020.

**CC: INTERNET DOMAIN SERVICE BS CORP**
**CC: WHOISPRIVACYCORP.COM** (Privacy Service for INTERNET DOMAIN SERVICE BS CORP)

Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768

---

**6 attachments**



      **Court SUMMON - BUSTEDCHEATERS_COM.jpg**
      1452K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
   1136K

📄 **US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
   3790K

📄 **BUSTEDCHEATERS - Cert of Service.pdf**
   419K

📄 **BUSTEDCHEATERS.COM ICANN Lookup 2020_07_24.pdf**
   170K

Whoisprivacycorp.com ICANN Lookup 2020_07_24.pdf
180K

Case No.: 8:20-CV-01066-TDC



## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege HEREBY CERTIFY that on this 26th day of July, 2020, copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg. 47 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (REPORTAFFAIRS.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to  **REPORTAFFAIRS.COM** using the official email provided by the Domain
Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as
required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:   **REPORTAFFAIRS.COM**

   Domain Registrant Email:  **pw-045d632559f089ab33ea7629759ac6f3@privacyguardian.org**

   Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents
using the following emails:  legal@namesilo.com,  abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

                                              /s/ Obadiah O. Kegege
                                              Obadiah O. Kegege

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. TDC-20-1066

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* REPORTAFFAIRS.COM

was received by me on *(date)* 6/22/20

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served the above Defendant using the official email provided by Reportaffairs.com Registrar of Record, and available on Domain Name Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 07-26-2020

Obadiah K.
Server's signature

OBADIAH O. KEGEGE
Printed name and title

P.O Box 1153
Greenbelt, MD 20768
Server's address

Additional information regarding attempted service, etc:

See attached Certificate of Service and email communication.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

### District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.    TDC-20-1066 |
| | ) |
| REPORTAFFAIRS.COM, et. al., | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    REPORTAFFAIRS.COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missoun Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020

_____
*Signature of Clerk or Deputy Clerk*

 Gmail                                    Obadiah Kegege <obadiahke@gmail.com>

## US District Court  Case No.:  8:20-CV-01066-TDC   REPORTAFFAIRS.COM

**Obadiah Kegege** <obadiahke@gmail.com>                      Sun, Jul 26, 2020 at 6:56 PM
To: pw-045d632559f089ab33ea7629759ac6f3@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **REPORTAFFAIRS.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

      **8:20-CV-01066-TDC, Document 5, Pg.  47 of 62:   SUMMONS IN A CIVIL ACTION**
      **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
      **8:20-CV-01066-TDC:    COMPLAINT**
      **CERTIFICATE OF SERVICE**

Also, attached are the printouts of REPORTAFFAIRS.COM **up-to-date contact email** available on the Whois.com
Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name
Registration Lookup, as of July 26, 2020.

Copied: **NAMESILO LLC** (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

**6 attachments**


       **Court Summon - reportaffairs.com.jpg**
       1442K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
   1136K

Case 8:20-cv-01066-TDC   Document 7   Filed 07/28/20   Page 127 of 162

**US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

**Certificate of Service - REPORTAFFAIRS_COM.pdf**
428K

**REPORTAFFAIRS.COM ICANN Lookup 2020_07_26.pdf**
135K

**REPORTAFFAIRS.COM Whois Lookup 2020_07_26.pdf**
73K

Case No.:  8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I, Obadiah Oseko Kegege HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

    8:20-CV-01066-TDC, Document 5, Pg.  49 of 62:   **SUMMONS IN A CIVIL ACTION**
    8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
    8:20-CV-01066-TDC:   **COMPLAINT**
    **CERTIFICATE OF SERVICE**
    **Defendant's (CHEATERINFORMER.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to **CHEATERINFORMER.COM** using the official email provided by the Domain

Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

    Domain Name:  **CHEATERINFORMER.COM**

    Domain Registrant Email:  **pw-8c603f5718827ffb5cdf094e326da9aa@privacyguardian.org**

    Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents
using the following emails:  legal@namesilo.com, abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

