# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

OBADIAH OSEKO KEGEGE                           *

      Plaintiff,                                 *

**V.**                                         *

NAMESILO LLC,  NAMEPAL LLC,  GODADDY LLC,       *
TUCOWS INC,  DYNADOT LLC,  INTERNET DOMAIN
SERVICE BS CORP,  WTFCHEATERS.COM,             *
WTFCHEATER.COM,  WORSTHOMEWRECKERS.COM,
CATFISHED.NET,  SHESHOMEWRECKER.COM,           *       Case No.:  **8:20-CV-01066**
CHEATERXPOSED.COM,  HELLOCHEATERS.COM,
CHEATERSIREN.COM,  WTFSCAM.COM,                *       **JURY TRIAL DEMANDED**
REPORTAFFAIRS.COM,  CHEATERINFORMER.COM,
WIKICHEATER.COM,                               *
EXPOSECHEATINGONLINE.COM,
CHEATERPICTURE.COM,  INTERNETCHEATER.COM,       *
DONTDATEACHEATER.COM,  CHEATERRADAR.COM,
DEADBEATREGISTRY.COM,  SCAMFOUND.COM,           *
CHEATEREXPOSE.COM,  EXPOSECHEATER.COM,
CHEATERBOARD.COM,  SCORNEDLOVE.COM,            *
EXPOSECHEATERS.COM,  BUSTEDCHEATERS.COM.
                                               *
      Defendants.
*       *       *       *       *       *       *       *       *       *       *       *       *

## COMPLAINT

The Plaintiff **Dr. Obadiah Oseko Kegege**,   hereby files this Complaint for (i) False Light Invasion

of Privacy, (ii) Defamation Per Se, (iii) Blackmail and Extortion, (iv) Trolling, Cyber Harassment, and

Cyberstalking, (v) Conspiracy to Violate RICO Act, and (vi) Neglect to Prevent;  with all six Counts against

the following thirty one Defendants:

**NameSilo LLC,  NamePal LLC,  GoDaddy LLC,  Tucows Inc.,  Dynadot LLC,  Internet Domain Service BS**

**Corp,    wtfcheaters.com,    wtfcheater.com,    worsthomewreckers.com,    catfished.net,**

**sheshomewrecker.com,   cheaterxposed.com,   hellocheaters.com,   cheatersiren.com,   wtfscam.com,**

**reportaffairs.com,      cheaterinformer.com,      wikicheater.com,      exposecheatingonline.com,**

cheaterpicture.com,      internetcheater.com,      dontdateacheater.com,      cheaterradar.com,

deadbeatregistry.com,      scamfound.com,      cheaterexpose.com,      exposecheater.com,

cheaterboard.com, scornedlove.com, exposecheaters.com, bustedcheaters.com

arising from the false and defamatory content that the Defendants maliciously and negligently published

on their websites defaming and characterizing the Plaintiff as a conman, liar, and with immoral

character and beliefs that he does not hold.  As of 04/15/2020, there were 103 website links Owned/

Registered by the Defendants publishing the defamatory content about the Plaintiff alongside his full

names, picture, and residence information.  These false and defamatory publications by Defendants,

accessible worldwide, have harmed the Plaintiff's personal and business reputation, caused him serious

emotional distress and health problems, embarrassment, and personal humiliation.

### Jurisdiction and Venue

1.   This Court has jurisdiction over this action pursuant to 28 U.S. Code § 1332.  The diversity of

citizenship (the Parties are citizens of different States and foreign States), and the matter in controversy

exceeds the sum or value of $75,000, exclusive of interest and costs.

2.   The Plaintiff is a resident of Prince Georges County, in the State of Maryland, USA.

### The Parties

3.   The Plaintiff **Dr. Obadiah Oseko Kegege** is a citizen of the United States residing in Maryland,

USA.  He has over a decade of experience in engineering, research, technology development, and

project management.  He is internationally known for his professional experience, has given talks at

various conferences, including a keynote speech at international event.  Also, the Plaintiff is a small

business owner.

4.   The Defendant **NameSilo LLC** is an internet domain registrar and web hosting company with

its principal place of business located at 1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.

**NameSilo LLC** offers privacy through its subsidiary organization called **See PrivacyGuardian.org** (see **Exhibit A**).  The Defendant **NameSilo LLC** is the **Registrar** of the following **Concealed Entities** that are publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information:

      a) **wtfcheaters.com**
      b) **worsthomewreckers.com**
      c) **catfished.net**
      d) **sheshomewrecker.com**
      e) **cheaterxposed.com**
      f) **hellocheaters.com**
      g) **cheatersiren.com**
      h) **wtfscam.com**
      i) **reportaffairs.com**
      j) **cheaterinformer.com**
      k) **wikicheater.com**
      l) **exposecheatingonline.com**
      m) **cheaterpicture.com**
      n) **internetcheater.com**
      o) **dontdateacheater.com**
      p) **cheaterradar.com**

5.   The Defendant **NamePal LLC** is an internet domain registrar and web hosting company located in Belize, with its mailing address at P.O. Box #2, Belize City, Belize 00000, BZ.  In January 10, 2019, **NameSilo LLC** CEO Kristaps Ronka publicized that **NameSilo LLC** had acquired **NamePal LLC** (see **Exhibit B**).  The Defendant **NamePal LLC** is the **Registrar** of the following **Concealed Entities** that are publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information:

      a) **deadbeatregistry.com**
      b) **scamfound.com**

6.   The Defendant **GoDaddy LLC (Go Daddy Operating Company, LLC)** is an internet domain registrar and web hosting company with its principal place of business at 14455 N. Hayden Rd, Scottsdale, AZ 85260.  GoDaddy LLC comprises other organization including **Domains by Proxy LLC** and **Wild West Domains LLC** within its enterprise.  GoDaddy LLC offers domain privacy services through Go

Daddy and Wild West Domains.     The Defendant **GoDaddy LLC** (**Exhibit C**) is the **Registrar** of the following **Concealed Entities** that are publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information:

        a) **cheaterexpose.com**
        b) **exposecheater.com**
        c) **cheaterboard.com**

    7.  The Defendant **Tucows Inc. (Tucows Domains Inc.)** is a domain registrar and a publicly traded internet services and telecommunications company incorporated in the United States with its principal place of business at 96 Mowat Ave, Toronto,  M6K3M1 Canada.  **Tucows Inc** is the Registrar of **scornedlove.com,** a **Concealed Entity** that is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information (see **Exhibit D**).

    8.  The Defendant **Dynadot LLC (Super Privacy Service LTD c/o Dynadot)** is an internet domain registrar and web hosting company with its principal place of business at 210 S Ellsworth Ave #345, San Mateo, CA 94401.  Dynadot's headquarters is established in San Mateo, California, with offices in Zhengzhou and Beijing, China, as well as Toronto, Canada.     **Dynadot LLC** is the Registrar of **exposecheaters.com**, a **Concealed Entity** that is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information (see **Exhibit E**).

