IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **OBADIAH OSEKO KEGEGE**<br><br>**Plaintiff,**<br><br>V.<br><br>**NAMESILO LLC, NAMEPAL LLC, GODADDY LLC, TUCOWS INC, DYNADOT LLC, INTERNET DOMAIN SERVICE BS CORP, WTCHEATERS.COM, WTFCHEATER.COM, WORSTHOMEWRECKERS.COM, CATFISHED.NET, SHESHOMEWRECKER.COM, CHEATEREXPOSED.COM, HELLOCHEATERS.COM, CHEATERSIREN.COM, WTFSCAM.COM, REPORTAFFAIRS.COM, CHEATERINFORMER.COM, WIKICHEATER.COM, EXPOSECHEATINGONLINE.COM, CHEATERPICTURE.COM, INTERNETCHEATER.COM, DONTDATEACHEATER.COM, CHEATERRADAR.COM, DEADBEATREGISTRY.COM, SCAMFOUND.COM, CHEATEREXPOSE.COM, EXPOSECHEATER.COM, CHEATERBOARD.COM, SCORNEDLOVE.COM, EXPOSECHEATERS.COM, BUSTEDCHEATERS.COM**<br><br>**Defendants** | Case No.: 8:20-CV-01066-TDC  AUG 0 3 2020 |

---

### RESPONSE of Tucows Inc.

1. Tucows is not the real party in interest for the Plaintiff's complaint. As stated in paragraph 7 of Plaintiff's Complaint, "Tucows Inc. (Tucows Domains, Inc.) is a domain registrar and a publicly-traded Internet services and telecommunications

company incorporated in the United States with its principal place of business at 96 Mowat Ave, Toronto, [ON] M6K3M1 Canada. Tucows Inc is the Registrar of scornedlove.com". Tucows is just the registrar of the domain <scornedlove.com> and has no control over the content of the domain.

2. The real party in interest and appropriate party to be named in the Complaint is the registrant:

> Organization Information
> First Name: Host
> Last Name: Master
> Organization Name: 1337 Services LLC
> Street Address: P.O. Box 590
> City: Charlestown
> State: Charlestown
> 2 Letter ISO Country Code: KN
> Postal Code: N/A
> Phone: +883.510008346319
> Fax:
> Email: whois+scornedlove.com@njal.la

The reseller, Njalla, offers a registration process in which they place themselves as the main point of contact for the domain; they may be contacted at:

> 1337 Services LLC
> P.O. Box 590
> Charlestown
> Saint Kitts and Nevis
> +1.4259064769
> info@njal.la

These are the appropriate parties to contact with complaints about the content of the domain <scornedlove.com>.

3. In response to Plaintiff's allegations in paragraph 44 (a) of the Complaint, Tucows Inc. answers as follows: the Defendant referenced in paragraph 31 of the complaint is: Host Master, 1337 Services LLC and can be reached at P.O.Box 590, Charlestown, Charlestown, KN.

4. In response to Plaintiff's allegations in paragraph 44 (b) of the Complaint, Tucows Inc. answers as follows: Defendant Tucows Inc. does not host content for <scornedlove.com>. The identity of the domain name registrant is: Host Master, 1337 Services LLC and can be reached at P.O.Box 590, Charlestown, Charlestown, KN.

5.  In response to Plaintiff's allegations in paragraph 44 (c) of the Complaint, Tucows Inc. answers as follows: Defendant Tucows Inc. has no record of receiving any complaint regarding scornedlove.com from Plaintiff prior to receipt of notice of this suit. Tucows Inc. has no record of receiving any contact from Plaintiff and denies the allegations in this paragraph.

6.  In response to Plaintiff's allegations in paragraph 44 (d) of the Complaint, Tucows Inc. answers as follows: Defendant Tucows Inc. has no control over the content on the domain <scornedlove.com>.

7.  In response to Plaintiff's allegations in paragraph 44 (e) of the Complaint, Tucows Inc. answers as follows: Defendant Tucows Inc. has no control over the content on the domain <scornedlove.com> and has not published anything on that domain.

8.  In response to Plaintiff's allegations in paragraph 44 (f) of the Complaint, Tucows Inc. answers as follows: Defendant Tucows Inc. has had no contact with Plaintiff prior to receipt of notice of this suit.

9.  In response to Plaintiff's allegations in paragraph 44 (g) of the Complaint, Tucows Inc. answers as follows: Defendant Tucows Inc. has taken no actions with regard to Plaintiff and again refers the Plaintiff to the appropriate Defendant, Host Master, 1337 Services LLC which can be reached at P.O.Box 590, Charlestown, Charlestown, KN.

10. In response to Plaintiff's allegations in paragraph 54 of the Complaint, Tucows Inc. answers as follows: Defendant Tucows Inc. has no record of any complaint about this domain prior to receipt of notice of this suit.

11. In response to Plaintiff's allegations in paragraph 78 of the Complaint, Tucows Inc. answers as follows: Defendant Tucows Inc. has no record of any complaint about this domain prior to receipt of notice of this suit and invites the Plaintiff to contact the registrant, Host Master, 1337 Services LLC which can be reached at P.O.Box 590, Charlestown, Charlestown, KN.

12. Defendant Tucows Inc., upon notice of this cause of action, immediately contacted the Plaintiff via email to provide the information of the real party in interest, the registrant of <scornedlove.com> as well as additional information regarding how to contact the reseller, Njalla.

13. Defendant Tucows Inc. has no control over the content on the domain <scornedlove.com> and has provided the real parties in interest above.

14. Defendant Tucows Inc. requests that it be removed from this proceeding as it is not the real party in interest and that the correct real party in interest, Host Master, 1337 Services LLC and can be reached at P.O.Box 590, Charlestown, Charlestown, KN, be added.

15. Defendant Tucows Inc. first received notice of this suit via mail on 24 July 2020 and apologizes to the court if this response is late for that reason.

Dated: 24 July 2020

Respectfully submitted,

Reg Levy
Head of Compliance
Tucows
96 Mowat Ave
Toronto, ON M6K3M1
Canada

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

**OBADIAH OSEKO KEGEGE**

**Plaintiff,**

**V.**

**NAMESILO LLC,** *et al.*

**Defendants**

Case No.: 8:20-CV-01066-TDC

## CERTIFICATE OF SERVICE

I hereby certify that on 25 July 2020, a copy of RESPONSE of Tucows Inc., which was filed by mail with the court on 25 July 2020, was mailed via Canada Post, postage prepaid, to the Clerk's Office at 6500 Cherrywood Ln, Suite 200, Greenbelt, MD 20770, USA.

Dated: 25 July 2020

Paul Karkas
Compliance Officer
Tucows
96 Mowat Ave
Toronto, ON M6K3M1
Canada