UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| OBADIAH OSEKO KEGEGE<br><br>*Plaintiff*,<br><br>v.<br><br>NAMESILO LLC, *et al.*<br><br>*Defendants*. | Civil Action No: 8:20-cv-01066-TDC |

**TUCOWS, INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), Defendant Tucows, Inc. ("Tucows"), through counsel, hereby submits its Amended Answer to Plaintiff's Complaint (ECF No. 1). Because Tucows has filed this amended pleading within 21 days of service of its original response (*see* ECF No. 9), Tucows is permitted to file this amended pleading as a matter of course. Fed. R. Civ. P. 15(a)(1)(A).[1] For its Amended Answer, Tucows states as follows:

**GENERAL DENIAL**

1. Tucows generally denies all allegations in Plaintiff's Complaint except as otherwise admitted in this Amended Answer. This qualified general denial applies to all allegations in Plaintiff's Complaint, including any allegations deemed to be included in

---

[1] Tucows is aware that Plaintiff has filed—but has not served—a motion seeking leave to file an amended complaint (ECF No. 8). Tucows serves this responsive pleading to Plaintiff's original complaint to ensure all of its defenses, including those available under Rule 12(b), are preserved. *See* Fed. R. Civ. P. 12(h)(1)(B)(ii). Tucows hereby expressly reserves any and all defenses it may have if the Court grants Plaintiff leave to file his proposed amended complaint.

1

unnumbered paragraphs, headings, footnotes, figures, exhibits, the prayer for relief, or jury trial demand.

2. For certain allegations, Tucows lacks knowledge or information sufficient to form a belief about the truth of the allegations, and therefore denies them on that basis. Tucows states that it lacks such knowledge or information to form a belief about the truth of the allegations contained in the following Paragraphs in Plaintiff's Complaint: ¶¶ 2–6, 8–30, 32–39, 43, 46–53, 55–81.

## SPECIFIC ADMISSIONS

3. Tucows does not dispute that this Court has subject-matter jurisdiction over this action at this time. However, Tucows lacks knowledge or information sufficient to determine whether the Court has jurisdiction over the case under 28 U.S.C. § 1332 because Plaintiff did not plead facts sufficient to identify the citizenship of other defendants.

4. Tucows admits the allegation in Paragraph 7 that Tucows, Inc is a publicly traded internet services and telecommunications company incorporated in the United States with a principal place of business in Toronto, Canada. Tucows denies the remaining allegations in Paragraph 7.

## RULE 12(b) DEFENSES

Tucows asserts the following defenses under Federal Rule of Civil Procedure 12(b):

1. Plaintiff's service of process on Tucows was insufficient. Fed. R. Civ. P. 12(b)(5).

2. The Court lacks personal jurisdiction over Tucows. Fed. R. Civ. P. 12(b)(2).

3. Plaintiff's Complaint fails to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

## **OTHER DEFENSES**

4. Tucows does not host any of the websites Plaintiff has identified in his complaint. Nor does Tucows create or publish any content on any of those websites.

5. Tucows is immune from all of Plaintiff's claims under Section 230 of the Communications Decency Act.

6. Plaintiff cannot meet his burden of proof for any of his claims.

7. Plaintiff's claims are barred, in whole or in part, by the relevant statute of limitations for each of Plaintiff's claims.

Dated: August 7, 2020

Respectfully submitted,

s/ Patrick A. Harvey
Patrick Harvey (Bar No. 18758)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
patrick.harvey@morganlewis.com

*Attorney for Defendant Tucows, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2020 I caused Tucows, Inc.'s Amended Answer to Plaintiff's Complaint to be served via first class mail on Plaintiff Obadiah O. Kegege at the following address:

Plaintiff Obadiah O. Kegege
P.O. Box 1153
Greenbelt, MD 20768

s/ Patrick A. Harvey