**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Obadiah Oseko Kegege
_____   *
   **Plaintiff,**

                        *

   **v.**                                      **Case No.**   8:20-cv-01066-TDC

Namesilo LLC, et al.         *
_____
   **Defendant.**            *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
                                                (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☑  The following corporate affiliations exist with  Tucows, Inc.                          :
                                                         (name of party)

See attached list
_____.
                                           (names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                     (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐   In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____                    _____
(name of member)                                                                          (state of citizenship)

_____                    _____
(name of member)                                                                          (state of citizenship)

_____                    _____
(name of member)                                                                          (state of citizenship)

_____                    _____
(name of member)                                                                          (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

August 7, 2020                                              s/ Patrick A. Harvey
_____                    _____
Date                                                                          Signature

Patrick A. Harvey (Bar No. 18758)
                                                                          _____
                                                                          Printed name and bar number

1111 Pennsylvania Ave. NW
                                                                          _____
                                                                          Address

patrick.harvey@morganlewis.com
                                                                          _____
                                                                          Email address

202-739-3000
                                                                          _____
                                                                          Telephone number

202-739-3001
                                                                          _____
                                                                          Fax number

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | |
| *Plaintiff*, | |
| v. | Civil Action No: 8:20-cv-01066-TDC |
| NAMESILO LLC, *et al.* | |
| *Defendants*. | |

## LIST OF TUCOWS, INC.'S SUBSIDIARIES

Defendant Tucows, Inc. discloses that the following entities are subsidiaries of Tucows, Inc.:

1. Tucows (Delaware) Inc., a Delaware corporation, is a wholly owned subsidiary of Tucows Inc.

2. Tucows.com Co., a Nova Scotia corporation, is a wholly owned subsidiary of Tucows (Delaware) Inc.

3. Tucows Corp., a Mississippi corporation, is a wholly owned subsidiary of Tucows (Delaware) Inc.

4. Tucows (UK) Limited, a company incorporated in England and Wales, is a wholly owned subsidiary of Tucows.com Co.

5. Tucows (Australia) Pty Limited, a Victoria corporation, is a wholly owned subsidiary of Tucows.com Co.

6. Tucows (Germany) Inc., a Bonn corporation, is a wholly owned subsidiary of Tucows.com Co.

1

7. EPAG Domainservices GmbH, a Nova Scotia corporation, is a wholly owned subsidiary of Tucows (Germany) Inc.

8. Ting Inc., a Delaware corporation, is a wholly owned subsidiary of Tucows (Delaware) Inc.

9. Tucows TLDs Inc., an Ontario corporation, is a wholly owned subsidiary of Tucows.com Co.

10. Tucows Domains Inc., an Ontario corporation, is a wholly owned subsidiary of Tucows.com Co.

11. Contact Privacy Inc., an Ontario corporation, is a wholly owned subsidiary of Tucows.com Co.

12. Ting Fiber Inc., a Delaware Corporation, is a wholly owned subsidiary of Tucows (Delaware) Inc.

13. Ting Virginia, LLC, a Virginia Corporation, is a 90% owned subsidiary of Ting Fiber Inc.

14. Blue Ridge Websoft, LLC, a Virginia Corporation, is a wholly owned subsidiary of Ting Virginia, LLC.

15. Fiber Roads, LLC, a Virginia Corporation, is a wholly owned subsidiary of Ting Virginia, LLC.

16. Navigator Network Services, LLC, a Virginia Corporation, is a wholly owned subsidiary of Ting Virginia, LLC.

17. Tucows (Emerald), LLC, a Delaware limited liability company, is a wholly owned subsidiary of Ting Fiber Inc.

18. eNom, LLC, a Delaware limited liability company, is a wholly owned subsidiary of Tucows (Emerald), LLC.

19.  Rightside Australia Pty Limited, a Queensland corporation, is a wholly owned subsidiary of eNom, LLC.

20. eNom Canada Corp. a Nova Scotia corporation, is a wholly owned subsidiary of eNom, LLC.

21.  Whois Privacy Protection Services, Inc, Nevada corporation, is a wholly owned subsidiary of eNom, LLC.

22. Secure Business Services, Inc., a Nevada corporation, is a wholly owned subsidiary of eNom, LLC.

23.  NameJet, LLC, a Delaware limited liability company, is a 50% owned subsidiary of eNom, LLC.

24.  Roam Mobility Holdings Inc., a Nova Scotia corporation, is a wholly owned subsidiary of Tucows.com Co.


Dated: August 7, 2020                           Respectfully submitted,


s/ Patrick A. Harvey
Patrick Harvey (Bar No. 18758)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
patrick.harvey@morganlewis.com

*Attorney for Defendant Tucows, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2020 I caused the foregoing to be served via first class

mail on Plaintiff Obadiah O. Kegege at the following address:

Plaintiff Obadiah O. Kegege
P.O. Box 1153
Greenbelt, MD 20768

<u>s/ Patrick A. Harvey</u>

4