IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | * | |
| Plaintiff, | * | |
| V. | * | Case No.: 8:20-CV-01066-TDC |
| TUCOWS INC, SCORNEDLOVE.COM, et al. | * | JURY TRIAL DEMANDED |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S ANSWER AND AFFIRMATIVE DEFENSES TO THE RESPONSE OF TUCOWS INC

The Plaintiff **Dr. Obadiah Oseko Kegege**, hereby Answers, Responds, Replies and Interposes Affirmative Defenses to the Defendant **TUCOWS INC's** Response dated July 25, 2020. The Plaintiff received TUCOWS INC's response on August 14, 2020. The Plaintiff Answers TUCOWS INC's response paragraphs 1 through 15 as follows:

**Paragraph 1 of TUCOWS INC's Response:** The Plaintiff partially agrees with the Defendant's statement and re-affirms that TUCOWS INC is the Registrar of Record of the Defamatory Website SCORNEDLOVE.COM. Even though the Defendant TUCOWS INC states that has no control of the content of the SCORNEDLOVE.COM Domain, TUCOWS INC controls the Domain Registry of SCORNEDLOVE.COM, as a result, enabling SCORNEDLOVE.COM to be on the internet.

**Paragraph 2 of TUCOWS INC's Response:** The Parties of interest in this lawsuit are: SCORNEDLOVE.COM (the Domain Owner of the defamatory website) and TUCOWS INC who is the Domain Registrar of Record of SCORNEDLOVE.COM. For the second time, the Plaintiff has Served Summon to SCORNEDLOVE.COM via the new official email of SCORNEDLOVE.COM as

provided by the Domain Registrar of Record TUCOWS INC.  Attached hereto is a true and correct copy of the email communication (with Summons and Certificate of Service).  The Plaintiff does NOT agree that a Third Party (The reseller, Njalla) managing the Domain Registry on behalf of the Registrar of Record TUCOWS INC should be held liable by the Plaintiff in this lawsuit.  The Internet Corporation for Assigned Names and Numbers (ICANN) records show **TUCOWS INC** as the Domain Registrar of Record of SCORNEDLOVE.COM.  "Njalla" does not appear on the ICANN database as the Registrar of Record of SCORNEDLOVE.COM.

**Paragraph 3 of TUCOWS INC's Response:**   The Plaintiff has contacted SCORNEDLOVE.COM via the new official email as provided by the Domain Registrar of Record TUCOWS INC.  The Plaintiff Served the following documents to SCORNEDLOVE.COM via their new official email: (1) 8:20-CV-01066-TDC Document 5   SUMMONS IN A CIVIL ACTION, (2) 8:20-CV-01066-TDC Document 2   CASE MANAGEMENT ORDER, (3) 8:20-CV-01066-TDC   COMPLAINT - Amended July 31, 2020, and the CERTIFICATE OF SERVICE as of August 20, 2020.

**Paragraph 4 of TUCOWS INC's Response:**   The Plaintiff requests the Defendant TUCOWS INC to review the Amended Complaint dated July 31st, 2020.  The Plaintiff re-affirms that TUCOWS INC is the Domain Registrar of Record of SCORNEDLOVE.COM, controls the Domain Registry which enables SCORNEDLOVE.COM to be on the internet.

**Paragraph 5 of TUCOWS INC's Response:**    The Plaintiff refutes TUCOWS INC's response. TUCOWS INC was informed about the Defamatory Content on the SCORNEDLOVE.COM Domain, which TUCOWS INC is the Domain Registrar of Record on March 30, 2020 and on April 22, 2020. Attached hereto is a true and correct copy of the email communication.

**Paragraph 6 of TUCOWS INC's Response:**     The Plaintiff re-affirms that TUCOWS INC is the Domain Registrar of Record of SCORNEDLOVE.COM, controls the Domain Registry which enables SCORNEDLOVE.COM to be on the internet.   In an event where a legitimate DMCA Takedown notice is issued for SCORNEDLOVE.COM, TUCOWS INC has the power to take down the SCORNEDLOVE.COM Domain.

**Paragraph 7 of TUCOWS INC's Response:**     The Plaintiff re-affirms that TUCOWS INC is the Domain Registrar of Record of SCORNEDLOVE.COM, controls the Domain Registry which enables SCORNEDLOVE.COM to be on the internet, carrying out Copyright Infringement and Defaming the Plaintiff.

