Case 8:20-cv-01066-TDC   Document 5   Filed 06/16/20   Page 41 of 62

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| OBADIAH OSEKO KEGEGE <br><br> Plaintiff(s) <br><br> v. <br><br> SCORNEDLOVE.COM, et al., <br><br> Defendant(s) | Civil Action No.    TDC-20-1066 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SCORNEDLOVE.COM
                                           Domain Registrar of Record - TUCOWS INC
                                           ATT: Paul Karkas/Designated Agent
                                           96 Mowat Ave,
                                           Toronto, M6K3M1 Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Obadiah O Kegege
         P.O. Box 1153
         Greenbelt, MD 20768, USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                            CLERK OF COURT

Date:   6/16/2020
                                                                             *Signature of Clerk or Deputy Clerk*

## US District Court Case No.: 8:20-CV-01066-TDC SCORNEDLOVE.COM



Obadiah ke <obadiah_ke@hotmail.com>

Thu 8/20/2020 4:56 PM

**To:** whois+scornedlove.com@njal.la <whois+scornedlove.com@njal.la>; admin+scornedlove.com@njal.la <admin+scornedlove.com@njal.la>
**Cc:** Paul K (Compliance) <legal@tucows.com>; paul@tucows.com <paul@tucows.com>

📎 4 attachments (13 MB)
Case Management Order 8-20-CV-01066-TDC.pdf; US District Court - Defamation Complaint - 7_31_2020_Amended.pdf; SCORNEDLOVE_COM - Cert of Service - Aug2020.pdf; Court Summon - scornedlove_com.jpg;

Dear **SCORNEDLOVE.COM**,

Please find the attached documents for the case I filed against you at the US District Court:

     **8:20-CV-01066-TDC, Document 5, Pg. 41 of 62:**    **SUMMONS IN A CIVIL ACTION**
     **8:20-CV-01066-TDC, Document 2:**    **CASE MANAGEMENT ORDER**
     **8:20-CV-01066-TDC:**    **COMPLAINT -** Amended on July 31, 2020
     **CERTIFICATE OF SERVICE**

On 08/14/2020, the Plaintiff learned from the Domain Registrar of Record **TUCOWS INC** that the official email for **SCORNEDLOVE.COM** is whois+scornedlove.com@njal.la . Initially, **SCORNEDLOVE.COM** was served the above Court Summon through their Registrar of Record **TUCOWS INC** on 07/24/2020. So, this follow-up Summon is redundant to ensure **SCORNEDLOVE.COM** responds to the Court and the Plaintiff appropriately.

Copied: **TUCOWS INC** (legal@tucows.com, paul@tucows.com)


Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA

August 20, 2020