Case No.:  8:20-CV-01066-TDC



### CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege HEREBY CERTIFY that on this 20th day of August, 2020, copies of the following documents:

>8:20-CV-01066-TDC, Document 5, Pg. 41 of 62:   SUMMONS IN A CIVIL ACTION
>8:20-CV-01066-TDC, Document 2:   CASE MANAGEMENT ORDER
>8:20-CV-01066-TDC:   COMPLAINT - Amended on July 31, 2020
>**CERTIFICATE OF SERVICE**

were served via email to **SCORNEDLOVE.COM** through SCORNEDLOVE.COM's official email whois+scornedlove.com@njal.la , as provided by the Domain Registrar of Record **TUCOWS INC** in the Response dated 07/25/2020. Initially, **SCORNEDLOVE.COM** was served the above Court Summon through their Registrar of Record **TUCOWS INC** on 07/24/2020.

Attached hereto is a true and correct copy of the email communication for the second Service of Summon to **SCORNEDLOVE.COM** .

Dated: August 20, 2020

                                                  Respectfully submitted,

                                                  /s/ Obadiah O. Kegege
                                                  P.O. Box 1153
                                                  Greenbelt, MD 20768, USA
                                                  Phone: (832) 656-4275
                                                  obadiah_ke@hotmail.com