IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

FILED ___ ENTERED
LOGGED ___ RECEIVED
AUG 3 1 2020
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DEPOSIT BOX

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | * |
| Plaintiff, | * |
| V. | *   Case No.: **8:20-CV-01066-TDC** |
| TUCOWS INC, SCORNEDLOVE.COM, et al. | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S RESPONSE TO " TUCOWS INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT"**

The Plaintiff **Dr. Obadiah Oseko Kegege**, hereby Answers, Responds, Replies and Interposes Affirmative Defenses to the Defendant **TUCOWS INC's** Amended Response dated August 07, 2020. The Plaintiff received TUCOWS INC's response on August 24, 2020. The Plaintiff Answers TUCOWS INC's **Amended Response** and states as follows:

**PLAINTIFF'S RESPONSE TO "TUCOWS INC GENERAL DENIAL AND SPECIFIC ADMISSIONS"**

**Paragraph 1 of TUCOWS INC's Amended Denial/Admissions:** The Plaintiff refutes TUCOWS INC claim, and would leave it up to the Jury to examine the evidence.

**Paragraph 2 of TUCOWS INC's Amended Denial/Admissions:** The Plaintiff refutes TUCOWS INC claim of Lack of Knowledge. In the Complaint, the Plaintiff presented sufficient facts, with website links to where the materials were published/and currently being published, which clearly indicates the violations of law that occurred. The Plaintiff asserts that the allegations contained in the pleadings are adequate enough for a normal person to state a claim upon which relief can be granted or to understand that the Plaintiff is entitled to a legal remedy.

TUCOWS INC was informed about defamatory content and illegal activities on the SCORNEDLOVE.COM Domain, which TUCOWS INC is the Domain Registrar of Record on March 30, 2020 and on April 22, 2020. The same email communication between the Plaintiff and TUCOWS INC (which are in Exhibit D) were served again to TUCOWS INC on August 21, 2020.

**Paragraph 3 of TUCOWS INC's Amended Denial/Admissions:** The Plaintiff strongly asserts that this Court has Jurisdiction over this case pursuant to 28 U.S. Code § 1332.

a) The Defendants on paragraphs 4, 5, 6, and 8 of the Complaint have their principal place of business located outside the state of Maryland.

b) The Defendants on paragraphs 7 and 9 of the Complaint have their principal place of business located outside the United States.

c) The Defendants on paragraphs 10 through 34 of the Complaint are Concealed Entities that claim to be located outside the United States and immune to the lawsuit. On several attempts, the Plaintiff requested the Defendants on paragraphs 10 through 34 of the Complaint to remove the defamatory content from websites. As a result, the plaintiff received threats from Foreign Entities directing him to pay ransom or risk having those websites populated with more defamatory content. The Concealed Entities claimed that they are immune to lawsuits. The Plaintiff believes the Defendants 10 though 34 are citizens of different states or countries as they claimed.

The plaintiff strongly believes that the there is a diversity of citizenship of the Defendants in paragraphs 4 through 34 of the Complaint.

**Paragraph 4 of TUCOWS INC's Amended Denial/Admissions:**  The Plaintiff re-affirms that TUCOWS INC is the Domain Registrar of Record of SCORNEDLOVE.COM, controls the Domain Registry which enables SCORNEDLOVE.COM to be on the internet.

### PLAINTIFF'S RESPONSE TO "TUCOWS INC RULE 12(b) DEFENSES AND OTHER DEFENSES"

**Paragraph 1 of TUCOWS INC's Amended Defenses:**  The Plaintiff refutes TUCOWS INC claim of Insufficient Service of Process.

**Paragraph 2 of TUCOWS INC's Amended Defenses:**  The Plaintiff refutes TUCOWS INC claim that the Court Lacks Personal Jurisdiction.  In addition to the above mentioned, the Plaintiff's home state is Maryland where the Plaintiff's family, business, church, and friends have felt the brunt of these intentional torts.

