UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

OBADIAH OSEKO KEGEGE,

    Plaintiff,

    v.

NAMESILO LLC, *et al.*,

    Defendants.

Civil Action No. TDC-20-1066

**ORDER**

Pending before the Court are Plaintiff Obadiah Oseko Kegege's Notice of Intent to File a Motion for Alternate Service, ECF No. 4, Motion for Leave to File an Amended Complaint, ECF No. 8, and Defendant Tucows, Inc.'s Notice of Intent to File a Motion to Excuse the Requirement of Service on Other Defendants, ECF No. 13.

First, Local Rule 103.6 requires a party moving for leave to amend a pleading to append to the motion both "the original of the proposed amended pleading" and "a copy of the amended pleading in which stricken material has been lined through or enclosed in brackets and new material has been underlined or set forth in bold-faced type." D. Md. Local R. 103.6(a), (c). Kegege's Motion includes a redline of the proposed amended complaint that shows additions in red ink and often, but not always, in bold. *See* Proposed Am. Compl., ECF No. 8-3. In light of the fact that Kegege is self-represented in this matter and the use of red ink adequately identifies his revisions, the Court will grant Kegege's Motion and construe the proposed amended complaint, ECF No. 8-3, as the operative Amended Complaint.

Second, where Kegege has stated that many defendants' identities remain unknown and he has not been able to complete service of process upon them as a result, the Court will grant Kegege leave to file a Motion for Alternate Service.

Third, Federal Rule of Civil Procedure 5 requires that a party must serve pleadings filed after the original complaint, including amended complaints, on every party. *See* Fed. R. Civ. P. 5(a)(1)(B). Service may be made by:

(A) handing it to the person;

(B) leaving it:

    (i) at the person's office with a clerk or other person in charge or, if no one is in charge, in a conspicuous place in the office; or

    (ii) if the person has no office or the office is closed, at the person's dwelling or usual place of abode with someone of suitable age and discretion who resides there;

(C) mailing it to the person's last known address--in which event service is complete upon mailing;

(D) leaving it with the court clerk if the person has no known address; [or]

(E) sending it to a registered user by filing it with the court's electronic-filing system or sending it by other electronic means that the person consented to in writing. . . .

Fed. R. Civ. P. 5(b)(2). "Any paper after the complaint that is required to be served must be filed no later than a reasonable time after service." Fed. R. Civ. P. 5(d)(1)(A). Because the Court will grant Kegege leave to file a Motion for Alternate Service, if he files a such a motion, Kegege need not serve the Amended Complaint on Defendants that have not yet appeared in this matter until after the Court rules on that motion.

Fourth, in light of the fact that all Defendants except Tucows, Inc. have not yet entered an appearance in this case and the identity of many Defendants remains unknown, the Court will grant Tucows, Inc.'s request to be excused from serving its responsive pleadings on Defendants that have not yet entered an appearance.

Accordingly, it is hereby ORDERED that:

1. Kegege's Motion to File an Amended Complaint, ECF No. 8, is GRANTED. Kegege's proposed amended complaint, ECF No. 8-3, is now the operative Amended Complaint.

2. Kegege is GRANTED leave to file a Motion for Alternate Service. The Motion is due **21 days from the date of this Order**.

3. Pursuant to Federal Rule of Civil Procedure 5(c)(1)(A), Tucows, Inc. is EXCUSED from serving its responsive pleadings on all Defendants who have not entered an appearance in this matter.

Date: March 23, 2021

THEODORE D. CHUANG
United States District Judge