IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | * |
| Plaintiff, | * |
| V. | * |
| NAMESILO LLC,  NAMEPAL LLC,  GODADDY LLC, TUCOWS INC,  DYNADOT LLC,  INTERNET DOMAIN SERVICE BS CORP,  WTFCHEATERS.COM, WTFCHEATER.COM,  WORSTHOMEWRECKERS.COM, CATFISHED.NET,  SHESHOMEWRECKER.COM, CHEATERXPOSED.COM,  HELLOCHEATERS.COM, CHEATERSIREN.COM,  WTFSCAM.COM, REPORTAFFAIRS.COM,  CHEATERINFORMER.COM, WIKICHEATER.COM, EXPOSECHEATINGONLINE.COM, CHEATERPICTURE.COM,  INTERNETCHEATER.COM, DONTDATEACHEATER.COM,  CHEATERRADAR.COM, DEADBEATREGISTRY.COM,  SCAMFOUND.COM, CHEATEREXPOSE.COM,  EXPOSECHEATER.COM, CHEATERBOARD.COM,  SCORNEDLOVE.COM, EXPOSECHEATERS.COM,  BUSTEDCHEATERS.COM. | *  *  *  Case No.:__8:20-CV-01066___  *  *  *  *  * |
| Defendants. | |

* * * * * * * * * * * * * *

## STATUS  REPORT

Plaintiff, Obadiah Oseko Kegege, hereby submit the following Status Report as required by the Court Order  "TDC-20-1066 Document 29":

1. The Plaintiff Served **Dynadot LLC** with the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28).  **Dynadot LLC** received the aforementioned Subpoena on August 1, 2022 as evidenced by USPS Tracking Number: 70220410000070362194.   The Plaintiff has not received a response, awaits a response within 30 days after service of the Subpoena.

1

2. The Plaintiff Served **NameSilo LLC** with the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28). **NameSilo LLC** received the aforementioned Subpoena on August 4, 2022 as evidenced by USPS Tracking Number: 70220410000070362200. The Plaintiff has not received a response, awaits a response within 30 days after service of the Subpoena.

3. The Plaintiff Served **Tucows Inc** Attorney of record **Stevan Lieberman** with the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28). Stevan Lieberman received the aforementioned Subpoena on July 21, 2022 as evidenced by USPS Tracking Number: 70220410000007114094. The Plaintiff has not received a response, awaits a response within 30 days after service of the Subpoena.

4. The Plaintiff made two unsuccessful attempted deliveries to serve **GoDaddy LLC** with the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28); evidenced by USPS Tracking Number: 70220410000254362149. Alternatively, the Plaintiff has served the aforementioned documents by email to the following **GoDaddy LLC's** email addresses: HQ@godaddy.com; CopyrightClaims@GoDaddy.com; and abuse@godaddy.com. **GoDaddy LLC** has previously communicated to the Plaintiff using the CopyrightClaims@GoDaddy.com and abuse@godaddy.com emails. The Plaintiff has not received a response from GoDaddy LLC.

5. Using USPS international registered mail, the Plaintiff mailed **Internet Domain Service BS Corp** the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28) on July 18, 2022. This Subpoena and attachments departed the US on August 1, 2022 as evidenced by USPS Tracking Number: UH046175459US. USPS does not provide further tracking information outside the US.

Alternatively, the Plaintiff served the aforementioned documents by email to **Internet Domain Service BS Corp,** using the following email addresses: admin@internet.bs; contact-en@internet.bs; abuse@internet.bs; privacy@internet.bs.  The Plaintiff has not received a response, awaits a response within 30 days after service of the Subpoena.

6. Plaintiff may consider dismissing the case against a Domain Registrar of Record (Defendants on Paragraphs 4 through 9 of the Complaint) if they fully unmask the TRUE Identity of the Concealed Entities (shielded by their proxy service) and prove that they did not intentionally collaborate or negligently enable them to commit atrocities against the Plaintiff.

7. The Plaintiff will NOT dismiss the case against the following Concealed Entities: WTFCHEATERS.COM, WTFCHEATER.COM, WORSTHOMEWRECKERS.COM, CATFISHED.NET, SHESHOMEWRECKER.COM, CHEATERXPOSED.COM, HELLOCHEATERS.COM, CHEATERSIREN.COM, WTFSCAM.COM, REPORTAFFAIRS.COM, CHEATERINFORMER.COM, WIKICHEATER.COM, EXPOSECHEATINGONLINE.COM, CHEATERPICTURE.COM, INTERNETCHEATER.COM, DONTDATEACHEATER.COM, CHEATERRADAR.COM, DEADBEATREGISTRY.COM, SCAMFOUND.COM, CHEATEREXPOSE.COM, EXPOSECHEATER.COM, CHEATERBOARD.COM, SCORNEDLOVE.COM, EXPOSECHEATERS.COM, BUSTEDCHEATERS.COM.

8. Once the True Identity of the Websites Owners above (Par. 7) is unmasked, the Plaintiff plans to file a Copyright Infringement case against them.

Dated: August 18, 2022

                                          Respectfully submitted,

                                          */s/ Obadiah K.*

                                          P.O. Box 1153
                                          Greenbelt, MD 20768
                                          Phone: (832) 656-4275
                                          obadiah_ke@hotmail.com
                                          *(Self-Represented)*

Case No.:   8:20-CV-01066-TDC

**CERTIFICATE OF SERVICE**

As per the Court Order, 8:20-CV-01066-TDC Document 18, authorizing Service only on Defendants that have appeared in this matter;

I, Obadiah Oseko Kegege  HEREBY CERTIFY that on this 18th day of August, 2022, the foregoing **STATUS REPORT,** responding to 8:20-CV-01066-TDC Document 29, was served on Defendant TUCOWS INC, by mailing to TUCOWS INC's Attorney of record Stevan Lieberman at address:

Stevan Lieberman
1775 I St NW,  Ste 1150
Washington, DC 20006

_____
Obadiah O. Kegege