UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

OBADIAH OSEKO KEGEGE,

    Plaintiff,

    v.

NAMESILO LLC, *et al.*,

    Defendants.

Civil Action No. TDC-20-1066

## ORDER

On November 4, 2022, the Court ordered that Plaintiff Obadiah Oseko Kegege "file a Status Report within 21 days," or by November 25, 2022, informing the Court of the status of subpoenas on the six Domain Registrar Defendants and whether he seeks to dismiss any Defendants in this case based on any responses he received. Order at 2, ECF No. 31. To date, the Court has not received any filing from Kegege. Accordingly, it is hereby ORDERED that Kegege shall show cause within **14 days** of this Order why he failed to file a Status Report. Failure to do so will result in dismissal of his case.

Date: January 10, 2023

THEODORE D. CHUANG
United States District Judge