IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| OBADIAH OSEKO KEGEGE | * |
| Plaintiff, | * |
| V. | * |
| NAMESILO LLC, et al., | * |
| Defendants. | * |
| | *   Case No.:   8:20-CV-01066 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO SHOW CAUSE ORDER AND STATUS REPORT

Plaintiff, Obadiah Oseko Kegege, hereby submit the following Response to Show Cause Order and the Status Report as required by the Court Order "TDC-20-1066 Document 32," and state the following:

1. The Plaintiff, Obadiah Oseko Kegege did not receive the ORDER (ECF No. 31) as mentioned in ORDER ECF No. 32, directing Plaintiff to file a Status Report within 21 days informing the Court of the status of subpoenas on the six Domain Registrar defendants and whether he seeks to dismiss any defendants based on any responses. As a result, the Plaintiff requests the Court to submit the following Status Report:

## STATUS REPORT

2. The Plaintiff Served **Dynadot LLC** with the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28). Dynadot LLC received the aforementioned Subpoena (August 1, 2022). To date, the Plaintiff has not received a response from Dynadot LLC.

1

3. The Plaintiff Served **NameSilo LLC** with the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28). NameSilo LLC received the aforementioned Subpoena (August 4, 2022). The plaintiff served the Subpoena for **NameSilo LLC** together with the Subpoena for the Defendant **NAMEPAL LLC**, which is a company that was acquired by **NameSilo LLC** (refer to Amended Complaint, Document 8-3). To date, the Plaintiff has not received a response from **NameSilo LLC**.

4. The Plaintiff Served **Tucows Inc** Attorney of record Stevan Lieberman with the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28). Stevan Lieberman received the aforementioned Subpoena (July 21, 2022). To date, the Plaintiff has not received a response from Tucows Inc or Attorney of record Stevan Lieberman.

5. The Plaintiff made two unsuccessful attempted deliveries to serve **GoDaddy LLC** with the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28); evidenced by USPS Tracking Number: 70220410000254362149. Alternatively, the Plaintiff served the aforementioned documents by email to the following GoDaddy LLC's email addresses: HQ@godaddy.com; CopyrightClaims@GoDaddy.com; and abuse@godaddy.com. GoDaddy LLC has previously communicated to the Plaintiff using the CopyrightClaims@GoDaddy.com and abuse@godaddy.com emails. To date, the Plaintiff has not received a written response from GoDaddy LLC. The Plaintiff hereby requests the COURT to grant an ORDER for Substituted Service.

6. The Plaintiff Served (using USPS international registered mail) **Internet Domain Service BS Corp** the "Subpoena to Produce Documents and Information," together with a copy of the Amended Complaint (Document 8-3) and a copy of the Court Order (Document 28). This Subpoena and attachments departed the US on August 1, 2022 as evidenced by USPS Tracking Number:

attachments departed the US on August 1, 2022 as evidenced by USPS Tracking Number: UH046175459US. USPS does not provide further tracking information outside the US. Alternatively, the Plaintiff served the aforementioned documents by email to Internet Domain Service BS Corp, using the following email addresses: admin@internet.bs; contact-en@internet.bs; abuse@internet.bs; privacy@internet.bs. To date, the Plaintiff has not received a written response from Internet Domain Service BS Corp. The Plaintiff hereby requests the COURT to grant an ORDER for Substituted Service.

7. Plaintiff may consider dismissing the case against a Domain Registrar of Record (Defendants on Paragraphs 4 through 9 of the Complaint) if they fully unmask the TRUE Identity of the Concealed Entities (shielded by their proxy service) and prove that they did not intentionally collaborate or negligently enable them to commit atrocities against the Plaintiff.

8. The Plaintiff will NOT dismiss the case against the following Concealed Entities: WTFCHEATERS.COM, WTFCHEATER.COM, WORSTHOMEWRECKERS.COM, CATFISHED.NET, SHESHOMEWRECKER.COM, CHEATERXPOSED.COM, HELLOCHEATERS.COM, CHEATERSIREN.COM, WTFSCAM.COM, REPORTAFFAIRS.COM, CHEATERINFORMER.COM, WIKICHEATER.COM, EXPOSECHEATINGONLINE.COM, CHEATERPICTURE.COM, INTERNETCHEATER.COM, DONTDATEACHEATER.COM, CHEATERRADAR.COM, DEADBEATREGISTRY.COM, SCAMFOUND.COM, CHEATEREXPOSE.COM, EXPOSECHEATER.COM, CHEATERBOARD.COM, SCORNEDLOVE.COM, EXPOSECHEATERS.COM, BUSTEDCHEATERS.COM.

9. Once the True Identity of the Websites Owners above (Par. 8) is unmasked, the Plaintiff plans to file a Copyright Infringement case against them.

10. The Plaintiff requests the COURT for a **Preliminary Injunction Hearing** and issuance of a Court Order prohibiting all the Defendants in the Amended Complaint (Document 8-3) from publishing

3

defamatory content about the Plaintiff, until the issuance of a final judgment in the case, for the following reasons:

    a. The Plaintiff believes that he is dealing with evasive Defendants.

    b. The Plaintiff continues to suffer irreparable harm without the injunction.

Dated: January 30, 2023

Respectfully submitted,

*[signature]*

P.O. Box 1153
Greenbelt, MD 20768
Phone: (832) 656-4275
obadiah_ke@hotmail.com

*Self-Represented*

Case No.:  8:20-CV-01066-TDC

### CERTIFICATE OF SERVICE

As per the Court Order, 8:20-CV-01066-TDC Document 18, authorizing Service only on Defendants that have appeared in this matter;

I, Obadiah Oseko Kegege HEREBY CERTIFY that on this 30th day of January, 2023, the foregoing **RESPONSE TO SHOW CAUSE ORDER AND STATUS REPORT,** responding to 8:20-CV-01066-TDC Document 32, was served on Defendant TUCOWS INC, by emailing to stevan@aplegal.com and by mailing to TUCOWS INC's Attorneys Stevan Lieberman at address:

Stevan Lieberman
Greenberg & Lieberman, LLC
1775 I St NW,  #1150
Washington, DC 20006

Obadiah O. Kegege