UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

OBADIAH OSEKO KEGEGE,

    Plaintiff,

v.

NAMESILO LLC, et al.,

    Defendants.

Civil Action No. TDC-20-1066

## ORDER

Plaintiff Obadiah Oseko Kegege has filed a status report with the Court, ECF No. 33, in which he states that Defendants are evading his subpoenas. Accordingly, it is hereby ORDERED that Kegege is granted leave to file a Motion to Compel within **21 days** of the date of this Order. Kegege shall serve copies of the Motion on the parties which are the subject of the Motion. Any such Motion shall list specifically who has been served, provide proof of service, and state who has not responded. If Kegege fails to file a timely Motion, the case will be dismissed.

Date: December 20, 2023

THEODORE D. CHUANG
United States District Judge