IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OBADIAH OSEKO KEGE<br><br>　　　　　　Plaintiff,<br><br>V.<br><br>NAMESILO, LLC ET AL.<br><br>　　　　　　Defendant. | CASE NO.: 8:20-CV-01066-TDC<br><br>DEFENDANT TUCOWS' OPPOSITION TO MOTION TO COMPEL |

　　　　Plaintiff in this matter has brought a motion to compel further responses to the subpoena issued to Defendant Tucows, Inc. This motion to compel should be denied, for two independent reasons. First, Tucows was never properly served by Plaintiff. Second, Tucows has already responded with all responsive information it has at its disposal. There is nothing further to produce, even if Tucows was under any obligation to produce anything at all given the failure of service here.

　　　　***First***, Tucows was never properly served. As set forth in the attached Lieberman Declaration, the subpoena was delivered to an address that Greenberg & Lieberman has not occupied since 2015. It is not the address that is listed in CM/ECF or that appears on the firm's website, which is readily available on the Internet. The only reason Tucows was able to make any response at all is that it appears that the subpoena was eventually dropped off at the firm's current address by the entity that now occupies the old address. *See generally* Lieberman Declaration. Failure to properly serve a third-party subpoena, of course, precludes the granting of a motion to compel. *See, e.g., Jenkins v. Winn–Dixie Stores, Inc.*, No. 3:14–cv–1104–J–34MCR, 2015 WL 12915699, at *1 (M.D. Fla. 2015).

　　　　***Second***, Tucows has already responded to the subpoena with all responsive information that it has at its disposal. As set forth in the attached Levy Declaration, Tucows works on a

1

"reseller model," and it does not have a contract with or any relationship with the domain name owner. This means that customer information, including any customer payment information, is held by the registrar of the domain name, not by Tucows. The only information available to Tucows is the registrant data, which was provided to Plaintiff on or about June 24, 2020 and was then current. The domain name has since expired for non-renewal, is not registered to anyone, and thus there is no information responsive to the request for registrant information, since there is no domain name and no registrant. *See generally* Levy Declaration. There are no other responsive documents in Tucows' possession, custody or control. Lieberman Dec. ¶ 9.

For the foregoing reasons, the motion should be denied.

Dated: January 31, 2024            Respectfully submitted,

/s/ *Stevan H. Lieberman*
Stevan H. Lieberman
Greenberg & Lieberman, LLC
1775 Eye Street NW
Suite 1150
Washington, DC 20006
Tel: 202-625-7000
Fax: 202-625-7001
Stevan@aplegal.com

*Counsel for Defendant Tucows, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this January 31, 2024 I did cause the foregoing document to be filed via the CM/ECF program into the docket of this matter, which filing caused service to be made upon all counsel of record.

/s/ *Stevan H. Lieberman*
Stevan H. Lieberman