IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OBADIAH OSEKO KEGE<br><br>　　　　　　　Plaintiff,<br><br>V.<br><br>NAMESILO, LLC ET AL.<br><br>　　　　　　　Defendant. | CASE NO.: 8:20-CV-01066-TDC |

DECLARATION OF REG LEVY

I, Reg Levy, declare under the penalty of perjury as follows:

1. My name is Reg Levy, I am over the age of 18 and competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I am the Head of Compliance for Defendant Tucows, Inc. I have reviewed the subpoena for documents issued to Tucows.

3. Tucows works on a "reseller model," and it does not have a contract with or any relationship with the domain name owner.

4. Tucows does not engage in transactions with customers who register their names through registration service resellers. Thus, Tucows does not obtain such information as customer payment information. This information is held by the registration service reseller of the domain name, not by Tucows.

5. The only information available to Tucows is the registrant information provided to Tucows by the reseller and that registrant information was provided directly to Plaintiff via email on or about June 24, 2020.

6. The domain name in question, ScornedLove.com, expired more than a year ago in January 2023, was not renewed, and subsequently was deleted from registration. Accordingly, there is no registrant information for the domain name, since there is no domain name.

7. There are no further responsive documents in Tucows' possession, custody, or control.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Date: January 31, 2024         /s/   *Reg Levy*
                                      Reg Levy