IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| OBADIAH OSEKO KEGE | |
|---|---|
| Plaintiff, | CASE NO.: 8:20-CV-01066-TDC |
| V. | |
| NAMESILO, LLC ET AL. | |
| Defendant. | |

DECLARATION OF STEVAN LIEBERMAN

I, Stevan Lieberman, declare under the penalty of perjury as follows:

1. My name is Stevan Lieberman, I am over the age of 18 and competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I am Maryland local counsel representing Tucows, Inc.

3. On September 7, 2022 I reviewed the online file for this matter, in particular the Status Report (Docket 30) filed by Plaintiff and noted that there was a claim that a Subpoena had been delivered to my offices.

4. I requested that the front desk investigate and see if any such document had been delivered to our offices.

5. The front desk found the subpoena in due course delivering it to me via email and noting that the document had been delivered without the package and thus had been logged in under Plaintiff's name. (See Exhibit 1 – front desk email)

6. A review of the subpoena revealed that the document had been sent to 1425 K St. NW, Suite 350, offices which our firm vacated in 2015.

7. We have been at our current offices, 1775 I St., NW Suite 1150, Washington, D.C. 20006 the address registered with Pacer in this matter for a little more than a decade.

8. It is surmised that the currents occupants of our old office or one of our old neighbors was kind enough to drop the document office at our current offices. No one at the front desk has any memory of who delivered the document.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Date: January 31, 2024

/s/Stevan Lieberman/
Stevan Lieberman

# EXHIBIT 1

**From:** Dominique Dunbar <dominique.dunbar@intelligentoffice.com>
**Sent:** Tuesday, September 8, 2022 9:29 AM
**To:** Stevan Lieberman <stevan@APLegal.com>
**Cc:** washingtondc <washingtondc@intelligentoffice.com>
**Subject:** Kegeg

Good morning Mr. Lieberman,

Here is the scan of the Kegege document. Once again, our apologies for not seeing your name but it was logged in as Kegege as it was delivered without the package.

**LABOR DAY WEEKEND HOURS:** *On September 2nd, 2022, our suites will remain open during normal business hours (8:30am–5:30pm), but will not be staffed after 1:00 pm to start the holiday weekend. Friday mail will be distributed to your mailbox if it arrives before 1:00 pm. Office and conference room reservations are available per usual. Phones will go into our after-hours voicemail mode starting at 1:00 pm unless you have requested alternate phone programming for that time period. September 5th, 2022: We will be CLOSED.*

Kindest Regards,

*Dominique Dunbar, Executive Assistant*



INTELLIGENT OFFICE

1775 Eye Street, NW Suite 1150
Washington, DC 20006
(P): 202-587-5600 / (F): 202-587-5601
www.iowashingtondc.com

*We truly value our members and your loyalty to Intelligent Office.
Creating a positive experience remains a top priority for us so we welcome your feedback!
We would greatly appreciate a quick Google or YELP review letting us know how well we are supporting your business needs.
To submit your review, please click one of the following links!*