UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

OBADIAH OSEKO KEGEGE,

    Plaintiff,

    v.

NAMESILO LLC, *et al.*,

    Defendants.

Civil Action No. TDC-20-1066

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, and utilizing the terms as defined therein, it is hereby ORDERED that:

1. Plaintiff Obadiah Oseko Kegege's Motion to Compel Discovery and Compliance with Subpoena, ECF No. 35, is GRANTED IN PART and DENIED IN PART.

2. The Motion is GRANTED as to Defendant Dynadot, LLC ("Dynadot").

3. Within **21 days** of the date of this Order, Kegege shall serve on Dynadot: a copy of the Amended Complaint, the Court's June 13, 2022 Order ("the Subpoena Order"), ECF No. 28, the subpoena directed at Dynadot, and this Order.

4. Kegege shall serve Dynadot by **certified mail, restricted delivery**, or other means consistent with state law service rules, and shall provide proof of service by filing with the Court a copy of the original return receipt establishing the date of service, and a statement providing proof of service consistent with both Rule 45(b)(4) and Maryland Rule 2–126(a).

5. If Kegege fails to comply with the requirement to serve in a timely manner, the Court may quash the subpoena and dismiss the claims against Dynadot and Defendant Exposecheaters.com.

6. If Dynadot fails to comply with this Order by producing to Kegege the information responsive to the subpoena, the Court may initiate proceedings to hold Dynadot in contempt. *See* Fed. R. Civ. P. 45(g).

7. The Motion is DENIED as to Defendants Tucows, Inc., GoDaddy LLC, NameSilo LLC, and Internet Domain Service BS Corporation.

8. Within **21 days** of the date of this Order, Kegege shall file a statement either voluntarily dismissing the claims against the Domain Registrar Defendants other than Dynadot, and the Website Defendants other than Exposecheaters.com, or showing cause why the Court should not dismiss them from this case.

Date: March 27, 2024

THEODORE D. CHUANG
United States District Judge