IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| OBADIAH OSEKO KEGEGE<br>Plaintiff,<br>V.<br><br>NAMESILO LLC,  GODADDY LLC,   TUCOWS INC, DYNADOT LLC,  INTERNET DOMAIN SERVICE BS CORP,  et al.,<br>Defendants. | Case No.:   8:20-CV-01066-TDC<br><br>Certificate of Service |
|---|---|

### CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege HEREBY CERTIFY that on the 11th day of April, 2024, I attempted to serve Defendant **Dynadot LLC** the following documents:

1. **A copy of the Amended Complaint**
2. **The Subpoena Order (ECF No. 28, dated June 13, 2022)**
3. **The Subpoena directed at Dynadot (dated June 24, 2022), and**
4. **The Order Compelling Discovery and Compliance with Subpoena (dated March 27, 2024)**

through a Private Process Server (ABC Legal) to delivery address:

Todd Han,
Dynadot LLC
210 S Ellsworth Ave,  #345
San Mateo, CA 94401

The Private Process Server (ABC Legal) advised that the above address is not servable since it belongs to the United States Post Office (private box ) and not a physical address (see Exhibit 1 and 2).

Also, I HEREBY CERTIFY that on/by the 16th day of April, 2024, I served the above documents on **Dynadot LLC** via certified mail (see Exhibit 3),  certified mail-restricted delivery (see Exhibit 3), and via email (see Exhibit 4).  The certificate of service was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record.

_Obadiah K._
Obadiah O. Kegege

# Exhibit 1

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   8:20-CV-01066

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for   **Dynadot LLC**
on   4/11/2024:

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because **PMB/PO Box** after attempting service at **210 S Ellsworth Ave #345, San Mateo, CA 94401**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 0.00

My fees are $ 0.00 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  04/11/2024

_____
Server's signature

**Jeffrey Abrantes**
Printed name and title

1037 N Idaho St
San Mateo, CA 94401

_____
Server's address

Additional information regarding attempted service, etc:

**4/11/2024 12:56 PM: The address was a PMB/PO Box.**
**Address belongs to USPS**




Tracking #: 0129666485

## Exhibit 2



Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

BILL TO:

Obadiah Kegege <obadiah_ke@hotmail.com>
P.O Box 1153
Greenbelt, MD 20768

INVOICE# 17027600.100
DATE Apr 09, 2024
ACCOUNT# 182054
ATTENTION obadiah_ke@hotmail.com
REFERENCE# REF-15527840

**AMOUNT DUE** $ 0.00

CASE # N/A
CASE TITLE N/A
COURT N/A

SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| Prepare Suit | | |
| Process Service - Web Upload | Uploaded File(s): 2022_06_24 Subpoena directed at Dynadot (dated June 24, 2022).jpg, ECF 28 - Court Order to Serve Rule 45 Subpoenas.pdf, ECF 19 - AMENDED COMPLAINT.pdf, 2024_03_27 Order Compelling Discovery and Compliance with Subpoena.pdf<br>Rush Requested: No<br>Parties To Serve: 1 | 75.00 |

SUBTOTAL $ 75.00
SALES TAX $ 0.00
**TOTAL CHARGES** $ 75.00

PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| Visa ending in 7580 | April 09, 2024 | 75.00 |

**AMOUNT PAID** $ 75.00

**AMOUNT DUE** $ 0.00

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT    Page 1 of 1

**Exhibit 3:** Service of Process by Certified Mail



4

## **Exhibit 4:** Service of Process via email

**Dynadot LLC - Order Compelling Discovery and Compliance with Subpoena to Produce Documents**

Obadiah ke <obadiah_ke@hotmail.com>
Tue 4/16/2024 7:19 PM
To: gdg@dynadot.com <gdg@dynadot.com>; info@dynadot.com <info@dynadot.com>

4 attachments (4 MB)
1 - Court Order to Serve Rule 45 Subpoenas (ECF 28).pdf; 2 - Subpoena directed at Dynadot (dated June 24, 2022).pdf; 3- Order Compelling Discovery and Compliance with Subpoena (2024_03_27 ).pdf; 4 - AMENDED COMPLAINT (ECF 19 ).pdf;

To:
Todd Han / Dynadot LLC Counsel of Record
210 S Ellsworth Ave, #345
San Mateo, CA 94401

Please find the attached "Order Compelling Discovery and Compliance with Subpoena" and other documents supporting the case I filed against you:
1.   The Subpoena Order (ECF No. 28, dated June 13, 2022),
2.   The Subpoena directed at Dynadot (dated June 24, 2022),
3.   The Order Compelling Discovery and Compliance with Subpoena (dated March 27, 2024), and
4.   A copy of the Amended Complaint

For any questions, please feel free to email me using the contacts below.

Respectively submitted,

*Obadiah-k.*

Obadiah O. Kegege
Obadiah_ke@hotmail.com

Sent from Mail for Windows

**Exhibit 5:** Dynadot LLC Contact Information

4/9/24, 12:56 PM                                       Contact Us - 24/7 Chat and Email Support | Dynadot

# Dynadot Contact Info

**Email**
info@dynadot.com

**Address**
210 S Ellsworth Ave
#345 San Mateo, CA
94401 US

**Office Hours**
Mon-Sun 9am - 6pm
PST

# Still have a question?

Search our FAQs    (/community/help/search.html)    Submit an abuse complaint    (/report-abuse)

EN ⌄    USD ($) ⌄

(https://www.facebook.com/pages/Dynadot/119239589383)    (https://instagram.com/dynadot/)
(https://pinterest.com/teamdynadot/)    (https://www.linkedin.com/company/dynadot?trk=fc_badge)
(https://www.twitter.com/dynadot)    (https://www.youtube.com/user/teamdynadot)
Newsletter sign-up
Enter email    Submit

Domains                              Aftermarket

https://www.dynadot.com/community/contact                                                     2/3