**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

OBADIAH OSEKO KEGEGE                              *

       Plaintiff,                              *

      **V.**                              *

NAMESILO LLC,  GODADDY LLC,  TUCOWS INC,        *
DYNADOT LLC,  INTERNET DOMAIN SERVICE BS
CORP,  et al.,                              *

      Defendants.                      *        Case No.:  __8:20-CV-01066__

*        *        *        *        *        *        *        *        *        *        *        *        *

**PETITIONER'S STATUS REPORT AND RESPONSE TO THE ORDER TO SHOW CAUSE**

      Plaintiff, Obadiah Oseko Kegege, hereby submit the Status Report and response to Show Cause

Order as required by the Court Order (EFC 40) and state the following:

1.  The Plaintiff may consider dismissing the case against **Tucows Inc** if they fully unmask the TRUE

    Identity of the Scornedlove.com (the Concealed Entity shielded by their proxy service).  The Plaintiff

    conferred with Tucows Inc counsel on April 22, 2021, and confirmed that Tucows had full registrant

    information for Scornedlove.com, would preserve the information for the purpose of this case, and

    would provide that information upon served with the subpoena.  The Plaintiff refutes all the

    assertions in ECF 36-1, as none of these assertions unmasked the TRUE Identity of the Concealed

    Entity Scornedlove.com.  Tucows has not provided any requested registrant information to the

    Plaintiff.  But, Instead, Tucows has asserted that the registration information was handled by the

    resellers, and that Tucows Inc stopped engaging in transactions or providing services (through

    resellers) to Scornedlove.com.  Further, Plaintiff refutes the Reg Levy declaration/assertion (ECF 36-

    1) stating that the "registrant information (Fully True Names and Contact Address) was provided

    directly to Plaintiff via email on or about June 24, 2020." The Plaintiff requests that this information

or evidence be submitted to the Court.  The Plaintiff believes that the Concealed Entity/Entities may be terrorists who are extorting money from successful individuals and businesses.  Also, the Plaintiff believes that the Concealed Entity/ Entities are persistently engaging in Extortion and Modern Day Lynching.  Also, the Plaintiff believes that the Concealed Entities' use of technology (shielded by proxy service) makes the traditional service of process ineffective.  The Plaintiff believes that Tucows Inc manages/owns the business relationship (including privacy rules or arrangements) with their resellers to ensure domain registrants (Concealed Entities) abide by the Internet Corporation for Assigned Names and Numbers (ICANN) requirements for domain name registrations.  And that, Tucows Inc has to bear the responsibility of providing the subpoenaed information to the Plaintiff.

2.  In the present status, the Plaintiff will NOT dismiss the case against **Internet Domain Service BS Corp.**  The Plaintiff may consider dismissing the case against Internet Domain Service BS Corp if they fully unmask the TRUE Identity of the Concealed Entities (shielded by their proxy service) and prove that they did not intentionally collaborate or negligently enable them to commit atrocities against the Plaintiff.  Plaintiff Served (Internet Domain Service BS Corp the "Subpoena to Produce Documents and Information" in August 2022 by both international registered mail and email. Though, the USPS does not provide further tracking information outside the US, Internet Domain Service BS Corp acknowledged receiving the subpoena and supporting documents through email *(see Exhibit 1 and 2)*, and on August 31st 2022, Volker Greimann (the ICANN Registrar for Internet Domain Service BS Corp) reviewed the Subpoena and requested/stated that "please provide an order from a local court of applicable jurisdiction confirming the enforceability of the Subpoena on the Bahamas."  "Federal Rule of Civil Procedure 4, Rule 4(h)(2) authorizes service on a foreign corporation in any manner prescribed by Rule 4(f).  Federal courts have authorized service of process by e-mail when this alternative method is reasonably calculated to provide notice of the action and an opportunity to be heard" *(see Exhibit 3).*  Rule 4(f)(3), states that "by other means not

