IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OBADIAH OSEKO KEGE<br><br>　　　　　　Plaintiff,<br><br>V.<br><br>NAMESILO, LLC ET AL.<br><br>　　　　　　Defendant. | CASE NO.: 8:20-CV-01066-TDC<br><br>DEFENDANT NAMESILO'S RESPONSE TO ORDER DATED AUGUST 2, 2024 |

　　　　Namesilo LLC responds to the Court's Order dated August 2, 2024 [Docket #45] (the "Order"), directing Namesilo LLC to file materials responsive to Plaintiff's subpoena with the court as follows.

　　　　The Plaintiff's subpoena requests "(TRUE) Names" and other information corresponding to the registrant of several domain names.  Namesilo LLC notes that the relevant governing rules concerning domain registration data require a domain registrant to certify its domain registration data is correct, and Namesilo LLC is required to confirm the operation of the provided email address at the time of confirmation.  (See Declaration of Kristaps Ronka (Hereinafter Ronka Dec.) ¶¶ 3-7) Namesilo LLC cannot, however, warrant that the information provided by the registrant is "true" as demanded by the Plaintiff's subpoena. (Ronka Dec. ¶ 7)

　　　　Namesilo LLC additionally notes that all of the domain names have expired since the apparent commencement of this Action. (Ronka Dec. ¶ 8) The dates of registration and expiration are noted in Exhibit A to Ronka Dec.  Expired and deleted domain names can be registered by other parties and through other registrars, which some of the names appear to have been. (Ronka Dec. ¶ 10)

     The domain name Scamfound.com has never been and is not registered through Namesilo. (Ronka Dec. ¶ 10)

     The Registrant data available to Namesilo LLC in connection with the indicated domain names, for which Namesilo LLC possesses any data, is attached as Exhibit A to Ronka Dec.

Respectfully Submitted

Dated: August 22, 2024                           ____*/s/ Stevan Lieberman*_____
                                                           Stevan Lieberman
                                                           Greenberg & Lieberman, LLC
                                                           1775 I St., NW Suite 1150
                                                           Washington, D.C. 20006
                                                           T: (202) 625-7000
                                                           F: (202) 625-7001
                                                           Stevan@aplegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, a copy of DEFENDANT NAMESILO'S RESPONSE TO ORDER DATED AUGUST 2, 2024 was mailed via 1st class mail, postage pre-paid and via email to:

                Obadiah Oseko Kegege
                P.O. Box 1153
                Greenbelt, MD 20768
                Email: obadiah_ke@hotmail.com

                                                    ____*/s/ Stevan Lieberman*_____
                                                 Stevan Lieberman
                                                Greenberg & Lieberman, LLC
                                                1775 I St., NW Suite 1150
                                                Washington, D.C. 20006
                                                T: (202) 625-7000
                                                F: (202) 625-7001
                                                Stevan@aplegal.com