IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OBADIAH OSEKO KEGEGE<br><br>Plaintiff,<br><br>V.<br><br>NAMESILO, LLC ET AL.<br><br>Defendant. | CASE NO.: 8:20-CV-01066-TDC<br><br>DECLARATION OF KRISTAPS RONKA IN SUPPORT OF DEFENDANT NAMESILO LLC's RESPONSE TO ORDER DATED AUGUST 2, 2024 |

I Kristaps Ronka, declare under penalty of perjury as follows:

1. My name is Kristaps Ronka, I am over the age of 18 and competent to make this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I am the CEO of NameSilo, LLC (Hereinafter "Namesilo")

3. Namesilo is an ICANN licensed registrar.

4. ICANN registrars are required to request that when a domain name registrant registers a domain name the registrant is required to certify that the data it provides to the registrar is correct.

5. ICANN registrars are also required to confirm the operation of the provided email address at the time of confirmation.

6. Namesilo can warrant that it followed all ICANN rules.

7. Namesilo is however unable to warrant that the information provided by the registrant is true.

8. Namesilo LLC additionally notes that all the domain names in this action have expired since the commencement of this Action.

9. The domain names, dates of registration, expiration, registrant data and any other information Namesilo possess is available in Exhibit A hereto.

10. Expired and deleted domain names can be registered by other parties and through other registrars, which some of the names appear to have been.

11. The domain name Scamfound.com has never been and is not currently registered through Namesilo.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  August 23, 2024

_____
Kristaps Ronka, Namesilo CEO