**EXHIBIT A**

Registrant Data Responsive to Subpoena

**WTFCHEATERS.COM**

Created: 2019-03-05
Expires: 2022-03-05

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**WORSTHOMEWRECKERS.COM**

Created: 2019-09-01
Expires: 2022-09-01

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CATFISHED.NET**

Created: 2019-02-18
Expires: 2023-02-18

Registrant
Josh Jackson
7680 Hwy 98
Pensacola, FL 32506
US
solutionscentral6@bitmessage.ch
Phone: 802-328-8006

**SHESHOMEWRECKER.COM**

Created: 2018-04-10
Expires: 2022-04-10

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERXPOSED.COM**

Created: 2018-12-18
Expires: 2022-12-18

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**HELLOCHEATERS.COM**

Created: 2019-10-05
Expires: 2022-10-05

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERSIREN.COM**

Created: 2019-10-07
Expires: 2020-10-07

First Name
Scott

Last Name
Breitenstein

Country
United States

State
Ohio (OH)

City
Dayton

Zip/Postal Code
45410

Address 1
29 Bidleman St

Email Address
breitensteinscott@gmail.com

Phone Number
+1937-540-5871

**WTFSCAM.COM**

Created: 2019-07-30
Expires: 2022-07-30

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**REPORTAFFAIRS.COM**

Created: 2018-12-10
Expires: 2022-12-10

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERINFORMER.COM**

Created: 2019-09-17
Expires: 2022-09-17

First Name
Scott

Last Name
Breitenstein

Country
United States

State
Ohio (OH)

City
Dayton

Zip/Postal Code
45410

Address 1
29 Bidleman St

Email Address
breitensteinscott@gmail.com

Phone Number
+1937-540-5871

**WIKICHEATER.COM**

Created: 2018-10-09
Expires: 2020-10-09

First Name
Scott

Last Name
Breitenstein

Country
United States

State
Ohio (OH)

City
Dayton

Zip/Postal Code
45410

Address 1
29 Bidleman St

Email Address
breitensteinscott@gmail.com

Phone Number
+1937-540-5871

## EXPOSECHEATINGONLINE.COM

Created: 2019-02-27
Expires: 2023-02-27

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERPICTURE.COM**

Created: 2019-06-01
Expires: 2022-06-01

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**INTERNETCHEATER.COM**

Created: 2018-10-11
Expires: 2020-10-11

First Name
Scott

Last Name
Breitenstein

Country
United States

State
Ohio (OH)

City
Dayton

Zip/Postal Code
45410

Address 1
29 Bidleman St

Email Address
breitensteinscott@gmail.com

Phone Number
+1937-540-5871

**DONTDATEACHEATER.COM**

Created: 2019-03-18
Expires: 2022-03-18

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERRADAR.COM**

Created: 2019-06-04
Expires: 2022-06-04

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**DEADBEATREGISTRY.COM**

Created: 2016-04-26
Expires: 2023-04-26

Registrant
DN Capital Inc.
George Ring
Office 401-74, Century Tower, Av. Ricardo Alfaro
El Dorado
Panama City, PA 00000
PA
admin@dn-capital.com
Phone: 8339045