# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| **Obadiah Oseko Kegege,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Case No.: 8:20-cv-01066-TDC |
| | ) |
| **Namesilo, LLC,** *et al.,* | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF COMPLIANCE WITH COURT ORDER DATED AUGUST 2, 2024

Defendant Dynadot, Inc. (sued herein as Dynadot, LLC) ("Dynadot"), by its undersigned attorneys and in compliance with this Court's Order dated August 2, 2024, (ECF 45), hereby provides notice of its filing of documents responsive to the subpoena served by Plaintiff on Dynadot on April 16, 2024 (ECF 41) (the "Subpoena"), and states as follows:

In response to the Subpoena and by email dated May 1, 2024 from Dynadot's Legal Department, Dynadot produced to Plaintiff the documents attached hereto as **Exhibit A,** now bates-stamped as ***Dyna 0001-0009***. Upon a further review of its records, Dynadot is also now filing and serving on Plaintiff, the additional documents responsive to the Subpoena attached hereto as **Exhibit B,** now bates-stamped ***Dyna 0010-0035.***

Dynadot maintains that having now produced the attached documents, it has complied with the Subpoena.

1

|  |  |
|---|---|
| August 23, 2024 | Respectfully submitted,<br><br>*/s/ John E. McCann, Jr.*<br>John E. McCann, Jr. (Fed. Bar No. 10028)<br>e-mail: jmccann@milestockbridge.com<br>Brianna D. Gaddy (Fed. Bar No. 22086)<br>e-mail: bgaddy@milesstockbridge.com<br>**MILES & STOCKBRIDGE P.C.**<br>100 Light Street<br>Baltimore, Maryland 21202<br>Telephone:   (410) 727-6464<br>Facsimile:    (410) 385-3700<br><br>*Counsel for Defendant, Dynadot, Inc.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2024, I caused the foregoing Notice of Compliance with Court Order dated August 2, 2024 to be served via ECF on all counsel of record and via first-class mail, postage prepaid, on Plaintiff Obadiah O. Kegege at the following address:

>Obadiah O. Kegege
>P.O. Box 1153
>Greenbelt, MD 20768

>*/s/ John E. McCann, Jr.*
>John E. McCann, Jr. (Fed. Bar No. 10028)