# EXHIBIT A

# dynadot

Date:   May 1, 2024

To:     **Obadiah Oseko Kegege**
        P.O. Box 1153
        Greenbelt, MD 20768
        Email: obadiah_ke@hotmail.com

From:   **Dynadot Inc**
        205 East 3rd Avenue, Suite 314
        San Mateo, CA 94401

Re:     Kegege v. Namesilo LLC et al; 8:20-cv-01066-TDC; Dynadot Inc production

Dear Obadiah Oseko Kegege,

Dynadot Inc is in receipt of a subpoena in a matter before the US District Court of Maryland carrying case number 8:20-cv-01066-TDC for data related to the exposecheaters.com domain name. See attached copy of this subpoena, which was received by Dynadot via mail on April 19 2024.

Please note that the domain name has not been registered with Dynadot since Sept 7 2022. Instead, this domain has been registered with NameBright.com as of sometime around the same date. See attached WHOIS extract.

Dynadot's historic registration records show the following domain registrant contact record as of immediately prior to the above date:



Sincerely,

David Archwamety, VP
Dynadot Inc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OBADIAH OSEKO KEGEGE

  Plaintiff,

V.           Case No.: __8:20-CV-01066__

DYNADOT LLC, et al.,

  Defendants

## SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION IN A CIVIL ACTION

To: DYNADOT LLC
   210 S Ellsworth Ave #345,
   San Mateo, CA 94401.

YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, and to permit inspection and copying:

Provide Full (TRUE) Names, Billing Address, Physical Address, email address, and phone number for the Concealed Entity below, who you serve/served as their Domain Registrar of Record:

**EXPOSECHEATERS.COM**

| Place: | Date and Time: |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND | |

Date: __06/24/2022__

             OR    _____
                   *Deputy Clerk Attorney's Signature*

The name, address, e-mail address, and telephone number of the attorney representing (name of party), who issues or requests this subpoena, are: __Obadiah O. Kegege, P.O. Box 1153, Greenbelt, MD 20768__

13

English

# ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

exposecheaters.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** EXPOSECHEATERS.COM

**Registry Domain ID:** 2732114762_DOMAIN_COM-VRSN

**Domain Status:**
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)

**Nameservers:**
NSG1.NAMEBRIGHTDNS.COM
NSG2.NAMEBRIGHTDNS.COM

## Dates

**Registry Expiration:** 2024-10-14 18:35:47 UTC

**Updated:** 2023-10-08 07:01:41 UTC

**Created:** 2022-10-14 18:35:47 UTC

## Contact Information

### Administrative:

DYNA 0003

**Handle:** TC-240470

**Name:** administrative

**Organization:** HugeDomains.com

**Email:** domains@hugedomains.com

**Mailing Address:** 2635 Walnut Street, Denver, CO, 80205, US

## Registrant:

**Handle:** TC-240470

**Name:** administrative

**Organization:** HugeDomains.com

**Email:** domains@hugedomains.com

**Mailing Address:** 2635 Walnut Street, Denver, CO, 80205, US

## Technical:

**Handle:** TC-240470

**Name:** administrative

**Organization:** HugeDomains.com

**Email:** domains@hugedomains.com

**Mailing Address:** 2635 Walnut Street, Denver, CO, 80205, US

# Registrar Information

**Name:** TurnCommerce, Inc. DBA NameBright.com

**IANA ID:** 1441

**Abuse contact email:** abuse@NameBright.com

**Abuse contact phone:** tel:+1.7204960020

# DNSSEC Information

**Delegation Signed:** Unsigned

## Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/exposecheaters.com (https://rdap.verisign.com/com/v1/domain/exposecheaters.com)

**Last updated from Registry RDAP DB:** 2024-04-24 23:45:04 UTC

**Registrar Server URL:** https://rdap.namebright.com/rdap/domain/EXPOSECHEATERS.COM (https://rdap.namebright.com/rdap/domain/EXPOSECHEATERS.COM)

**Last updated from Registrar RDAP DB:** 2024-04-24 23:45:17 UTC

## Notices and Remarks

### Notices:

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp

https://icann.org/epp (https://icann.org/epp)

**RDAP Terms of Service**

NAMEBRIGHT.COM RDAP TERMS

The Registration Data Access Protocol (RDAP) is a pilot program implemented by ICANN. For additional information please refer to https://www.icann.org/rdap

Queries made to NameBright via RDAP must expressly comply with these terms and are done with the acknowledgement that any information will be used in accordance with NameBright's Privacy Policy, located at https://www.namebright.com/Privacy

Any and all information is provided 'as is'. NameBright makes no guarantee to the accuracy of the RDAP data provided in any way, shape or form, and these terms in their entirety MUST be included in and accompany any subsequent use or storage of this response data or its representation.