                           /s/ Obadiah O. Kegege
                           Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  CHEATERINFORMAR.com.

was received by me on *(date)*    6/22/20    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served Cheaterinformar.com using their official
email provided by their Domain Registrar of Record and
available on Domain Name Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  07-26-2020                                   Obadiah K..
                                                    _____
                                                    Server's signature

                                        OBADIAH O. KEGEGE
                                                    _____
                                                    Printed name and title
                                        P.O Box 1153
                                        Greenbelt, MD 20768
                                                    _____
                                                    Server's address

Additional information regarding attempted service, etc:

See attached Certificate of Service and
email communication

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.    TDC-20-1066 |
| | ) |
| CHEATERINFORMER.COM, et al., | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CHEATERINFORMER.COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020

                         *Signature of Clerk or Deputy Clerk*

 Gmail

Obadiah Kegege <obadiahke@gmail.com>

# US District Court  Case No.:  8:20-CV-01066-TDC  CHEATERINFORMER.COM

**Obadiah Kegege** <obadiahke@gmail.com>                                        Sun, Jul 26, 2020 at 6:58 PM
To: pw-8c603f5718827ffb5cdf094e326da9aa@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **CHEATERINFORMER.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

> **8:20-CV-01066-TDC, Document 5, Pg.  49 of 62:   SUMMONS IN A CIVIL ACTION**
> **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
> **8:20-CV-01066-TDC:    COMPLAINT**
> **CERTIFICATE OF SERVICE**

Also, attached are the printouts of CHEATERINFORMER.COM **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied: **NAMESILO LLC** (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

**6 attachments**



> **Court Summon - cheaterinformer.com.jpg**
> 1460K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
   1136K

📄 **US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
   3790K

Case 8:20-cv-01066-TDC    Document 7    Filed 07/28/20    Page 132 of 162

**Certificate of Service - CHEATERINFORMER_COM.pdf**
431K

**CHEATERINFORMER.COM Whois Lookup 2020_07_26.pdf**
73K

**CHEATERINFORMER.COM ICANN Lookup 2020_07_26.pdf**
135K

Case No.:   8:20-CV-01066-TDC



## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg. 51 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (WIKICHEATER.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to  **WIKICHEATER.COM** using the official email provided by the Domain Registrar
of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as required
by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:   **WIKICHEATER.COM**

   Domain Registrant Email:  **pw-8d3b26c9c895cc809cd4c67923fe9a83@privacyguardian.org**

   Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents
using the following emails:  legal@namesilo.com,  abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

                                                                    /s/ Obadiah O. Kegege_____
                                                                    Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    WIKICHEATBR-Com

was received by me on *(date)*    6/22/20    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I Served Wikicheater.Com Using Their official
email provided by their Domain Registrar of Record,
and available on Domain name LookUp.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date:  07-26-2020

                                        Obadiah K.
                                        Server's signature

                          OBADIAH  O.  KAGEGE
                                        Printed name and title
                          P. O Box 1153
                          Greenbelt, MD 20768
                                        Server's address

Additional information regarding attempted service, etc:

See attached Certificate of Service and
email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   TDC-20-1066 |
| | ) | |
| WIKICHEATER.COM, et al., | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WIKICHEATER.COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/16/2020

*Signature of Clerk or Deputy Clerk*

 **Gmail**

Obadiah Kegege <obadiahke@gmail.com>

# US District Court  Case No.:  8:20-CV-01066-TDC  WIKICHEATER.COM

**Obadiah Kegege** <obadiahke@gmail.com>
To: pw-8d3b26c9c895cc809cd4c67923fe9a83@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Sun, Jul 26, 2020 at 7:02 PM

Dear **WIKICHEATER.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

> **8:20-CV-01066-TDC, Document 5, Pg.  51 of 62:   SUMMONS IN A CIVIL ACTION**
> **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
> **8:20-CV-01066-TDC:    COMPLAINT**
> **CERTIFICATE OF SERVICE**