    9.  The Defendant **Internet Domain Service BS Corp** is an internet domain registrar and web hosting company with its principal place of business at Ocean Centre, Montagu Foreshore, East Bay Street, Nassau, The Bahamas  (and, P.O. Box SS-19084).     The Defendant **Internet Domain Service BS Corp** is the **Registrar** of the following **Concealed Entities** that are publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information (see **Exhibit F**):

    a)  **bustedcheaters.com**
    b)  **wtfcheater.com**

10.  The Defendant **wtfcheaters.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**  The Registrar of record of **wtfcheaters.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **wtfcheaters.com** and keeps it private. The Plaintiff does not know the principal place of business of **wtfcheaters.com.**  Based on this analogy, it is logical to contact **wtfcheaters.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014. The  Defendant **wtfcheaters.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

    a)  https://www.wtfcheaters.com/obadiah-oseko-kegege-upper-marlboro-maryland/
    b)  https://www.wtfcheaters.com/tag/obadiah-oseko-kegege/
    c)  https://www.wtfcheaters.com/tag/upper-marlboro-md/
    d)  https://www.wtfcheaters.com/author/anonymous/page/275/
    e)  https://wtfcheater.com/category/cheaters/page/156/

11.  The Defendant **worsthomewreckers.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**  The Registrar of record of **worsthomewreckers.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **worsthomewreckers.com** and keeps it private.   The Plaintiff does not know the principal place of business of **worsthomewreckers.com.**  Based on this analogy, it is logical to contact **worsthomewreckers.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.   The Defendant **worsthomewreckers.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

    a)  https://www.worsthomewreckers.com/obadiah-oseko-kegege-upper-marlboro-maryland/
    b)  http://www.worsthomewrecker.com/obadiah-oseko-kegege-upper-marlboro-maryland/
    c)  https://www.worsthomewrecker.com/tag/obadiah-oseko-kegege-upper-marlboro-maryland/

12.  The Defendant **catfished.net** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**  The Registrar of record of **catfished.net** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **catfished.net** and keeps it private.  The Plaintiff does not know the principal place of business of **catfished.net**.  Based on this analogy, it is logical to contact **catfished.net** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.   The Defendant **catfished.net** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

   a)  http://www.catfished.net/obadiah-oseko-kegege-upper-marlboro-maryland/
   b)  http://www.catfished.net/tag/obadiah-oseko-kegege-upper-marlboro-maryland/
   c)  http://www.catfished.net/category/catfished/page/13/

13.  The Defendant **sheshomewrecker.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**  The Registrar of record of **sheshomewrecker.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **sheshomewrecker.com** and keeps it private.  The Plaintiff does not know the principal place of business of **sheshomewrecker.com**. Based on this analogy, it is logical to contact **sheshomewrecker.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.  The Defendant **sheshomewrecker.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

   a)  https://www.sheshomewrecker.com/tag/upper-marlboro-md/
   b)  https://www.sheshomewrecker.com/author/anonymous/page/244/
   c)  https://www.sheshomewrecker.com/tag/obadiah-kegege/
   d)  https://www.sheshomewrecker.com/tag/obadiah-o-kegege/
   e)  https://www.sheshomewrecker.com/tag/obadiah-oseko-kegege/
   f)  https://www.sheshomewrecker.com/tag/upper-marlboro-md/

14.  The Defendant **cheaterxposed.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**  The Registrar of record of **cheaterxposed.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **cheaterxposed.com** and keeps it private.  The Plaintiff does not know the principal place of business of **cheaterxposed.com**.

Based on this analogy, it is logical to contact **cheaterxposed.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.  The Defendant **cheaterxposed.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

a)  http://www.cheaterxposed.com/obadiah-oseko-kegege-upper-marlboro-maryland/
b)  http://www.cheaterxposed.com/author/anonymous/page/3/
c)  http://www.cheaterxposed.com/2018/12/page/2/
d)  http://www.cheaterxposed.com/tag/obadiah-kegege/
e)  http://www.cheaterxposed.com/tag/obadiah-o-kegege/
f)  http://www.cheaterxposed.com/tag/obadiah-oseko-kegege/
g)  http://www.cheaterxposed.com/tag/upper-marlboro-md/

15.   The Defendant **hellocheaters.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**  The Registrar of record of **hellocheaters.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **hellocheaters.com** and keeps it private. The Plaintiff does not know the principal place of business of **hellocheaters.com**.  Based on this analogy, it is logical to contact **hellocheaters.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.   The Defendant **hellocheaters.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

a)  https://www.hellocheaters.com/obadiah-oseko-kegege-upper-marlboro-maryland/
b)  https://www.hellocheaters.com/category/maryland/page/4/
c)  https://www.hellocheaters.com/tag/obadiah-kegege/
d)  https://www.hellocheaters.com/tag/obadiah-o-kegege/
e)  https://www.hellocheaters.com/tag/obadiah-oseko-kegege/
f)  https://www.hellocheaters.com/tag/upper-marlboro-md/

16.   The Defendant **cheatersiren.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**   The Registrar of record of **cheatersiren.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **cheatersiren.com** and keeps it private. The Plaintiff does not know the principal place of business of **cheatersiren.com**.  Based on this analogy, it is logical to contact **cheatersiren.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110,

Phoenix, AZ 85014.  The Defendant **cheatersiren.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

    a)  https://www.cheatersiren.com/obadiah-oseko-kegege-upper-marlboro-maryland/
    b)  https://www.cheatersiren.com/tag/obadiah-o-kegege/
    c)  https://www.cheatersiren.com/tag/obadiah-kegege/
    d)  https://www.cheatersiren.com/tag/obadiah-oseko-kegege/
    e)  https://www.cheatersiren.com/tag/upper-marlboro-md/

    17.  The Defendant **wtfscam.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**  The Registrar of record of **wtfscam.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **wtfscam.com** and keeps it private.  The Plaintiff does not know the principal place of business of **wtfscam.com**.  Based on this analogy, it is logical to contact **wtfscam.com** at c/o NameSilo LLC, 1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.   The Defendant **wtfscam.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

    a)  https://www.wtfscam.com/category/maryland/page/3/
    b)  https://www.wtfscam.com/tag/obadiah-oseko-kegege/
    c)  https://www.wtfscam.com/obadiah-oseko-kegege-upper-marlboro-maryland/

    18.  The Defendant **reportaffairs.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**   The Registrar of record of **reportaffairs.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **reportaffairs.com** and keeps it private. The Plaintiff does not know the principal place of business of **reportaffairs.com**.  Based on this analogy, it is logical to contact **reportaffairs.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.  The Defendant **reportaffairs.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

    a)  http://reportaffairs.com/tag/obadiah-kegege/
    b)  https://www.reportaffairs.com/page/310/

c) https://www.reportaffairs.com/author/anonymous/page/269/
d) https://www.reportaffairs.com/tag/obadiah-kegege/
e) https://www.reportaffairs.com/tag/obadiah-o-kegege/
f) https://www.reportaffairs.com/tag/obadiah-oseko-kegege/
g) https://www.reportaffairs.com/tag/upper-marlboro-md/

19.    The Defendant **cheaterinformer.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**  The Registrar of record of **cheaterinformer.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **cheaterinformer.com** and keeps it private.  The Plaintiff does not know the principal place of business of **cheaterinformer.com**. Based on this analogy, it is logical to contact **cheaterinformer.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.  The Defendant **cheaterinformer.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

a) https://www.cheaterinformer.com/tag/obadiah-oseko-kegege/
b) https://www.cheaterinformer.com/obadiah-oseko-kegege-upper-marlboro-maryland/
c) https://www.cheaterinformer.com/category/maryland/page/4/