**Paragraph 8 of TUCOWS INC's Response:**   The Defendants on Paragraph 10 through 34 of the Complaint have referred the Plaintiff to 3rd party arbitration services.   The Defendant SCORNEDLOVE.COM refused to remove the Defamatory Content but rather referred the Plaintiff to 3rd party arbitration services that are very exploitive.   The Defendant TUCOWS INC was informed on March 30, 2020 and on April 22, 2020 about the illegal activities of their Domain Registrant SCORNEDLOVE.COM.

**Paragraph 9 of TUCOWS INC's Response:**   The Plaintiff re-affirms that the Parties of interest in this lawsuit are:   SCORNEDLOVE.COM (the Domain owner of the Defamatory content) and TUCOWS INC who is the Domain Registrar of Record.

**Paragraph 10 of TUCOWS INC's Response:**     The Plaintiff refutes Tucows response.   TUCOWS INC was informed about the Defamatory Content on the SCORNEDLOVE.COM Domain, which TUCOWS INC is the Domain Registrar of Record on March 30, 2020 and on April 22, 2020.   Attached hereto is a true and correct copy of the email communication.

**Paragraph 11 of TUCOWS INC's Response:** The Plaintiff re-affirms that SCORNEDLOVE.COM was contacted through their Domain Registrar of Record TUCOWS INC, on March 30, 2020.

**Paragraph 12 of TUCOWS INC's Response:** The Plaintiff partially agrees with the response from the Defendant that TUCOWS INC responded immediately (July 25, 2020) after being served the Summons. However, the Plaintiff Re-affirms that the Domain Registrant SCORNEDLOVE.COM and the Domain Registrar of Record TUCOWS INC are liable for the Defamatory content on SCORNEDLOVE.COM. The Plaintiff does NOT agree about contacting a Third Party (The reseller, Njalla ) managing the Domain Registry on behalf of TUCOWS INC.

**Paragraph 13 of TUCOWS INC's Response:** The Plaintiff re-affirms that the Defendant TUCOWS INC is the Domain Registrar of Record of SCORNEDLOVE.COM and has control of the Domain Registry of SCORNEDLOVE.COM. Even though TUCOWS INC does not directly control the content on SCORNEDLOVE.COM website, TUCOWS INC has the power to take down the SCORNEDLOVE.COM website in the event that a legitimate DMCA Takedown notice is issued.

**Paragraph 14 of TUCOWS INC's Response:** The Plaintiff will dismiss the lawsuit against TUCOWS INC,  ONLY under the following conditions:

(a) After the Defendant TUCOWS INC, who is the Domain Registrar of Record apologizes to the Plaintiff for not responding to the March 30, 2020 and April 22, 2020 complaint about the Defamatory Content on SCORNEDLOVE.COM website and request for Domain Registry information.

(b) After the Defendant TUCOWS INC provides the real identity of the Defendant SCORNEDLOVE.COM. The Plaintiff does not believe the generic names like "Host" (first name) and "Master" (last name) as currently being given by TUCOWS INC are valid

names of the Owner of SCORNEDLOVE.COM. The Plaintiff demands that the Court be provided with the payment records of the Domain Registrant SCORNEDLOVE.COM when the account was created. This information must include the real name of the Person/Entity, the credit card billing address (NOT the credit card number), and physical address, that was used to create the account. Also, the Domain Registrar TUCOWS INC to provide records showing SCORNEDLOVE.COM Registry updates from the time it was created.

(c) After the Defendant TUCOWS INC reviews the Notice of Copyright Infringement claim that was submitted by the Plaintiff on August 20, 2020 and appropriately executes the DMCA Take Down. Otherwise the Domain Registrant and Domain Registrar will be liable for Copyright Infringement.

**Paragraph 15 of TUCOWS INC's Response:** TUCOWS INC addressed paragraph 15 to the Court and Not the Plaintiff.

Dated: August 21, 2020

                                        Respectfully submitted,

                                        /s/ Obadiah O. Kegege
                                        P.O. Box 1153
                                        Greenbelt, MD 20768
                                        Phone: (832) 656-4275
                                        obadiah_ke@hotmail.com

                                        *Self-Represented*