**Paragraph 3 of TUCOWS INC's Amended Defenses:**  The Plaintiff refutes TUCOWS INC claim.  In the Complaint, the Plaintiff presented sufficient facts, with website links to where the materials are published, which clearly indicated the violations of law that occurred.  The Plaintiff asserts that the allegations contained in the pleadings are adequate enough for a normal person to state a claim upon which relief can be granted or to understand that the Plaintiff is entitled to a legal remedy.

**Paragraph 4 of TUCOWS INC's Amended Defenses:**  The Plaintiff re-affirms that TUCOWS INC is the Domain Registrar of Record of SCORNEDLOVE.COM, controls the Domain Registry which enables SCORNEDLOVE.COM to be on the internet.  The Amended Complaint Clarifies this Relationship.

**Paragraph 5 of TUCOWS INC's Amended Defenses:**   The Plaintiff refutes TUCOWS INC claim of "Absolute Immunity" under 47 U.S. Code § 230.  Absolute Immunity does NOT exist when certain criminal violations have been committed.  47 U.S. Code § 230 specifically excepts Federal Criminal Liability (§230(e)(1)), Electronic Privacy Violations (§230(e)(4)) and Intellectual Property Claims (§230(e)(2)).   The Complaint shows 103 internet links with defamatory targeted attacks against the Plaintiff, and clearly details the violations that have been committed including 18 U.S.C. § 2261A(2) and  18 U.S.C. § 875(c)).  TUCOWS INC was informed about the illegal activities on the SCORNEDLOVE.COM Domain, which TUCOWS INC is the Domain Registrar of Record on March 30, 2020 and on April 22, 2020.

**Paragraph 6 of TUCOWS INC's Amended Defenses:**   The Plaintiff refutes TUCOWS INC claim that the "Plaintiff cannot meet his burden of proof for any of his claims."  The Plaintiff has provided clear and convincing evidence, that is "beyond a reasonable doubt," including True Copies of materials published online by Defendant 10 through 34 of the Complaint, and available to the world wide audience.

**Paragraph 7 of TUCOWS INC's Amended Defenses:**   The Plaintiff refutes TUCOWS INC claim that the Plaintiff's claims are barred.  TUCOWS INC is the Domain Registrar of Record of SCORNEDLOVE.COM, controls the Domain Registry which enables  SCORNEDLOVE.COM to be on the internet.  TUCOWS INC was informed about the violations and copyright infringement done by SCORNEDLOVE.COM.   Digital Millennium Copyright Act (DMCA) requires that "a service provider," upon proper notification by the copyright owner of online material being displayed or transmitted without authorization, to "expeditiously" remove or disable access to the allegedly infringing content.  Initially, TUCOWS INC did not take any action to provide the information about the Owner of SCORNEDLOVE.COM, as requested by the Plaintiff.   After being served with

the Court Summon and Complaint, TUCOWS INC partially unmasked the concealed Entity (Owner of SCORNEDLOVE.COM), giving the name as Host (first name) and Master (last name).

Dated: August 31, 2020

                                                  Respectfully submitted,

                                                  /s/ Obadiah O. Kegege
                                                  P.O. Box  1153
                                                  Greenbelt, MD 20768
                                                  Phone: (832) 656-4275
                                                  obadiah_ke@hotmail.com

                                                  *Self-Represented*

Case No.: 8:20-CV-01066-TDC

### CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege HEREBY CERTIFY that on this 31st day of August, 2020, a copy of the **PLAINTIFF'S RESPONSE TO " TUCOWS INC.'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT"** was served via email to TUCOWS INC through TUCOWS INC's Attorney of Record Patrick A. Harvey at the following email address:

Patrick A. Harvey
Email: patrick.harvey@morganlewis.com
1111 Pennsylvania Avenue, NW,
Washington, DC 20004-2541


Dated: August 31, 2020

                                               Respectfully submitted,

                                               /s/ Obadiah O. Kegege
                                               P.O. Box 1153
                                             Greenbelt, MD 20768, USA
                                             Phone: (832) 656-4275
                                             obadiah_ke@hotmail.com