prohibited by international agreement, as the court orders."   The Plaintiff believes that that proceeding with email service under Rule 4(f)(3) is appropriate, as Plaintiff has already made reasonable efforts to effectuate service on Internet Domain Service BS Corp through traditional means, but only email records show that the Defendant "Internet Domain Service BS Corp" received the subpoena.   On the other hand, the Plaintiff is unaware of any international agreement that prohibits service of process through email under Rule 4(f)(3) to Internet Domain Service BS Corp. The Plaintiff believes that the Concealed Entities shielded by Internet Domain Service BS Corp may be terrorists who are extorting money from successful individuals and businesses.  Also, the Plaintiff believes that the Concealed Entities are persistently engaging in Extortion and Modern Day Lynching.  The Plaintiff respectfully requests this Court to issue an Order Authorizing Alternate Service of Process by email on Internet Domain Service BS Corp pursuant to Rule 4(f)(3).

3. In the present status, the Plaintiff will NOT dismiss the case against **NameSilo LLC.**   Plaintiff may consider dismissing the case against NameSilo LLC if they fully unmask the TRUE Identity of the Concealed Entities (shielded by their proxy service) and prove that they did not intentionally collaborate or negligently enable them to commit atrocities against the Plaintiff. NameSilo LLC serves as the Registrar of Record for **18 Registrant Defendants** (Concealed Entities**).** The Plaintiff has already made reasonable efforts to effectuate service on NameSilo LLC through traditional means, service of process to known physical address: 1300 E. Missouri Avenue, Suite A-110, Phoenix, AZ  85014 (see Exhibit 4), that is also published on NameSilo website (also, given as the NameSilo LLC Registrant's address in the ICAAN registration database).  The Plaintiff has confirmed that NameSilo LLC cannot be served at this known physical address. Only email records as documented in (July 2020) show that NameSilo LLC received the communication and responded through email.  The Plaintiff believes that the Concealed Entities shielded by NameSilo LLC may be terrorists who are extorting money from successful individuals and businesses.  Also, the Plaintiff

believes that the Concealed Entities are persistently engaging in Extortion and Modern Day Lynching.  The Plaintiff respectfully requests this Court to issue an Order Authorizing email as an Alternate Service of Process on NameSilo LLC pursuant to Rule 4(f)(3), and for the Plaintiff to serve the subpoena to NameSilo LLC via email.

4.  In the present status, the Plaintiff will NOT dismiss the case against **GoDaddy LLC**. The Plaintiff made two unsuccessful attempted deliveries to serve GoDaddy LLC with the "Subpoena to Produce Documents and Information."   Alternatively, the Plaintiff served the aforementioned documents by email to the following GoDaddy LLC's email addresses: HQ@godaddy.com; CopyrightClaims@GoDaddy.com; and abuse@godaddy.com. GoDaddy LLC has previously communicated to the Plaintiff using emails (see Exhibit 6 and 7). The Plaintiff confirmed that it is not possible to serve GoDaddy LLC at their registered physical address (14455 N. Hayden Rd., Scottsdale, AZ 85260).  However, additional attempt to serve GoDaddy LLC the Motion to Compel Discovery and Compliance with Subpoena (ECF 35) at another address published on their website (GoDaddy Legal Department, 2155 E. GoDaddy Way, Tempe, AZ 85284) was successful delivered on January 17, 2024 (see Exhibit 8 and 9).  GoDaddy LLC has responded to emails concerning the Subpoena and advised the Plaintiff that they are not the Registrar of Record for one of the website Defendants (see Exhibit 6 and 7).   The Plaintiff believes that the Concealed Entities shielded by GoDaddy LLC may be terrorists who are extorting money from successful individuals and businesses.  The Plaintiff believes that the Concealed Entities are persistently engaging in Extortion and Modern Day Lynching.  The Plaintiff respectfully requests this Court to issue an Order Authorizing email as an Alternate Service of Process on GoDaddy LLC pursuant to Rule 4(f)(3), and for the Plaintiff to serve the subpoena to GoDaddy LLC via email.