Requestors are not allowed to harass or solicit the registrant or misuse the data that comes from RDAP. This system is solely intended for individual interaction on query-based access. This RDAP service is being provided on an experimental basis only and should not be relied upon for truth or accuracy nor should it be used for any other purpose. In querying this database and data (through use of RDAP) you agree to such stipulations.

Under no circumstances will any person or program that queries this RDAP information from NameBright allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations (in any form) to or from any records or fields that are retrieved from this system. Any attempt to do so violates the terms of use of this system is unsupported, and might be in violation of laws.

Do not, under any circumstance, access this RDAP Domain Database using any high volume, automated, electronic processes that send queries or data to the systems of NameBright.com or any ICANN-accredited registrar.

The use of the information contained in the RDAP Domain Database is intended for and will only be used for lawful purposes. Requesting parties will be solely responsible for any and all consequences should they do otherwise, and any abuse of this RDAP system will be dealt with appropriately and to the maximum extent of the law.

Requesters are not allowed to repackage, collate, compile, disseminate, or otherwise use the data which is provided to you from RDAP in its entirety, or in any substantial portion, without prior written permission.

Those querying RDAP from NameBright may not store results in memory, databases, on a hard disk or flash drive, nor re-transmit, sell, package, license or otherwise transfer such data in bulk to any other individual, organization or business entity.

NameBright retains certain details about queries made to the RDAP database for the purposes of detecting and preventing high volume, automated queries and/or potential misuse of NameBright system(s). Any detection of misuse will be programmatically shut down.

NameBright reserves the right to restrict or deny access to the RDAP data if it is suspected that there is any failure to comply with any of these terms. Any such termination will occur without warning or notification, and NameBright reserves the exclusive right and authority to terminate such use at any time for any reason.

NameBright reserves the right to modify or discontinue participation in any voluntary aspects of the RDAP program and suspend or terminate related access to the RDAP protocol at any time and for any reason at NameBright's sole discretion.

In using RDAP through NameBright and/or over the Internet or via any set of connected computers, requestors expressly agree to indemnify and hold harmless NameBright, its officers, directors, employees or any related business entity.

NameBright reserves the right to modify this agreement without notice at any time.

---

Last Revised: July 8, 2022

Copyright 2008-2024 NameBright.com. All Rights Reserved.

https://www.namebright.com/RDAP (https://www.namebright.com/RDAP)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://icann.org/wicf

https://icann.org/wicf (https://icann.org/wicf)

This response conforms to the RDAP Operational Profile for gTLD Registries and Registrars version 1.0



Youtube (https://www.youtube.com/icannnews)   Twitter (https://www.twitter.com/icann)   Linkedin (https://www.linkedin.com/company/icann)

Flickr (https://www.flickr.com/photos/icann)   Facebook (https://www.facebook.com/icannorg)



Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)   Community Wiki (https://community.icann.org/)

ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE  CONTACT US  ACCOUNTABILITY AND TRANSPARENCY    GOVERNANCE  HELP  DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy (https://www.icann.org/privacy/policy)    Terms of Service (https://www.icann.org/privacy/tos)    Cookies Policy (https://www.icann.org/privacy/cookies)

DYNA 0007



| | |
|---|---|
| **From** | Dynadot Legal <legal@dynadot.com> |
| **To** | obadiah_ke@hotmail.com |
| **Subject** | Kegege v. Namesilo LLC et al; 8:20-cv-01066-TDC; Dynadot Inc production |
| **Date** | May 1, 2024 14:59 PST |
| **Folder** | Outbox |
| **Size** | 1411891 |
| **Attach** | 2024-05 Dynadot Inc production re exposecheaters.com.pdf |

Dear Obadiah Oseko Kegege,

Dynadot Inc is in receipt of a subpoena in a matter before the US District Court of Maryland carrying case number 8:20-cv- 01066-TDC for data related to the exposecheaters.com domain name. See attached Dynadot's response.

Sincerely,
Dynadot Legal Department
legal@dynadot.com