Also, attached are the printouts of WIKICHEATER.COM  **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied: **NAMESILO LLC**  (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

---

**6 attachments**



    **Court Summon - wikicheater.com.jpg**
    1430K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
   1136K

📄 **US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
   3790K

📄 **Certificate of Service - WIKICHEATER_COM.pdf**

Case 8:20-cv-01066-TDC Document 7 Filed 07/28/20 Page 137 of 162

428K

 **WIKICHEATER.COM  Whois Lookup  2020_07_26.pdf**
74K

 **WIKICHEATER.COM  ICANN Lookup  2020_07_26.pdf**
135K

Case No.:  8:20-CV-01066-TDC



## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  53 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (EXPOSECHEATINGONLINE.COM)** Up-to-date **contact email** as provided by ICANN

were served via email to  **EXPOSECHEATINGONLINE.COM** using the official email provided by the

Domain Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration

Lookup as required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:  **EXPOSECHEATINGONLINE.COM**

   Domain Registrant Email:  **pw-d9f27436f2c3e23575ea2db83c269fc9@privacyguardian.org**

   Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents

using the following emails:  legal@namesilo.com,  abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

                                         /s/ Obadiah O. Kegege
                                       Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     TDC-20-1066

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Expose cheatingonline.com
was received by me on *(date)*   6|22|20

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Exposecheatingonline.com using their
official email address provided by their Registar of
Record and available on Domain Name Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  07-26-2020                    Obadiah O.
                                     _____
                                     *Server's signature*

                                     OBADIAH O. KEGEGE
                                     _____
                                     *Printed name and title*
                                     P.O Box 1153
                                     Greenbelt, MD 20768
                                     _____
                                     *Server's address*

Additional information regarding attempted service, etc:

See attached Certificate of Service and
email communication.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.    TDC-20-1066 |
| | ) |
| EXPOSECHEATINGONLINE.COM, et al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    EXPOSECHEATINGONLINE.COM
C/O Domain Registrar of Record -  NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O.  Box  1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    6/16/2020

_____
*Signature of Clerk or Deputy Clerk*

 Gmail        Obadiah Kegege <obadiahke@gmail.com>

# US District Court  Case No.:  8:20-CV-01066-TDC  EXPOSECHEATINGONLINE.COM

**Obadiah Kegege** <obadiahke@gmail.com>         Sun, Jul 26, 2020 at 7:04 PM
To: pw-d9f27436f2c3e23575ea2db83c269fc9@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **EXPOSECHEATINGONLINE.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

> **8:20-CV-01066-TDC, Document 5, Pg.  53 of 62:   SUMMONS IN A CIVIL ACTION**
> **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
> **8:20-CV-01066-TDC:    COMPLAINT**
> **CERTIFICATE OF SERVICE**

Also, attached are the printouts of EXPOSECHEATINGONLINE.COM **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied:  **NAMESILO LLC**  (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

---

**6 attachments**



**Court Summon - exposecheatingonline.com.jpg**
1436K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
1136K

📄 **US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

Case 8:20-cv-01066-TDC   Document 7   Filed 07/28/20   Page 142 of 162

**Certificate of Service - EXPOSECHEATINGONLINE_COM.pdf**
427K

**EXPOSECHEATINGONLINE.COM Whois Lookup 2020_07_26.pdf**
73K

**EXPOSECHEATINGONLINE.COM ICANN Lookup 2020_07_26.pdf**
134K

Case No.:  8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  55 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (CHEATERPICTURE.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to **CHEATERPICTURE.COM** using the official email provided by the Domain

Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:  **CHEATERPICTURE.COM**

   Domain Registrant Email:  **pw-d2fffc012d0abb0b1c63676abedfb3a8@privacyguardian.org**

   Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents

using the following emails:  legal@namesilo.com,  abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

                                           /s/ Obadiah O. Kegege_____
                                         Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Chesterpicture.Com

was received by me on *(date)*   6|22|20 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I Served Chesterpicture.com using the official email Provided by their Registrar of Record and available on Domain Name Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  07-26-2020