20.  The Defendant **wikicheater.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.**  The Registrar of record   for   **wikicheater.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **wikicheater.com** and keeps it private. The Plaintiff does not know the principal place of business for **wikicheater.com**.  Based on this analogy, it is logical to contact **wikicheater.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.  The Defendant **wikicheater.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

a) http://www.wikicheater.com/obadiah-oseko-kegege-upper-marlboro-maryland/
b) http://wikicheater.com/tag/obadiah-oseko-kegege/
c) https://www.wikicheater.com/category/maryland/page/4/
d) https://www.wikicheater.com/tag/upper-marlboro-md/

21. The Defendant **exposecheatingonline.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.** The Registrar of record of **exposecheatingonline.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **exposecheatingonline.com** and keeps it private.   The Plaintiff does not know the principal place of business of **exposecheatingonline.com**. Based on this analogy, it is logical to contact **exposecheatingonline.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.   The Defendant **exposecheatingonline.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

    a) http://exposecheatingonline.com/tag/obadiah-oseko-kegege/
    b) http://www.exposecheatingonline.com/category/maryland/
    c) http://exposecheatingonline.com/tag/upper-marlboro-md/
    d) http://exposecheatingonline.com/tag/obadiah-kegege/
    e) http://exposecheatingonline.com/tag/obadiah-o-kegege/

22. The Defendant **cheaterpicture.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.** The Registrar of record of **cheaterpicture.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **cheaterpicture.com** and keeps it private. The Plaintiff does not know the principal place of business of **cheaterpicture.com**. Based on this analogy, it is logical to contact **cheaterpicture.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014. The Defendant **cheaterpicture.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

    a) https://www.cheaterpicture.com/obadiah-oseko-kegege-upper-marlboro-maryland/
    b) https://www.cheaterpicture.com/tag/obadiah-oseko-kegege/
    c) http://www.cheaterpicture.com/category/maryland/page/3/

23. The Defendant **internetcheater.com** is a **Concealed Entity** and an internet domain **Registered** by **NameSilo LLC.** The Registrar of record of **internetcheater.com** on the "Whois.com" database is **NameSilo LLC,** who retains all the correct contact information of **internetcheater.com** and

keeps it private.  The Plaintiff does not know the principal place of business of **internetcheater.com**.

Based on this analogy, it is logical to contact **internetcheater.com** at c/o NameSilo LLC,  1300 E. Missouri

Avenue, Suite A-110, Phoenix, AZ 85014.  The Defendant **internetcheater.com** is publishing false and

highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and

residence information at the following URLs:

  a) http://internetcheater.com/tag/obadiah-kegege/
  b) https://www.internetcheater.com/tag/obadiah-oseko-kegege/
  c) https://www.internetcheater.com/obadiah-oseko-kegege-upper-marlboro-maryland/

24.    The Defendant **dontdateacheater.com** is a **Concealed Entity** and an internet domain

**Registered** by **NameSilo LLC.**  The Registrar of record of **dontdateacheater.com** on the "Whois.com"

database is **NameSilo LLC,** who retains all the correct contact information of **dontdateacheater.com** and

keeps it private.  The Plaintiff does not know the principal place of business for  **dontdateacheater.com**.

Based on this analogy, it is logical to contact **dontdateacheater.com** at c/o NameSilo LLC,  1300 E.

Missouri Avenue, Suite A-110, Phoenix, AZ 85014.  The Defendant **dontdateacheater.com** is publishing

false and highly offensive defamatory content defaming the Plaintiff alongside his full three names,

picture, and residence information at the following URLs:

  a) https://www.dontdateacheater.com/author/anonymous/page/106/
  b) https://www.dontdateacheater.com/obadiah-oseko-kegege-upper-marlboro-maryland/

25.    The Defendant **cheaterradar.com** is a **Concealed Entity** and an internet domain **Registered**

by **NameSilo LLC.**   The Registrar of record of **cheaterradar.com** on the "Whois.com" database is

**NameSilo LLC,** who retains all the correct contact information of **cheaterradar.com** and keeps it private.

The Plaintiff does not know the principal place of business of **cheaterradar.com**.  Based on this analogy,

it is logical to contact **cheaterradar.com** at c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110,

Phoenix, AZ 85014.   The Defendant **cheaterradar.com** is  publishing  false  and  highly  offensive

defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

    a) http://cheaterradar.com/2018/12/obadiah-oseko-kegege-upper-marlboro-maryland/
    b) http://cheaterradar.com/tag/obadiah-oseko-kegege/
    c) http://cheaterradar.com/author/anonymous/page/168/

26.    The Defendant **deadbeatregistry.com** is a **Concealed Entity** and an internet domain **Registered** by **NamePal LLC.**  The Registrar of record of **deadbeatregistry.com** on the "Whois.com" database is **NamePal LLC,** who retains all the correct contact information of **deadbeatregistry.com** and keeps it private.  The Plaintiff does not know the principal place of business of **deadbeatregistry.com**. Based on this analogy, it is logical to contact **deadbeatregistry.com** at c/o NamePal LLC, P.O. Box #2, Belize City, Belize 00000, BZ.  Alternatively, since **NameSilo LLC** had acquired  **NamePal LLC** (see **Exhibit A**), it is logical to contact **deadbeatregistry.com** at  c/o NameSilo LLC,  1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.  The Defendant **deadbeatregistry.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

    a) https://deadbeatregistry.com/tag/obadiah-oseko-kegege/
    b) https://www.deadbeatregistry.com/category/maryland/page/3/
    c) https://www.deadbeatregistry.com/obadiah-oseko-kegege-upper-marlboro-maryland/

27. The Defendant **scamfound.com** is a **Concealed Entity** and an internet domain **Registered** by **NamePal LLC.**  The Registrar of record of **scamfound.com** on the "Whois.com" database is **NamePal LLC,** who retains all the correct contact information of **scamfound.com** and keeps it private.  The Plaintiff does not know the principal place of business of **scamfound.com**.  Based on this analogy, it is logical to contact **scamfound.com** at c/o NamePal LLC, P.O. Box #2, Belize City, Belize 00000, BZ.  Alternatively, since **NameSilo LLC** had acquired  **NamePal LLC** (see **Exhibit B**), it is logical to contact **scamfound.com** at c/o NameSilo LLC,   1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ 85014.   The Defendant

**scamfound.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

a) https://www.scamfound.com/cheaters/obadiah-oseko-kegege-upper-marlboro-maryland
b) https://www.scamfound.com/tag/obadiah-kegege
c) https://www.scamfound.com/tag/obadiah-o-kegege
d) https://www.scamfound.com/tag/obadiah-oseko-kegege
e) https://www.scamfound.com/tag/upper-marlboro-md