5.  In the present status, the Plaintiff will NOT dismiss the case against **Dynadot LLC.**   The Plaintiff served Dynadot LLC with the "Subpoena to Produce Documents and Information," together with a

copy of the Amended Complaint and a copy of the Court Order (Document 28). Dynadot LLC received the aforementioned Subpoena (August 1, 2022) and the Motion to Compel Discovery and Compliance with Subpoena (ECF 35), sent via registered mail (see Exhibit 10).  On April 11, 2024, the Plaintiff learned that Dynadot LLC's address (210 S Ellsworth Ave, # 345, San Mateo, CA 94401) is not a physical address that can be served by in-person private server (see Exhibit 11 and 12). Alternatively, the Plaintiff served Dynadot LLC the "Order Compelling Discovery and Compliance with Subpoena" and supporting documents via certified mail (see Exhibit 13), via certified mail-restricted delivery (see Exhibit 13), and via email (see Exhibit 14).  The Plaintiff is waiting for a response from Dynadot LLC.

6.  The Plaintiff will NOT dismiss the case against the following Concealed Entities: WTFCHEATERS.COM, WTFCHEATER.COM, WORSTHOMEWRECKERS.COM, CATFISHED.NET, SHESHOMEWRECKER.COM, CHEATERXPOSED.COM, HELLOCHEATERS.COM, CHEATERSIREN.COM, WTFSCAM.COM, REPORTAFFAIRS.COM, CHEATERINFORMER.COM, WIKICHEATER.COM, EXPOSECHEATINGONLINE.COM, CHEATERPICTURE.COM, INTERNETCHEATER.COM, DONTDATEACHEATER.COM, CHEATERRADAR.COM, DEADBEATREGISTRY.COM, SCAMFOUND.COM, CHEATEREXPOSE.COM, EXPOSECHEATER.COM, CHEATERBOARD.COM, SCORNEDLOVE.COM, EXPOSECHEATERS.COM, BUSTEDCHEATERS.COM.   The Plaintiff believes that these Concealed Entities may be terrorists who are extorting money from successful individuals and businesses.  Also, the Plaintiff believes that the Concealed Entities are persistently engaging in Extortion and Modern Day Lynching.

7.  Once the True Identity of the Websites Owners above is unmasked, the Plaintiff plans to file a Copyright Infringement case against them.

8.  The Plaintiff believes that the Court relying on traditional service of process will not be effective to serve modern crimes.  Also, the Plaintiff believes that he has been treated unfairly by denying the

"Motion for Alternative Service of Process," and that the Defendants have been allowed to evade service, particularly when Defendants like GoDaddy LLC and NameSilo LLC cannot be served at the physical addresses registered by the ICANN.

9. The Plaintiff requests the COURT to reopen and to reconsider the **Motion for Alternative Service of Process**. The Defendants businesses are exclusively digital in nature (online platform and related to the subject at issue, subpoenaed information), the traditional methods of service of process have proved impractical for all Defendants except Tucows Inc, and e-mail has proved to be the only means of effecting service of process in this case for all Defendants.

10. The Plaintiff requests the COURT for a **Preliminary Injunction Hearing** and issuance of a Court Order prohibiting all the Defendants in the Amended Complaint (ECF 19) from publishing defamatory content about the Plaintiff, until the issuance of a final judgment in the case, for the following reasons:

   a. The Plaintiff believes that he is dealing with evasive Defendants and the concealed entities may be terrorists.

   b. The Plaintiff continues to suffer irreparable harm without the injunction.


Dated: April 17, 2024

Respectfully submitted,

Obadiah-k.

P.O. Box  1153
Greenbelt, MD 20768
Phone: (832) 656-4275
obadiah_ke@hotmail.com

*Self-Represented*

Case No.:   8:20-CV-01066-TDC

**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY  that on this  17th  day of April, 2024, the foregoing **PETITIONER'S STATUS REPORT AND RESPONSE TO THE ORDER TO SHOW CAUSE,** responding to  Court Oder (ECF 40)  was served on **TUCOWS INC,**  by emailing to TUCOWS INC counsel of record  Stevan Lieberman at stevan@aplegal.com and the certificate of service was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record.