Obadiah d.
*Server's signature*

OBADIAH OKEGEGE
*Printed name and title*

P O Box 1153
Greenbelt, MD 20768
*Server's address*

Additional information regarding attempted service, etc:

See attached Certificate of Service and email Communication

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

OBADIAH OSEKO KEGEGE

_____
*Plaintiff(s)*

v.                                                    Civil Action No.    TDC-20-1066

CHEATERPICTURE.COM, et al. ,

_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CHEATERPICTURE.COM
C/O Domain Registrar of Record -  NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___6/16/2020___                              _____
                                                   *Signature of Clerk or Deputy Clerk*

 Gmail

Obadiah Kegege <obadiahke@gmail.com>

# US District Court  Case No.:  8:20-CV-01066-TDC   CHEATERPICTURE.COM

**Obadiah Kegege** <obadiahke@gmail.com>                                     Sun, Jul 26, 2020 at 7:07 PM
To: pw-d2fffc012d0abb0b1c63676abedfb3a8@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **CHEATERPICTURE.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

**8:20-CV-01066-TDC, Document 5, Pg.  55 of 62:   SUMMONS IN A CIVIL ACTION**
**8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
**8:20-CV-01066-TDC:    COMPLAINT**
**CERTIFICATE OF SERVICE**

Also, attached are the printouts of CHEATERPICTURE.COM **up-to-date contact email** available on the
Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN)
Domain Name Registration Lookup, as of July 26, 2020.

Copied:  **NAMESILO LLC**  (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

**6 attachments**



**Court Summon - cheaterpicture.com.jpg**
1471K

**Case Management Order 8-20-CV-01066-TDC.pdf**
1136K

**US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K



**Certificate of Service - CHEATERPICTURE_COM.pdf**
422K

**CHEATERPICTURE.COM Whois Lookup 2020_07_26.pdf**
73K

**CHEATERPICTURE.COM ICANN Lookup 2020_07_26.pdf**
135K

Case No.:  8:20-CV-01066-TDC



## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  57 of 62:   **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (INTERNETCHEATER.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to  **INTERNETCHEATER.COM** using the official email provided by the Domain

Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:  **INTERNETCHEATER.COM**

   Domain Registrant Email:  **pw-a2f10b74a4605250b723daad7b7e993d@privacyguardian.org**

   Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents

using the following emails:  legal@namesilo.com,  abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

                                    /s/ Obadiah O. Kegege
                                    Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   TDC-20-1066

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Internet cheater. Com

was received by me on *(date)*   6|22|20   .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                                      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                      , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                      ; or

☐ I returned the summons unexecuted because                                      ; or

☒ Other *(specify)*:  I Served Internetcheater.com Using their official email provided by their Registrar of Record, and available on Domain Name LookUP.

My fees are $                for travel and $                for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 07-26-2020

Obadiah L.
*Server's signature*

OBADIAH O LE GEGE
*Printed name and title*

P.O. Box 1153
Greenbelt, MD 20768
*Server's address*

Additional information regarding attempted service, etc:

See attached Certificate of Service and email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   TDC-20-1066 |
| | ) | |
| INTERNETCHEATER.COM, et al . | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   INTERNETCHEATER COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   6/16/2020

_____
*Signature of Clerk or Deputy Clerk*

 Gmail

Obadiah Kegege <obadiahke@gmail.com>

# US District Court  Case No.:  8:20-CV-01066-TDC  INTERNETCHEATER.COM

**Obadiah Kegege** <obadiahke@gmail.com>　　　　　Sun, Jul 26, 2020 at 7:10 PM
To: pw-a2f10b74a4605250b723daad7b7e993d@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **INTERNETCHEATER.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

> **8:20-CV-01066-TDC, Document 5, Pg. 57 of 62:   SUMMONS IN A CIVIL ACTION**
> **8:20-CV-01066-TDC, Document 2:   CASE MANAGEMENT ORDER**
> **8:20-CV-01066-TDC:   COMPLAINT**
> **CERTIFICATE OF SERVICE**