28.    The Defendant **cheaterexpose.com** is a **Concealed Entity** and an internet domain **Registered** by **GoDaddy LLC** through its subsidiary **Wild West Domains LLC**.  The Registrar of record of **cheaterexpose.com** on the "Whois.com" database is **Wild West Domains LLC,** who retains all the correct contact information of **cheaterexpose.com** and keeps it private.  The Plaintiff does not know the principal place of business of **cheaterexpose.com**.  Based on this analogy, it is logical to contact **cheaterexpose.com** at c/o GoDaddy LLC/ Wild West Domains LLC, 14455 N. Hayden Rd, Scottsdale,  AZ 85260.  The Defendant **cheaterexpose.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

a) http://cheaterexpose.com/obadiah-oseko-kegege-upper-marlboro-maryland/
b) http://cheaterexpose.com/tag/obadiah-kegege/
c) http://cheaterexpose.com/tag/obadiah-o-kegege/
d) http://cheaterexpose.com/tag/obadiah-oseko-kegege/
e) http://cheaterexpose.com/tag/upper-marlboro-md/

29.    The Defendant **exposecheater.com** is a **Concealed Entity** and an internet domain **Registered** by **GoDaddy LLC**.  The Registrar of record of **exposecheater.com** on the "Whois.com" database is **GoDaddy LLC** who retains all the correct contact information of **exposecheater.com** and keeps it private.  The Plaintiff does not know the principal place of business of **exposecheater.com**.  Based on this analogy, it is logical to contact **exposecheater.com** at c/o GoDaddy LLC, 14455 N. Hayden Rd, Scottsdale,  AZ  85260.  The Defendant **exposecheater.com** is publishing false and highly offensive

defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URL:

   a)   https://www.exposecheater.com/obadiah-oseko-kegege-upper-marlboro-maryland/

30. The Defendant **cheaterboard.com** is a **Concealed Entity** and an internet domain **Registered** by **GoDaddy LLC**.   The Registrar of record of **cheaterboard.com** on the "Whois.com" database is **GoDaddy LLC** who retains all the correct contact information of **cheaterboard.com** and keeps it private. The Plaintiff does not know the principal place of business of **cheaterboard.com**.  Based on this analogy, it is logical to contact **cheaterboard.com** at c/o GoDaddy LLC, 14455 N. Hayden Rd, Scottsdale,  AZ 85260.  The Defendant **cheaterboard.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

   a)   https://www.cheaterboard.com/obadiah-oseko-kegege-upper-marlboro-maryland/
   b)   https://www.cheaterboard.com/tag/obadiah-oseko-kegege/
   c)   https://www.cheaterboard.com/category/cheaters/page/254/
   d)   https://www.cheaterboard.com/category/cheaters/page/143/
   e)   https://www.cheaterboard.com/page/223/

31.  The Defendant **scornedlove.com** is a **Concealed Entity** and an internet domain **Registered** by **Tucows Domains Inc.**  The Registrar of record of **scornedlove.com** on the "Whois.com" database is **Tucows Domains Inc,** who retains all the correct contact information of **scornedlove.com** and keeps it private.  The Plaintiff does not know the principal place of business of **scornedlove.com**.  Based on this analogy, it is logical to contact **scornedlove.com** at c/o Tucows Inc, 96 Mowat Ave, Toronto,  M6K3M1 Canada.  The Defendant **scornedlove.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

   a)   http://www.scornedlove.com/obadiah-oseko-kegege-upper-marlboro-maryland/
   b)   http://www.scornedlove.com/tag/obadiah-oseko-kegege-upper-marlboro-maryland/

14

c) https://www.scornedlove.com/category/scorned-lovers/page/38/

32.   The Defendant **exposecheaters.com** is a **Concealed Entity** and an internet domain **Registered** by **Dynadot LLC.**   The Registrar of record of **exposecheaters.com** on the "Whois.com" database is **Dynadot LLC,** who retains all the correct contact information of **exposecheaters.com** and keeps it private.  The Plaintiff does not know the principal place of business of **exposecheaters.com**. Based on this analogy, it is logical to contact **exposecheaters.com** at c/o Dynadot LLC,  210 S Ellsworth Ave #345, San Mateo, CA 94401.   The Defendant **exposecheaters.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

a) http://www.exposecheaters.com/tag/obadiah-oseko-kegege/
b) https://www.exposecheater.com/tag/obadiah-kegege/
c) https://www.exposecheaters.com/category/maryland/
d) http://www.exposecheaters.com/tag/obadiah-o-kegege/
e) http://www.exposecheaters.com/tag/upper-marlboro-md/

33.   The Defendant **bustedcheaters.com** is a **Concealed Entity** and an internet domain **Registered** by **Internet Domain Service BS Corp.**  The Registrar of record of **bustedcheaters.com** on the "Whois.com" database is **Internet Domain Service BS Corp,** who retains all the correct contact information of **bustedcheaters.com** and keeps it private.  The Plaintiff does not know the principal place of business of **bustedcheaters.com**.  Based on this analogy, it is logical to contact **bustedcheaters.com** at c/o Internet Domain Service BS Corp, Ocean Centre, Montagu Foreshore, East Bay Street, Nassau, The Bahamas  (P.O. Box SS-19084).  The Defendant **bustedcheaters.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

a) https://bustedcheaters.com/obadiah-oseko-kegege-upper-marlboro-md/
b) https://www.bustedcheater.com/obadiah-oseko-kegege-upper-marlboro-maryland/
c) https://www.bustedcheater.com/tag/obadiah-kegege/
d) https://www.bustedcheater.com/tag/obadiah-o-kegege/
e) https://www.bustedcheater.com/tag/obadiah-oseko-kegege/

f)   https://www.bustedcheater.com/tag/upper-marlboro-md/

34.  The Defendant **wtfcheater.com** is a **Concealed Entity** and an internet domain Registered by **Internet Domain Service BS Corp.**  The Registrar of record of **wtfcheater.com** on the "Whois.com" database is **Internet Domain Service BS Corp,** who retains all the correct contact information of **wtfcheater.com** and keeps it private.  The Plaintiff does not know the principal place of business of **wtfcheater.com**.  Based on this analogy, it is logical to contact **wtfcheater.com** at c/o Internet Domain Service BS Corp, Ocean Centre, Montagu Foreshore, East Bay Street, Nassau, The Bahamas  (P.O. Box SS-19084).  The Defendant **wtfcheater.com** is publishing false and highly offensive defamatory content defaming the Plaintiff alongside his full three names, picture, and residence information at the following URLs:

a)   https://wtfcheater.com/obadiah-oseko-kegege-upper-marlboro-md/
b)   https://wtfcheater.com/page/168/
c)   https://www.wtfcheaters.com/?s=kegege

## Background and Example of Publications on Defendants' Websites

35.  In February 2019, the Plaintiff learned about anonymous false and highly offensive defamatory content using his full three names, picture, and residence information published on four of the Defendants websites below:

a)   https://bustedcheaters.com/obadiah-oseko-kegege-upper-marlboro-md/
b)   https://www.exposecheater.com/obadiah-oseko-kegege-upper-marlboro-maryland/
c)   http://www.cheaterboard.com/tag/obadiah-o-kegege/
d)   https://wtfcheater.com/obadiah-oseko-kegege-upper-marlboro-md/

36.  The Plaintiff contacted the Defendants above (paragraph 35) but they refused to retract the content.   The   Defendants **bustedcheaters.com, exposecheater.com, cheaterboard.com** and **wtfcheater.com** (paragraph 35) provided the Plaintiff with internet links to reputation management companies to pay for 3rd party arbitration services to remove the defamatory content from their websites.  The removal process was exploitive and very expensive (see **Exhibit H**).