Obadiah O. Kegege

Case No.:   8:20-CV-01066-TDC

## CERTIFICATE OF SERVICE

I,   Obadiah  Oseko  Kegege   HEREBY CERTIFY   that on this   17th   day of April, 2024, the foregoing **PETITIONER'S STATUS REPORT AND RESPONSE TO THE ORDER TO SHOW CAUSE,** responding to  Court Oder  ECF  40   was served on Defendant   **GoDaddy LLC**,   by emailing to  legal@godaddy.com, HQ@godaddy.com,  CopyrightClaims@GoDaddy.com; and by mailing to GoDaddy LLC  at address

GoDaddy Legal Department
2155 E. GoDaddy Way
Tempe, AZ 85284

and the certificate of service was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record.

Obadiah O. Kegege

Case No.:  8:20-CV-01066-TDC

**CERTIFICATE OF SERVICE**

I,  Obadiah Oseko Kegege  HEREBY CERTIFY  that on this  17th  day of April, 2024, the foregoing

**PETITIONER'S STATUS REPORT AND RESPONSE TO THE ORDER TO SHOW CAUSE,** responding to  Court

Oder  ECF  40   was served on Defendant  **Internet Domain Service BS Corp**, by emailing to

admin@internet.bs; contact-en@internet.bs; privacy@internet.bs.; and by mailing to Internet Domain

Service BS Corp at address:


Internet Domain Service BS Corp.
Ocean Centre, Montagu Foreshore
East Bay Street
Nassau, The Bahamas
P.O. Box SS-19084




Respectfully submitted,

Obadiah O. Kegege

Case No.:  8:20-CV-01066-TDC

**CERTIFICATE OF SERVICE**

I, Obadiah Oseko Kegege  HEREBY CERTIFY  that on this  17th  day of April, 2024, the foregoing **PETITIONER'S STATUS REPORT AND RESPONSE TO THE ORDER TO SHOW CAUSE,** responding to  Court Oder  ECF  40    was  served  on  Defendant   **Dynadot LLC,**  by  emailing  to  gdg@dynadot.com, info@dynadot.com; and by mailing to Dynadot LLC  at address:

Dynadot LLC
210 S Ellsworth Ave,  #345
San Mateo, CA 94401

Respectfully submitted,

Obadiah O. Kegege

10

Case No.:  8:20-CV-01066-TDC

**CERTIFICATE OF SERVICE**

I,  Obadiah  Oseko  Kegege   HEREBY  CERTIFY   that  on  this   17th   day  of  April,  2024,  the  foregoing
**PETITIONER'S STATUS REPORT AND RESPONSE TO THE ORDER TO SHOW CAUSE,** responding to  Court
Oder  ECF  40   was  served  on  Defendant   **NameSilo, LLC,**  by  emailing  to  legal@namesilo.com,
internal_domains@namesilo.com, support@namesilo.com; and by mailing to NameSilo, LLC at address:

NameSilo, LLC
1300 E. Missouri Avenue
Suite A-110
Phoenix,  AZ  85014

Respectfully submitted,

Obadiah O. Kegege

**Exhibit 1:** Internet Domain Service BS Corp - Received Subpoena via Email

4/17/24, 9:21 AM                    Gmail - 843172 Re: Court Order with "Subpoena to Produce Documents and Information

 Gmail                                   Obadiah Kegege <obadiahke@gmail.com>

## 843172 Re: Court Order with "Subpoena to Produce Documents and Information

**Internet.bs** <contact-en@internet.bs>                      Wed, Aug 31, 2022 at 12:27 PM
Reply-To: "Internet.bs" <contact-en@internet.bs>
To: Obadiah Kegege <obadiahke@gmail.com>
Cc: Admin <admin@internet.bs>, Privacy <privacy@internet.bs>

##- Please type your reply above this line -##

Your request (843172) has been updated. To add additional comments, reply to this email.

**Volker Greimann** (Internet.bs)
31 Aug 2022, 16:27 UTC

Dear Mr. Kegege,

please provide an order from a local court of applicable jurisdiction confirming the enforceability of the Subpoena on the Bahamas.

**Obadiah Kegege**
22 Aug 2022, 14:53 UTC

To Internet Domain Service BS Corp.,

Please find the attached Court Order with "Subpoena to Produce Documents and Information" and a copy of the Amended Complaint.