Also, attached are the printouts of INTERNETCHEATER.COM **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied: **NAMESILO LLC** (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

**6 attachments**



**Court Summon - internetcheater.com.jpg**
1427K

**Case Management Order 8-20-CV-01066-TDC.pdf**
1136K

**US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
3790K

**Certificate of Service - INTERNETCHEATER_COM.pdf**
426K

**INTERNETCHEATER.COM  Whois  Lookup  2020_07_26.pdf**
73K

**INTERNETCHEATER.COM  ICANN Lookup  2020_07_26.pdf**
135K

Case No.:  8:20-CV-01066-TDC



**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg.  59 of 62:  **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:   **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:   **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (DONTDATEACHEATER.COM)** Up-to-date **contact email** as provided by ICANN

were served via email to  **DONTDATEACHEATER.COM** using the official email provided by the Domain

Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:  **DONTDATEACHEATER.COM**

   Domain Registrant Email:  **pw-aee84d3145fe0a3538e416a89b53e794@privacyguardian.org**

   Domain Registrar Email:  abuse@namesilo.com

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents

using the following emails:  legal@namesilo.com,  abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

/s/ Obadiah O. Kegege
Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    TDC-20-1066

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Dont delete a cheater. Com

was received by me on *(date)*   6\22\20 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served Dontdeleteacheater.com using the official
email provided by their Domain Registrar of Record
and available on Domain Name Lookup.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   07-26-2020

Obadiah K.
_____
*Server's signature*

OBADIAH O. KEGEGE
_____
*Printed name and title*

P.O BOX 1153
Greenbelt, MD 20768
_____
*Server's address*

Additional information regarding attempted service, etc:

See attached Certificate of Service and
email Communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.   TDC-20-1066 |
| | ) |
| DONTDATEACHEATER.COM, et al. , | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DONTDATEACHEATER.COM
C/O Domain Registrar of Record -  NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue,
Suite A-110,
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Obadiah O Kegege
    P.O. Box 1153
    Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                    *CLERK OF COURT*

Date:    6/16/2020

                                    *Signature of Clerk or Deputy Clerk*

 Gmail                  Obadiah Kegege <obadiahke@gmail.com>

---

# US District Court  Case No.:  8:20-CV-01066-TDC   DONTDATEACHEATER.COM

**Obadiah Kegege** <obadiahke@gmail.com>             Sun, Jul 26, 2020 at 7:12 PM
To: pw-aee84d3145fe0a3538e416a89b53e794@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

---

Dear DONTDATEACHEATER.COM,

Please find the attached documents for the case I filed against you at the US District Court:

       **8:20-CV-01066-TDC, Document 5, Pg.  59 of 62:   SUMMONS IN A CIVIL ACTION**
       **8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER**
       **8:20-CV-01066-TDC:    COMPLAINT**
       **CERTIFICATE OF SERVICE**

Also, attached are the printouts of DONTDATEACHEATER.COM  **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied:  **NAMESILO LLC**  (legal@namesilo.com,  abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

July 26, 2020

---

**6 attachments**



               **Court Summon - dontdateacheater.com.jpg**
               1440K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
   1136K

📄 **US  District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
   3790K

📄 **Certificate of Service - DONTDATEACHEATER_COM.pdf**

7/27/2020         Gmail - US District Court Case No.: 8:20-CV-01066-TDC DONTDATEACHEATER.COM ...