**Figure 1** – Online Content defaming the Plaintiff published on www.cheaterboard.com



**Figure 2** – Online Content defaming the Plaintiff published on www.cheaterpicture.com

37.  The Plaintiff contacted Google.com and requested Google to block the defamatory links on paragraph 35 from appearing on their search engine.  Google responded positively and blocked the four links above from appearing on their search engine.

38.  By April 2019, the Plaintiff learned that the above Defendants had populated the same internet websites (using different tags and URLs) with the same defamatory content to avoid getting blocked on search engines.  Also, more new websites were added publishing the same defamatory content.  The Plaintiff believes that the Defamatory Websites launched directed attacks because he did not pay the reputation management companies as directed by them.

39.  In reference to the examples in Figures 1 and 2, the same defamatory content has been published by the Defendants on paragraph 10 through 34.

40.  The Defendants on Paragraphs 10 through 34 are **Concealed Entities.**  The Internet Corporation for Assigned Names and Numbers (ICANN) requires that when an entity (Domain Registrant) registers a Domain Name, "you must give your Registrar accurate and reliable contact details, and correct and update them promptly if there are any changes during the term of the registration period" (https://www.icann.org).

41.  The Domain Registrars (paragraph 4 through 9) have replaced the Domain Registrants' (Defamatory Websites') contact information with their (Domain Registrars') contact information to provide them with the privacy - see **Exhibit G** as an example.

42.  The Domain Registrars/Defendants **NameSilo LLC,  NamePal LLC,  GoDaddy LLC,   Tucows Inc,  Dynadot LLC, and  Internet Domain Service BS Corp** maintain a database with  the correct names, contact details, billing and payment records of the **Concealed Entities** (paragraph 10 through 34) which should be provide upon request by the Court.

19



**Figure 3** – Defendants Populated Search Engines with Defamatory Content to Infliction Maximum Harm

43. As of April 15, 2020, there were **103 internet links** publishing the same content defaming the Plaintiff.  As shown in **Figure 3**, if potential employers or the Plaintiff's business clients search the Plaintiff's names, the Defendants have populated the internet with URLs shown on paragraphs 10 through 34, to ensure that the defamatory content (conman, liar, etc.) pops up online before the Plaintiff's professional achievements would show up.  The Plaintiff believes that these are coordinated and direct   attacks with the intent to inflict maximum harm and then collect ransom.

44. Here are some facts common to all six Counts:

   a)  Defendants on Paragraphs 10 through 34 are publishing defamatory content defaming the Plaintiff.

   b)  Defendants on Paragraphs 4 through 9 are Registrars of the defamatory content Domains and concealing the Identities of the Publishers of the defamatory content.

   c)  The Plaintiff has informed all the Defendants (paragraphs 4 through 34) about the Defamatory Content and requested that they retract and refrain from publishing.

   d)  The Defendants have refused to retract the defamatory content.

   e)  The Defendants have published the Plaintiff's picture without his permission.

   f)  The Defendants have referred the Plaintiff to contact "specified" reputation management companies and 3rd party arbitration services to remove the defamatory content from their websites.

   g)  The Defendants have injured the Plaintiff's personal and business reputation, caused him serious emotional distress and associated problems.

45. The Plaintiff hereby raises the following questions and concerns:

   a)  Why will a private citizen be targeted and attacked on more than 100 worldwide internet publications?

   b)  Are the Concealed Attackers Foreign Entities or American Citizens?

   c)  Why are there referrals from Defamatory Websites to "specified" Reputation Management Companies and Law Firms?  What are their relationships?

   d)  Why is the Defamatory Content removal process very exploitive and expensive?

   e)  In this digital age, whereby the revolution in information technology is increasing exponentially, will citizens work to pay ransom to gain their reputation and liberty rather than supporting their families? Are Foreign Entities involved in the scheme?

**The Publications on Defendants' Websites are False and Defamatory**

46.   The Plaintiff, Dr. Obadiah Oseko Kegege is not a conman (fraudster), and never been attributed to such character.  Dr. Kegege is not a liar, and never been attributed to such character.  The information is false and misleading.   Dr. Kegege exhibits high moral standards and is a good citizen with a sound moral compass.  Apart from his professional achievements and international recognition, he has received awards for mentoring and other voluntary activities in the community.

47.   The Plaintiff, Dr. Kegege does not have the number of kids published on the Defendants websites.  The information is false and misleading.

48.   Dr. Kegege did not authorize or consent to having false and highly offensive defamatory content using his full three names, picture, and residence information posted on Defendants' websites.

49.   Dr. Kegege is a private figure and has not sought publicity on the Defendants' websites.

50.   After Dr. Kegege learned of the website publications, he contacted All the Defendants (paragraphs 4 through 34) through their emails listed on Whois.com/ICANN database, and informed them that their publications are defamatory, and demanded that they be fully retracted.

51.   Despite the Plantiff's notice of the false and highly offensive defamatory content, Defendant **NameSilo LLC** has failed to retract the publications.   Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

52.   Despite the notice of the false and highly offensive defamatory content, Defendant **NamePal LLC** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit B** is a true and correct copy of the email communication.

53.   Despite the notice of the false and highly offensive defamatory content, Defendant **GoDaddy LLC** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit C** is a true and correct copy of the email communication.

54.   Despite the notice of the false and highly offensive defamatory content, Defendant **Tucows Inc.** has failed to retract the publication. Attached hereto and incorporated herein by reference as **Exhibit D** is a true and correct copy of the email communication.

55.   Despite the notice of the false and highly offensive defamatory content, Defendant **Dynadot, LLC**  has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit E** is a true and correct copy of the email communication.

56.   Despite the notice of the false and highly offensive defamatory content, Defendant **Internet Domain Service BS Corp**  has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit F** is a true and correct copy of the email communication.

57.   Despite the notice of the false and highly offensive defamatory content, Defendant **wtfcheaters.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

58.   Despite the notice of the false and highly offensive defamatory content, Defendant **worsthomewreckers.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

59.   Despite the notice of the false and highly offensive defamatory content, Defendant **catfished.net** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

60.   Despite the notice of the false and highly offensive defamatory content, Defendant **sheshomewrecker.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

61.    Despite the notice of the false and highly offensive defamatory content, Defendant **cheaterxposed.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

62.    Despite the notice of the false and highly offensive defamatory content, Defendant **hellocheaters.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

63.    Despite the notice of the false and highly offensive defamatory content, Defendant **cheatersiren.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

64.    Despite the notice of the false and highly offensive defamatory content, Defendant **wtfscam.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

65.    Despite the notice of the false and highly offensive defamatory content, Defendant **reportaffairs.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

66.    Despite the notice of the false and highly offensive defamatory content, Defendant **cheaterinformer.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

67.    Despite the notice of the false and highly offensive defamatory content, Defendant **wikicheater.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

68.    Despite the notice of the false and highly offensive defamatory content, Defendant **exposecheatingonline.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

24

69.     Despite the notice of the false and highly offensive defamatory content, Defendant **cheaterpicture.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

70.     Despite the notice of the false and highly offensive defamatory content, Defendant **internetcheater.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

71.     Despite the notice of the false and highly offensive defamatory content, Defendant **dontdateacheater.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

72.     Despite the notice of the false and highly offensive defamatory content, Defendant **cheaterradar.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit A** is a true and correct copy of the email communication.