Thank you,
Dr. Obadiah Kegege
P.O Box 1153
Greenbelt, MD 20768

On Sat, Jul 25, 2020 at 3:10 AM Obadiah Kegege <obadiahke@gmail.com> wrote:
Dear **INTERNET DOMAIN SERVICE BS CORP,**

Please find the attached documents for the case I filed against you at the US District Court:

    8:20-CV-01066-TDC, Document 5, Pg.  25 of 62:   SUMMONS IN A CIVIL ACTION
    8:20-CV-01066-TDC, Document 2:    CASE MANAGEMENT ORDER
    8:20-CV-01066-TDC:   COMPLAINT

https://mail.google.com/mail/u/0/?ik=558bb63ff3&view=pt&search=all&permmsgid=msg-f:1742694773338210728&simpl=msg-f:1742694773338210728      1/2

**Exhibit 2:** Internet Domain Service BS Corp -  Received Subpoena via Email cont.

## CERTIFICATE OF SERVICE

Also, I have attached your updated contact information/emails, and the contact information of your Privacy Service (**whoisprivacycorp.com**) as given by the Internet Corporation for Assigned Names and Numbers (ICANN)  as of July 24th, 2020.

Respectfully submitted,

Obadiah Kegege
P.O. Box  1153
Greenbelt, MD 20768, USA

Attachment(s)
2022_06_24 Internetbs -Subpoena to Produce Documents.jpg
Court Order to Serve Subpoenas.pdf
Amended Complaint - gov.uscourts.mdd.481407.8.3.pdf

Volker Greimann
Internet.bs - Support Team
ICANN Registrar
http://www.INTERNET.bs



[Quoted text hidden]

**Exhibit 3:** **Examples of Service of Process by E-Mail and Other Alternative Methods**
**Authorized Under Federal Law**

1. "Power Corp. of Canada v. Power Financial, 2009 U.S. Dist. LEXIS 31058, 2009 WL 982750 (M.D. Pa. Apr. 13, 2009): Authorizing service of process via e-mail where plaintiff demonstrated service through customary methods was not possible due to defendant's efforts to prevent plaintiff from ascertaining its physical location."

2. "Seaboard Marine Ltd., Inc. v. Magnum Freight Corp., 2017 U.S. Dist. LEXIS 231098, 2017 WL 7796153 (S.D. Fla. Sept. 21, 2017): Authorizing service of process via e-mail where plaintiff presented evidence that defendant evaded service, refused to accept service via FedEx, and had communicated with the e-mail plaintiff proposed to use for service."

3. "FTC v. PCCare247 Inc., 2013 U.S. Dist. LEXIS 31969, 2013 WL 841037 (S.D.N.Y. Mar. 7, 2013): Holding service by e-mail and Facebook are reasonably calculated to provide defendants with notice."

4. "ECHO Health, Inc. v. Echo Payments, Case No. 0:23-cv-00741 (D.Minn. May 25, 2023): Granting plaintiff's motion for alternative service of process via e-mail where defendant intentionally concealed its whereabouts and knowingly provided its domain name registrar with a false, incorrect, or invalid address allegedly associated with its business, thereby making service by traditional methods impossible."

5. "St. Francis Assisi v. Kuwait Fin. House, 2016 U.S. Dist. LEXIS 136152 (N.D.Cal. Sept. 30, 2016): Authorizing service of process via Twitter finding it was reasonably calculated to give notice and was not prohibited by international agreement."

6. "MacLean-Fogg Co. v. Ningbo Fastlink Equip. Co., 2008 U.S. Dist. LEXIS 97241, 2008 WL 5100414 (N.D. Ill. Dec. 1, 2008): Authorizing service via e-mail where plaintiffs demonstrated the defendants transacted business online and were unsuccessful in effectuating traditional service."

7. "Rio Props. v. Rio Int'l Interlink, 284 F.3d 1007 (9th Cir. 2002): Holding service of process by e-mail was proper not only because it was reasonably calculated to apprise the defendant of the pendency of the action and afford it an opportunity to respond, but also because it was the method of service most likely to reach the defendant."