Case 8:20-cv-01066-TDC  Document 7  Filed 07/28/20  Page 157 of 162

427K

 **DONTDATEACHEATER.COM Whois Lookup 2020_07_26.pdf**
74K

**DONTDATEACHEATER.COM ICANN Lookup 2020_07_26.pdf**
135K

Case No.:  8:20-CV-01066-TDC

JUL 2 8 2020

**CERTIFICATE OF SERVICE**

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 26th day of July, 2020,  copies of the following

documents:

   8:20-CV-01066-TDC, Document 5, Pg. 61 of 62:  **SUMMONS IN A CIVIL ACTION**
   8:20-CV-01066-TDC, Document 2:  **CASE MANAGEMENT ORDER**
   8:20-CV-01066-TDC:  **COMPLAINT**
   **CERTIFICATE OF SERVICE**
   **Defendant's (CHEATERRADAR.COM)** Up-to-date **contact information/email** as provided by ICANN

were served via email to  **CHEATERRADAR.COM** using the official email provided by the Domain

Registrar of Record **NAMESILO LLC**, and available on the internet Domain Name Registration Lookup as

required by the Internet Corporation for Assigned Names and Numbers (ICANN):

   Domain Name:  **CHEATERRADAR.COM**

   Domain Registrant Email:  **pw-9e89361280d43b27ce97024d45c4f4f4@privacyguardian.org**

   Domain Registrar Email:  **abuse@namesilo.com**

The Domain Registrar of Record **NAMESILO LLC** has been copied all the above mentioned documents

using the following emails:  legal@namesilo.com,  abuse@namesilo.com

Attached hereto is a true and correct copy of the email communication.

/s/ Obadiah O. Kegege
Obadiah O. Kegege

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.       TDC-20-1066

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Cheaterrador.com

was received by me on *(date)*  6/22/20  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served cheaterrador.com using the official
email provided by their Domain Registrar of Record, and
available on Domain Name Lookup

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  07-26-2020                          Obadiah K.
                                         _____
                                              Server's signature

                                      OBADIAH O. KEGEGE
                                         _____
                                              Printed name and title
                                      P'O BOX 1153
                                      Greenbelt, MD 20768
                                         _____
                                              Server's address

Additional information regarding attempted service, etc:

See attached Certificate of Service and
email communication.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.   TDC-20-1066 |
| | ) |
| CHEATERRADAR.COM, et al. , | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CHEATERRADAR.COM
C/O Domain Registrar of Record - NAMESILO LLC
ATT: Michael Goldfarb/Designated Agent
1300 E. Missouri Avenue.
Suite A-110.
Phoenix, AZ 85014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Obadiah O Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:    6/16/2020

_____
Signature of Clerk or Deputy Clerk

 Gmail                             Obadiah Kegege <obadiahke@gmail.com>

---

## US District Court   Case No.:   8:20-CV-01066-TDC   CHEATERRADAR.COM

**Obadiah Kegege** <obadiahke@gmail.com>             Sun, Jul 26, 2020 at 7:15 PM
To: pw-9e89361280d43b27ce97024d45c4f4f4@privacyguardian.org
Cc: legal@namesilo.com, abuse@namesilo.com

Dear **CHEATERRADAR.COM** ,

Please find the attached documents for the case I filed against you at the US District Court:

> **8:20-CV-01066-TDC, Document 5, Pg. 61 of 62:**   **SUMMONS IN A CIVIL ACTION**
> **8:20-CV-01066-TDC, Document 2:**    **CASE MANAGEMENT ORDER**
> **8:20-CV-01066-TDC:**    **COMPLAINT**
> **CERTIFICATE OF SERVICE**

Also, attached are the printouts of CHEATERRADAR.COM **up-to-date contact email** available on the Whois.com Domain Name Lookup and on the Internet Corporation for Assigned Names and Numbers (ICANN) Domain Name Registration Lookup, as of July 26, 2020.

Copied:   **NAMESILO LLC**  (legal@namesilo.com,   abuse@namesilo.com)

Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

July 26, 2020

**6 attachments**



                     **Court Summon - cheaterradar.com.jpg**
                     1476K

📄 **Case Management Order 8-20-CV-01066-TDC.pdf**
    1136K

📄 **US District Court - Complaint_ 8-20-CV-01066-TDC.pdf**
    3790K

📄 **Certificate of Service - CHEATERRADAR_COM.pdf**

427K

 **CHEATERRADAR.COM Whois Lookup 2020_07_26.pdf**
73K

**CHEATERRADAR.COM ICANN Lookup 2020_07_26.pdf**
135K