73.     Despite the notice of the false and highly offensive defamatory content, Defendant **deadbeatregistry.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit B** is a true and correct copy of the email communication.

74.     Despite the notice of the false and highly offensive defamatory content, Defendant **scamfound.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit B** is a true and correct copy of the email communication

75.     Despite the notice of the false and highly offensive defamatory content, Defendant **cheaterexpose.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit C** is a true and correct copy of the email communication.

76.   Despite the notice of the false and highly offensive defamatory content, Defendant **exposecheater.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit C** is a true and correct copy of the email communication.

77.   Despite the notice of the false and highly offensive defamatory content, Defendant **cheaterboard.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit C** is a true and correct copy of the email communication.

78.   Despite the notice of the false and highly offensive defamatory content, Defendant **scornedlove.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit D** is a true and correct copy of the email communication.

79.   Despite the notice of the false and highly offensive defamatory content, Defendant **exposecheaters.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit E** is a true and correct copy of the email communication.

80.   Despite the notice of the false and highly offensive defamatory content, Defendant **bustedcheaters.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit F** is a true and correct copy of the email communication.

81.   Despite the notice of the false and highly offensive defamatory content, Defendant **wtfcheater.com** has failed to retract the publications. Attached hereto and incorporated herein by reference as **Exhibit F** is a true and correct copy of the email communication.

82.   The publications are false and defamatory on their face by characterizing the Plaintiff as a conman, liar, and with immoral character that he does not hold. The statements contained in 103 website links (paragraphs 10 through 34) are defamatory and offensive to a reasonable person.

83.   By maliciously and negligently allowing, approving, and assisting with the publications, the Defendants defamed the Plaintiff by making it appear that he is immoral and cannot be trusted in society, hence injuring his reputation, family, career opportunities, and business opportunities.

84.   The false and defaming publications with the Plaintiff's picture are available world-wide through the Defendants websites by looking up Plaintiff's name.  Also, search engines like Google and yahoo have linked Plaintiff's name with the defamatory websites (refer to **Figure 3**).

## The Published Defamatory Content Caused Plaintiff Serious Injury

85.   The Defendants have published false, misleading, and highly offensive defamatory content using the Plaintiff's full three names, picture, and residence information.   These website publications and publications have placed the Plaintiff in a false light before the world-at-large, in a way that is highly offensive to a reasonable person, and has caused serious damage to the Plaintiff's professional, personal reputation, and business opportunities.

86.   The worldwide publications of false, defaming, and misleading information has caused Plaintiff to suffer loss of personal reputation, emotional distress and health problems, embarrassment, personal humiliation, and a lot of stress relating to undesirable difficulties in developing his small business.

87.   The Plaintiff's family has suffered with embarrassment, humiliation, and emotional distress.

## COUNT I: False Light Invasion of Privacy

88.   Plaintiff re-alleges and incorporates by reference paragraphs 1 through 87.

89.   The Defendants on paragraph 4 through 34 published false and defamatory content on their websites, with highly offensive language falsely characterizing the Plaintiff as a conman, very immoral, a liar, and together with the defamatory content, the Defendants published his picture alongside his full three names and residence information.

90.   As of April 15, 2020, there were **103 internet links** attached to the Plaintiff's name, accessible worldwide, and defaming the Plaintiff.

91.   The Defendants publications (paragraphs 4 through 36) portrays the Plaintiff with a character that he has never held, and contains statements of opinions and beliefs not held by Plaintiff that have the effect of placing the Plaintiff in a false light, specifically, that he is a conman (fraudster) , a liar, and very immoral. Such false light is highly offensive to a reasonable person.

92.  The Defendants (paragraphs 4 through 36) published the defamatory content and pictures without privilege and without Plaintiff's consent.  The Plaintiff believes that he owns the copyright to his pictures.

93.   The Defendants acted with actual malice by populating the internet links to enable mass publicity worldwide, rejecting the requests from the Plaintiff to retract, and with reckless disregard of the authenticity of the publications.

94.   By attributing the negative character, highly offensive defamatory falsehoods, and false beliefs to the Plaintiff, the Defendants have adversely affected his professional and personal reputation, and credibility he built for over two decades.  Specifically, the defamatory publications have caused the Plaintiff to suffer in the following:

   a)   Personal humiliation, embarrassment, severe emotional distress and health problems;

   b)   Loss of his personal and professional reputation in the United States and Worldwide;

   c)   Loss of his business opportunities in the United States and Worldwide.  The Plaintiff is a small business owner that has been severely affected by the Defendants' defamation;

   d)   The false implication attached to him that he is a conman, liar,  and with very immoral character has exposed the Plaintiff to hatred in society, and will cause him to be shunned; and

   e)   Being inscribed as a conman and liar has caused limitations in future business ventures and partnerships.  Reputation is a factor in business partnerships.

95.  The Plaintiff informed the Defendants in writing (refer to **Exhibits A** through **F**) about the defamatory content and that he did not hold the ascribed character or beliefs.  The Plaintiff requested the Defendants for immediate retraction of online defamatory publications, Defendants failed to do so.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, issue injunctive relief, including that Defendants retract and delete all the defamatory content from their websites and third party websites that may have copied from them, issue monetary relief in the amount of $4,000,000, or in such greater amount to be proven at trial, pre-judgment interest, and grant such other further relief that the Court deems appropriate.

## COUNT II:   Defamation Per Se

96.  Plaintiff re-alleges and incorporates by reference paragraphs 1 through 95.

97.  The Defendants on paragraph 4 through 34 published false and defamatory content on their websites, falsely defaming the Plaintiff using highly offensive defamatory content and placing his picture alongside his full three names and residence information.

98.  By describing the Plaintiff as a conman (fraudster), a liar, with very immoral character, using highly offensive defamatory statements and false beliefs he does not hold, the Defendants defamed Plaintiff per se and have proximately caused injury to the Plaintiff's professional reputation, credibility, and his business. Specifically, the publications have caused Plaintiff to suffer in the following manner:

   a)  Personal humiliation, embarrassment, severe emotional distress and health problems;

   b)  Loss of his personal and professional reputation in the United States and Worldwide;

   c)  Loss of his business opportunities in the United States and Worldwide.  The Plaintiff is a small business owner that has been severely affected by the Defendants' defamation;

   d)  The false implication attached to him that he is a conman, liar,  and very immoral character has exposed the Plaintiff to hatred in society, and will cause him to be shunned; and

e)  Being inscribed as a conman and liar has caused limitations in future business ventures and partnerships.  Reputation is a factor in business partnerships.

99.  The Plaintiff informed the Defendants in writing (refer to **Exhibits A** through **F**) about the defamatory content and that he did not hold the ascribed character and beliefs.  The Plaintiff requested the Defendants for immediate retraction of online defamatory publications, Defendants failed to do so.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, issue injunctive relief, including that Defendants retract and delete all the defamatory content from their websites and third party websites that may have copied from them, issue monetary relief in the amount of $4,000,000, or in such greater amount to be proven at trial, pre-judgment interest, and grant such other further relief that the Court deems appropriate.