8. "Popular Enters., LLC v. Webcom Media Group, Inc., 225 F.R.D. 560, 2004 U.S. Dist. LEXIS 26785 (E.D. Tenn. Nov. 16, 2004): Holding service upon the defendant by e-mail is fully authorized, is the method most likely to reach the defendant, and is reasonably calculated to apprise the defendant of the pendency of the action and afford it an opportunity to be heard. The Court further reasoned an e-mail sent to an e-mail address supplied by the defendant to its domain name registrar presumably reached defendant since it did not bounce back."

**Exhibit 4: Published NAMESILO LLC  Physical Address and Email.**



Certified mail cannot be delivered at the above published, which is also recognized by the the Internet Corporation for Assigned Names and Numbers (ICANN) database:

      NameSilo, LLC

      1300 E. Missouri Avenue , Suite A-110

      Phoenix,  AZ  85014

**Exhibit 5:** Certified mail to NameSilo LLC, using two known addresses



## Exhibit 6: GODADDY LLC Responds to Subpoena to Produce Documents

---

4/11/24, 3:41 PM                          Gmail - Subpoena to Produce Documents - Copyright Infringement and Defamation

**M** Gmail                                              Obadiah Kegege <obadiahke@gmail.com>

---

### Subpoena to Produce Documents - Copyright Infringement and Defamation
4 messages

**Obadiah Kegege <obadiahke@gmail.com>**                          Mon, Aug 22, 2022 at 10:44 AM
To: copyrightclaims@godaddy.com, HQ@godaddy.com, abuse@godaddy.com

To Godaddy LLC,

Please find the attached Court Order with "Subpoena to Produce Documents and Information" and a copy of the
Amended Complaint.

Thank you,
Dr. Obadiah Kegege
P.O Box 1153
Greenbelt, MD 20768

On Sat, Jun 26, 2021 at 3:09 AM <copyrightclaims@godaddy.com> wrote:

# Here's the resolution to your inquiry.

**Discussion Notes**

**Support Staff Response**

In reference to cheaterboard.com:

Dear Sir or Madam,

The website is not hosted by GoDaddy. We ask that you please note the following
information:

The registrar is the company that sells a domain name registration to a person or
company.
The registrant is the person or company that purchases a domain name for use.
The hosting provider is the company that provides space on its computers for the files
that make up the content of the website.
Name servers do not determine the hosting provider of a website. Website content is not
stored on name servers.

While GoDaddy offers services as both a registrar and a hosting provider, this does not
mean that we provide both services for every domain that is registered through our
company.

If you first identify the IP address of the website, you can then find the hosting provider
that IP address is assigned to. In most cases, this is a much more accurate method for
determining who is hosting a website. You'll want to reach out to the hosting provider that
the IP address is assigned to for further assistance with this content based issue.

https://mail.google.com/mail/u/0/?ik=558bb63ff3&view=pt&search=all&permthid=thread-a:r-1836357776354861157&simpl=msg-a:r-18396627384932...          1/5

## Exhibit 7: GODADDY LLC Responds to Subpoena to Produce Documents Cont.

4/11/24, 3:41 PM                    Gmail - Subpoena to Produce Documents - Copyright Infringement and Defamation

Kindest Regards,

Chris
Copyright Department
Go Daddy Operating Company, LLC
CopyrightClaims@GoDaddy.com