### COUNT III: Blackmail and Extortion

100.  Plaintiff re-alleges and incorporates by reference paragraphs 1 through 99.

101.  The Plaintiff informed the **Domain Registrars**/Defendants (**NameSilo LLC,  NamePal LLC , GoDaddy LLC, Tucows Inc., Dynadot LLC,** and **Internet Domain Service BS Corp**) about the wrongs being done by their Domain Registrants (**Concealed Entities**) Defendants in paragraphs 10 through paragraph 36.   The Plaintiff requested Domain Registrars (paragraph 4 through 9) for the direct contacts of the Concealed Entities.   Defendants in paragraph 4 through 9 did not provide the direct contacts of **Concealed Entities**, who by evidence shown in **Exhibit A** through **G** have shielded them, knowingly allowing their illegal activities to continue.

102.  The **Concealed Entities/Websites** (paragraph 10 through 34) continue to publish false and defamatory content falsely defaming the Plaintiff using highly offensive defamatory content and placing his picture alongside his full three names and residence information.

103.  The Defendant **NameSilo LLC** continue to provide  Domain Registrar services, continue to receive   money   from   Defendants   **wtfcheaters.com,   worsthomewreckers.com,   catfished.net,**

sheshomewrecker.com, cheaterxposed.com, hellocheaters.com, cheatersiren.com, wtfscam.com, reportaffairs.com, cheaterinformer.com, wikicheater.com, exposecheatingonline.com, cheaterpicture.com, internetcheater.com, dontdateacheater.com, cheaterradar.com; and shielding them rather than to inform and retract when they have violated federal law.   Pursuant to 18 U.S.C. § 873, the Plaintiff believes that the Defendant **NameSilo LLC** has committed Blackmail.

104.  The Defendant **NamePal LLC** continue to provide Domain Registrar Services, continue to receive money from Defendants **deadbeatregistry.com and scamfound.com;** and shielding them rather than to inform and retract when they have violated federal law.   Pursuant to 18 U.S.C. § 873, the Plaintiff believes that the Defendant **NamePal LLC** has committed Blackmail.

105.  The Defendant **GoDaddy LLC** continue to provide Domain Registrar Services, continue to receive money from Defendants **cheaterexpose.com,  exposecheater.com, and cheaterboard.com;** and shielding them rather than to inform and retract when they have violated federal law.   Pursuant to 18 U.S.C. § 873, the Plaintiff believes that the Defendant **GoDaddy LLC** has committed Blackmail.

106.  The Defendant **Tucows Inc** continue to provide Domain Registrar Services, continue to receive money from with Defendants **scornedlove.com;** and shielding them rather than to inform and retract when they have violated federal law.   Pursuant to 18 U.S.C. § 873, the Plaintiff believes that the Defendant **Tucows Inc** has committed Blackmail.

107.  The Defendant **Dynadot LLC** continue to provide Domain Registrar Services, continue to receive money from with Defendants **exposecheaters.com;** by offering to shield them rather than to inform when they have violated federal law.   Pursuant to 18 U.S.C. § 873, the Plaintiff believes that the Defendant **Dynadot LLC** has committed Blackmail.

108.  The Defendant **Internet Domain Service BS Corp** continue to provide Domain Registrar Services,  continue to receive money from with Defendants **bustedcheaters.com** and **wtfcheater.com;** by offering to shield them rather than to inform when they have violated federal law.   Pursuant to 18

U.S.C. § 873, the Plaintiff believes that the Defendant **Internet Domain Service BS Corp** has committed Blackmail.

109.  The Plaintiff believes that the **Defendants** named on **paragraph 4** through **36** have ALL committed Extortion by:

a)  Publishing false defamatory content about the Plaintiff on their internet domains, so that the communication can reach a wider audience worldwide.

b)  Knowingly shielding the Domain Registrant Defendants, assisting to keep their false defamatory publications about the Plaintiff on their internet domains, so that the communication can reach a wider audience worldwide.

c)  There is a clear intent to injure the Plaintiff reputation from the nature of obscenity in the defamatory content.

d)  There is clear intent to extort money from the Plaintiff.  The Defendants have refused to delete the defamatory content, but rather provided third party websites links for the Plaintiff to pay ransom to remove the content and release his kidnapped reputation.

e)  The Defendants have demonstrated harassment and intimidation by more public exposure if the ransom is not paid (refer to **Exhibit I**).  They have exponentially populated and published defamatory content online (increased to 103 web addresses) as a retaliatory (refer to **Figure 3**).

f)  The Defendants defamatory publications and actions were perpetrated across a computer system (internet), an instrument of interstate commerce, and violate the law (18 U.S. Code § 875 (d)).

110.  Pursuant to 18 U.S.C. §§ 875–877, it is against the law for anyone to transmit in interstate commerce certain threats with the intent to extort, including threats to accuse of a crime or to injure person, property, or reputation.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, issue injunctive relief, including that Defendants retract and delete all the defamatory content from their websites and third party websites that may have copied from them, issue monetary relief in the amount of $4,000,000, or in such greater amount to be proven at trial, pre-judgment interest, and grant such other further relief that the Court deems appropriate.

## Count IV:  Trolling, Cyber harassment, & Cyberstalking

111.  Plaintiff re-alleges and incorporates by reference paragraphs 1 through 110.

112.  The Defendants named on paragraph 4  through 36 have published Plaintiff's personal information and pictures inscribed with highly offensive defamatory content to reach a wider worldwide audience, with the intent to shame, scare, defame, endanger, and embarrass, then become vulnerable for extortion (violates 18 U.S.C. § 2261A(2)).

113.  The Plaintiff owns the Copyright to his personal pictures, now being used and populated on all 103 defamatory internet links.

114.  The Defendants have published false information and are spreading rumors about the Plaintiff on the Internet to reach a wider worldwide audience.

115.  These inflammatory, defamatory, and inappropriate publications by the Defendants are intended to upset the Plaintiff and provoke a response.

116.  By trolling, the Defendants have set the Plaintiff up for further cyber crimes including identity theft, fraud, phishing, hacking and other cyber crimes.

117.  Defendants have made indirect electronic harassment, cyber-harassment, and indirect retaliatory threats to harm the Plaintiff by populating the number of defamatory internet website publications whenever the Plaintiff requested that they be retracted and deleted from the internet (see **Exhibit I**).  The level of obscenity and malice of the published false inflammatory content about the Plaintiff will invite the public to harass or threaten the Plaintiff.

118.   The Defendants have used internet (the interactive computer service, and  electronic communication system of interstate commerce)  and engaged in series of repeated, unwanted, intrusive internet publications intended to cause substantial emotional distress to the Plaintiff and the Plaintiff's immediate family (violates 18 U.S.C. § 2261A(2),   18 U.S.C. § 875(c)).

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, issue injunctive relief, including that Defendants retract and delete all the defamatory content from their websites and third party websites that may have copied from them, issue monetary relief in the amount of $4,000,000, or in such greater amount to be proven at trial, pre-judgment interest, and grant such other further relief that the Court deems appropriate.