**Customer Inquiry**

Caution: This email is from an external sender. Please do not click links or open
attachments unless you recognize the sender and know the content is safe. Forward
suspicious emails to isitbad@. Caution: This email is from an external sender. Please do
not click links or open attachments unless you recognize the sender and know the
content is safe. Forward suspicious emails to isitbad@. Dear Godaddy Team:  The
Website cheaterboard.coM is using my picture that is copyrighted.  The Defamation
attached to my picture on their website has negatively affected my business.  The
information posted on their website about Obadiah Oseko Kegege is entirely false and
defamatory.  This is an act of cyber harassment with the intent to extort.   There is a
pending US District Court Case 8:20-CV-01066-TDC against cheaterboard.coM.
  cheaterboard.coM needs to come forward and defend their actions against Defamation
and Copyright Infringement if they would like to keep posting my copyrighted image.
Please see the attached images: I, Obadiah Oseko Kegege, Swear that I am the Only
Copyright Owner of the copyrighted image (my Personal Portrait) being used for
defamation on the following URLs: https://www.cheaterboard.com/obadiah-oseko-
kegege-upper-marlboro-maryland/  https://www.cheaterboard.com/tag/obadiah-oseko-
kegege/  https://www.cheaterboard.com/category/cheaters/page/143/
https://www.cheaterboard.com/category/cheaters/page/254/
https://www.cheaterboard.com/page/223/  I created the copyrighted image/s being
infringed and no other person is authorized to use them without my written permission.
Please visit the websites below to see my copyrighted portraits (the infringed content):
https://a-plus-consulting-usa.business.site/ https://spie.org/profile/Obadiah.Kegege-
72992 http://www.aplusconsulting.us/ Thank you, Dr. Obadiah Kegege Director, A-Plus
Consulting USA LLC. aplus.consultingusa@gmail.com

If you need additional help, please reply to this email and reference [Incident ID:
45133799].

Copyright © 2021. All rights reserved.

4828587451

**3 attachments**

**Exhibit 8: GODADDY LLC Corporate Address and Email.**



The above address is different from the GoDaddy LLC registered contact address available in the Internet Corporation for Assigned Names and Numbers (ICANN) database, which is:

> GoDaddy LLC
> 14455 N. Hayden Rd.
> Scottsdale,  AZ  85260

Motion to Compel Discovery and Compliance with Subpoena and certificate of service was delivered to **"GoDaddy LLC Legal Department, 2155 E. GoDaddy Way, Tempe, AZ 85284"** as shown below:



**Exhibit 9:** Certified Mail to GoDaddy LLC., using two known addresses



**Exhibit 10: Certified Mail to Dynadot LLC**

**Exhibit 10: Certified Mail to Tucows Inc**



**Exhibit 11:** Dynadot LLC's  Published Contact Information



# Exhibit 12

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    **8:20-CV-01066**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for    **Dynadot LLC**
on    **4/11/2024:**

☐    I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)*_____ ; or

☒    I returned the summons unexecuted because **PMB/PO Box** after attempting service at **210 S Ellsworth Ave #345, San Mateo, CA 94401**

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  04/11/2024

_____
Server's signature

**Jeffrey Abrantes**
Printed name and title

**1037 N Idaho St**
**San Mateo, CA 94401**

_____
Server's address

Additional information regarding attempted service, etc:

**4/11/2024 12:56 PM: The address was a PMB/PO Box.**

**Address belongs to USPS**




Tracking #: 0129666485

23

**Exhibit 13:** Dynadot LLC Service of Process by Certified Mail



## Exhibit 14: Dynadot LLC Service of Process via email

Dynadot LLC – Order Compelling Discovery and Compliance with Subpoena to Produce Documents

Obadiah ke <obadiah_ke@hotmail.com>

Tue 4/16/2024 7:19 PM

To:gdg@dynadot.com <gdg@dynadot.com>; info@dynadot.com <info@dynadot.com>

📎 4 attachments (4 MB)

1 - Court Order to Serve Rule 45 Subpoenas (ECF 28).pdf; 2 - Subpoena directed at Dynadot (dated June 24, 2022).pdf; 3 - Order Compelling Discovery and Compliance with Subpoena (2024_03_27 ).pdf; 4 - AMENDED COMPLAINT (ECF 19 ).pdf;

To:
Todd Han / Dynadot LLC Counsel of Record
210 S Ellsworth Ave,  #345
San Mateo, CA 94401

Please find the attached "Order Compelling Discovery and Compliance with Subpoena" and other documents supporting the case I filed against you:
1.      The Subpoena Order (ECF No. 28,  dated June 13, 2022),
2.      The Subpoena directed at Dynadot (dated June 24, 2022),
3.      The Order Compelling Discovery and Compliance with Subpoena (dated March 27, 2024), and
4.      A copy of the Amended Complaint

For any questions, please feel free to email me using the contacts below.

Respectively submitted,

Obadiah-k.

Obadiah O. Kegege
Obadiah_ke@hotmail.com

Sent from Mail for Windows