## Count V: Conspiracy to Violate RICO (Racketeer Influenced and Corrupt Organizations)  Act

119.  Plaintiff re-alleges and incorporates by reference paragraphs 1 through 118.

120.   The Domain Registrars (**Defendants** in **paragraph 4** through **9**) were informed about the illegal activities by the **Concealed Entities** (Defendants in **paragraph 10** through **34**) they continue to shield as their **Registrars of Record**.  Domain Registrars of the **Concealed Entities** did not stop Defendants in paragraph 10 through 34 from using their services to continue committing those crimes. The Plaintiff believes  that it is illegal to host and/or control an enterprise that engages in extortion and a scheme to defraud, concealing identities of the criminals, while such enterprise affects interstate and foreign commerce (18 U.S. Code § 880).

121.   Through communications between the Plaintiff and Defendants, indirect electronic harassment, the Defendants refusing to delete the defamatory content but rather redirecting the Plaintiff to third party websites to pay ransom to remove the defamatory content and repair reputation; the Plaintiff believes that there is a clear connection and an enterprise of racketeering activities between the Defendants (Domain Registrars and Domain Registrants/Defamatory Websites) and third

party Reputation Repair Companies.   The racketeering activities of extortion, concealment of identity, and retaliation against the Plaintiff are detailed below:

a) The Domain Registrars (Defendants in paragraph 4 through 9) provide concealed identity and privacy service to Defamatory Websites (Defendants in paragraph 10 through 34);

b) Defamatory Websites (Defendants paragraph 10 through 34) harass and intimidate the Plaintiff with the intent to extort;

c) Defamatory Websites (Defendants in paragraph 10 through 34) provide internet links for the Plaintiff to pay ransom to remove defamatory content and repair his reputation, and;

d) When the Plaintiff complains instead of paying ransom to the Defendants' third party Reputation Defenders, the Defamatory Website Defendants retaliates with populating more internet domains with replication of the mentioned false defamatory content about the Plaintiff.

122.   The Defendants have demonstrated a continuing pattern of racketeering activity, have continued to harass and intimidate the Plaintiff by inflicting more punishment when the Plaintiff requests to retract and refrain from publishing and populating the defamatory content on their websites.

123.   The Plaintiff believes that there is a clear line of Conspiracy between Domain Registrars (paragraph 4 through 9), Domain Registrants (paragraph 10 through 34), and Third Party Reputation Defenders who should be All liable for penalties pursuant to 18 U.S. Code § 1512 (k).

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, issue injunctive relief, including that Defendants retract and delete all the defamatory content from their websites and third party websites that may have copied from them, issue monetary relief in the amount of $4,000,000, or in such greater amount to be proven at trial, pre-judgment interest, and grant such other further relief that the Court deems appropriate.

## Count VI:  Neglect to Prevent  (42 U.S. Code § 1986)

124.  Plaintiff re-alleges and incorporates by reference paragraphs 1 through 123.

125.  The Plaintiff has informed the Domain Registrars  (**NameSilo LLC , NamePal LLC , GoDaddy LLC, Tucows Inc., Dynadot LLC,** and **Internet Domain Service BS Corp**) about the wrongs being done by their Registrants/Defendants in paragraphs 10 through paragraph 36.  By evidence shown in **Exhibit G,** they have shielded their **Domain Registrants**, did not provide their direct contact to the Plaintiff, knowingly allowing their criminal activities to continue.

126.  The Defendant **NameSilo LLC** has the knowledge of the wrongs being done by Defendants in paragraph 10 through 27, have the power to prevent or disable any website they registered or host if they determine that they belong to cyber criminals but neglected so to do.

127.  The Defendant **NamePal LLC** has the knowledge of the wrongs being done by Defendants in paragraph 26 through 27, have the power to prevent or disable any website they registered or host if they determine that they belong to cyber criminals but neglected so to do.

128.  The Defendant **GoDaddy LLC**  has the knowledge of the wrongs being done by Defendants in paragraph 28 through 30, have the power to prevent or disable any website they registered or host if they determine that they belong to cyber criminals but neglected so to do.

129.  The Defendant **Tucows Inc** has the knowledge of the wrongs being done by Defendant in paragraph 31, have the power to prevent or disable any website they registered or host if they determine that they belong to cyber criminals but neglected so to do.

130.  The Defendant **Dynadot LLC** has the knowledge of the wrongs being done by Defendants in paragraph 32, have the power to prevent or disable any website they registered or host if they determine that they belong to cyber criminals but neglected so to do.

131.  The Defendant **Internet Domain Service BS Corp** has the knowledge of the wrongs being done by Defendants in paragraph 33 through 34, have the power to prevent or disable any website they registered or host if they determine that they belong to cyber criminals but neglected so to do.

132.  The **Defendants in paragraph 10 through 36** have been requested to retract, delete and refrain from publishing the highly offensive defamatory content to reach a wider worldwide audience, but neglected so to do.  The aforementioned Defendants have the power to delete anything from the websites they own but neglected so to do.

133.  The Plaintiff believes that **All** the **Defendants** from paragraph 4 through paragraph 36 are liable for injuring the Plaintiff's reputation and all damages caused by such wrongful act.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and against Defendants, issue injunctive relief, including that Defendants retract and delete all the defamatory content from their websites and third party websites that may have copied from them, issue monetary relief in the amount of $4,000,000, or in such greater amount to be proven at trial, pre-judgment interest, and grant such other further relief that the Court deems appropriate.

## THE PLAINTIFF REQUESTS FOR RELIEF

WHEREFORE, Plaintiff Dr. Obadiah Oseko Kegege respectfully requests this Court to enter judgment in his favor and against Defendants and issue an Order:

I.  compelling the **Defendants** in **paragraph 4 through 9** to provide the Court with the correct names, billing and payment information, and address of each of the **Concealed Entities** in **paragraph 10 through  34,** to know their true identity, for the purpose of this complaint;

II.   requiring a) all the Defendants to retract/delete all  traces of the content defaming the Plaintiff from all their websites,  b) Defendants to delete all traces of the Plaintiff's names and picture from all their websites and any third party website they own or registered, c) Defendants to remove all traces of the content  "in **Figures 1 and 2**" defaming the Plaintiff from their websites and any other third

party website that may have copied from Defendants at their own expense, d) Defendants not to publish any new defamatory content or retaliate against the Plaintiff;

III.   mandating that, upon request by Law Enforcement Agencies, the Defendants in paragraph 4 through 9 to release the correct names, billing and payment information, and address of each of the Concealed Entities in paragraph 10 through  34;

IV.   awarding damages for the denigration of the Plaintiff's reputation and loss of opportunities, awarding damages for mental anguish, emotional distress and health problems, and humiliation in an amount not less than $ 4,000,000, or in such greater amount to be proven at trial, and pre-judgment interest and costs;

V.   assessing costs and fees incurred in the prosecution of this action; and

VI.   granting such other and further relief as this Court may deem just and proper.


**JURY TRIAL DEMAND**

134. Plaintiff demands trial by jury on all claims and issues so triable.


Dated Submitted: April 24, 2020
Date Amendment Requested:  July 31, 2020

Respectfully submitted,

 /s/ Obadiah O. Kegege_____
P.O. Box  1153
Greenbelt, MD 20768
Phone: (832) 656-4275
obadiah_ke@hotmail.com

*Self-Represented*