# EXHIBIT B

 **dynadot** › 🔍 Search   

## Account Domain

exposecheaters.com  |  **Lookup Domain Info**

### Registry Logs

| date | domain | type | duration | cost usd | cost | currency | agent | AID | OID | order_currency | unixdate |
|------|--------|------|----------|----------|------|----------|-------|-----|-----|----------------|----------|
| 2022/09/07 18:55 | exposecheaters.com | autorenew_credit | -1 | -8.39 | -8.39 | USD | Dynadot | 326191 | -1 | | 1662602131404 |
| 2022/09/07 18:55 | exposecheaters.com | delete expire | 0 | 0.00 | 0.00 | USD | Dynadot | 326191 | -1 | | 1662602131404 |
| 2022/07/29 11:37 | exposecheaters.com | autorenew_debit | 1 | 8.39 | 8.39 | USD | Dynadot | 326191 | -1 | | 1659119862000 |
| 2021/07/31 21:38 | exposecheaters.com | autorenew | 0 | 0.00 | 0.00 | USD | Dynadot | 326191 | 8880831 | PayUSD | 1627792686618 |
| 2021/07/29 11:37 | exposecheaters.com | autorenew_debit | 1 | 7.85 | 7.85 | USD | Dynadot | 326191 | -1 | | 1627583862000 |
| 2020/07/18 22:57 | exposecheaters.com | renew | 1 | 7.85 | 7.85 | USD | Dynadot | 326191 | 6829427 | PayUSD | 1595138221874 |
| 2019/01/12 14:17 | exposecheaters.com | renew | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 5007000 | PayUSD | 1547331458347 |
| 2018/07/29 08:53 | exposecheaters.com | renew | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 4659554 | PayUSD | 1532879625178 |
| 2017/06/29 07:46 | exposecheaters.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 4090478 | PayUSD | 1498747617587 |
| 2017/06/29 04:38 | exposecheaters.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 4090478 | PayUSD | 1498736282719 |

### Account Logs

| date | name | type | duration | other AID | AID | OID | DomainId | unixdate |
|------|------|------|----------|-----------|-----|-----|----------|----------|
| 2019/01/12 15:53 | exposecheaters.com | move | | 9787 | 326191 | 5007002 | 6212548 | 1547337213516 |
| 2019/01/12 15:53 | exposecheaters.com | move away | | 326191 | 9787 | 5007002 | 5090154 | 1547337213504 |

### Account Domains

| Account Id | Domain Id | Status | Date Created in Account | Registration Date | Expiration Date | Auth Code | Park Expired | Renew Flag | RegGroup |
|------------|-----------|--------|-------------------------|-------------------|-----------------|-----------|--------------|------------|----------|
| 326191 | 6212548 | expired | 2019/01/12 15:53 | 2016/07/29 11:37 | 2022/07/29 11:37 | xA;8bn7M47 | yes | 8 | DYNADOT |
| 9787 | 5090154 | moved (push) | 2017/06/29 07:46 | 2016/07/29 11:37 | 2020/07/29 11:37 | X\34mR4@h | no | 0 | DYNADOT |

### Registry Info

Domain does not belong to us.

DYNA 0010



# View an order

ORDER SEARCH / ORDER

Order ID: 4090478   -

View Account

| | | | |
|---|---|---|---|
| Type | normal | Cost | $119.00  cb |
| Created | 2017/06/29 04:34 | Paid | $119.00  USD |
| Submitted | 2017/06/29 04:34 | Final Cost | $119.00 |
| Completed | 2017/06/29 07:47 | Skip High Fraud Payment Check | Skip |
| IP | 174.48.0.183 (United States) | Phone Ver | No |
| Prefer 3D Secure | auto   Save | Device Id | (No Device Id) |



| Status | Completed | Change   Process |
|---|---|---|
| fraud | | Set |
| item | | Set |
| payment | | Set |
| reversal | | Set |
| engineering | | Set |

**Account ID: 9787**

DYNA 0011





## Account

| | |
|---|---|
| Username: | danrubie  Block |
| Email: | danrubie@yahoo.com  Block |
| Dispute Email: | |
| Forum Name: | d_r_cooper_city_us_2 |
| Push Username: | danrubie |
| Customer PIN: | 4643 |
| PIN Expiration: | 2024/08/22 09:54  valid |
| Sub Account | No |
| Is Reseller | No |
| API Key | 6Jqz7H6V7t7D7c9F818U616r8N19N |

### Contact

| | |
|---|---|
| Name: | Dan Rubin  Block |
| Organization: | |
| Address: | 10045 Grove Lane |
| | Cooper City, Florida 33328 |
| | United States  Block |
| phone: | +1 866-836-6791  Block |

### Spending

| | |
|---|---|
| Balance: | $0.00 |
| Held Balance: | $0.00 |
| Sale: | $0.00 |
| Pricing Level: | Premium Bulk |
| Account Manager: | Caleb Tweed |
| Total Spending: | $268491.91 in the last 365 days. |
| Lifetime spending: | $1352309.16 |
| Total Loan Usd: | $0.00 |

## Account Activity

| | |
|---|---|
| Created: | 2006/12/15 |
| Last Signin: | 2024/08/21 |
| Total Signins: | 25928 |
| Active Domains: | 26631 |
| Active Sitebuilders: | 1 |
| Deletion Activity: | 17 registrations |
| | 0 grace deletions |
| | 0.00% deletion rate. |
| gTLD Status: | Verified |
| Watchlist Quota: | 10000 |
| Scheduled Deletion: | 1969/12/31 15:59  Active |

### Anti-Fraud

| | |
|---|---|
| Dispute Ratio: | 1 / 26631 |
| Phone Verified: | No |
| Email Verified: | Yes |

### Aftermarket Activity

| | |
|---|---|
| Aftermarket completed: | 1 |
| Auction Cancelled Due To Renewal: | 78 |
| All Unpaid Auctions: | 0 |

### Unique ID

| | |
|---|---|
| CPF or CNPJ (BRL): | |
| PAN (INR): | |

### Marketplace AutoPay

| | |
|---|---|
| Auto Pay On: | No |

Leave order note...  Post

Upload File

### Order Logs ( 18 )

Clear Repetitive Log

Recent

| Date | Who | Type | Message | IP |
|---|---|---|---|---|
| 2017/06/29 07:47 (1498747620497) | @system | General | Status changed to Completed | |
| 2017/06/29 04:37 (1498736225516) | @system | General | transfer authorized:tampacomputers.com, ip: 174.48.0.183 | |

### Fraud Indicators

Unmarked   Check for Fraud

Same Credit Card 5...7853: danrubie2 danrubie1

| % | Indicator | Value | In Use | Definition |
|---|---|---|---|---|

### Order Items

Enter keywords



# dynadot

| | |
|---|---|
| domain transfer | cinoe.com  |
| result | Transferred |
| prev registrar | ATLANTICFRIENDNAMES.COM LLC |
| prev owner | Dan Rubin |
| prev email | dan@justdropped.com |
| auth code | a1#f116dt2s |
| price | $8.50 |

whois info  in account

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: CINOE.COM

Registrar: ATLANTICFRIENDNAMES.COM LLC

Sponsoring Registrar IANA ID: 1157

Whois Server: whois.web.com

registrar: (1157 -->) AtlanticFriendNames.com LLC

Show Contact

| | |
|---|---|
| domain transfer | financingit.com  |
| result | Transferred |
| prev registrar | STRAIGHT 8 DOMAINS, LLC |
| prev owner | Dan Rubin |
| prev email | dan@justdropped.com |
| auth code | a1#mh7rdv3c |
| price | $8.50 |

whois info  in account

get tran

agree that you will use this data only for lawful purposes and that, under no circumstances will you use this data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, electronic mail, or by telephone; or (2) enable high volume, automated, electronic processes that apply to Straight 8 Domains, LLC (or its systems).  The compilation, repackaging, dissemination or other use of this data is expressly prohibited without the prior written consent of Straight 8 Domains, LLC. Straight 8 Domains, LLC reserves the right to modify these terms at any time. By submitting this query, you agree to abide by these terms.

registrar: (2352 -->) Straight 8 Domains, LLC

Show Contact

| | |
|---|---|
| domain transfer | fladio.com  |
| result | Transferred |
| prev registrar | DOMAIN ESTA AQUI, LLC |
| prev owner | Dan Rubin |
| prev email | dan@justdropped.com |
| auth code | a1#gfe2le82 |
| price | $8.50 |

whois info  in account

get transfer

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: FLADIO.COM

Registrar: DOMAIN ESTA AQUI, LLC

Sponsoring Registrar IANA ID: 2336

Whois Server: whois.web.com

registrar: (2336 -->) Domain Esta Aqui, LLC

Show Contact

DYNA 0013

 **dynadot**

| | |
|---|---|
| domain transfer | littleminnies.com  |
| result | Transferred |
| prev registrar | LEMON SHARK DOMAINS, LLC |
| prev owner | Just Dropped - Dan Rubin |
| prev email | dan@justdropped.com |
| auth code | a1#ssfvo5hu |
| price | $8.50 |

whois info  in account

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: LITTLEMINNIES.COM

Registrar: LEMON SHARK DOMAINS, LLC

Sponsoring Registrar IANA ID: 2348

Whois Server: whois.web.com

registrar: (2348 -->) Lemon Shark Domains, LLC

Show Contact

| | |
|---|---|
| domain transfer | mymedicalsupply.com  |
| result | Transferred   add to account |
| prev registrar | TOP PICK NAMES LLC |
| prev owner | Dan Rubin |
| prev email | dan@justdropped.com |
| auth code | a1#1vllju6j |
| price | $8.50 |

whois info   get transfer inf

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: MYMEDICALSUPPLY.COM

Registrar: TOP PICK NAMES LLC

Sponsoring Registrar IANA ID: 2893

Whois Server: whois.web.com

registrar: (2893 -->) Top Pick Names LLC

Show Contact

| | |
|---|---|
| domain transfer | realestateexposure.com  |
| result | Transferred   add to account |
| prev registrar | SANTIAMDOMAINS.COM LLC |
| prev owner | Just Dropped - Dan Rubin |
| prev email | dan@justdropped.com |
| auth code | a1#4si3jfdt |
| price | $8.50 |

whois info   get tr

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: REALESTATEEXPOSURE.COM

Registrar: SANTIAMDOMAINS.COM LLC

Sponsoring Registrar IANA ID: 1349

Whois Server: whois.web.com

registrar: (1349 -->) Santiamdomains.com LLC

Show Contact

DYNA 0014

 dynadot

| | | |
|---|---|---|
| domain transfer | twistedrope.com | whois info  in account |
| result | Transferred | |
| prev registrar | FINE GRAIN DOMAINS, LLC | |
| prev owner | Dan Rubin | |
| prev email | dan@justdropped.com | |
| auth code | a1#i5an79mi | |
| price | $8.50 | |

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: TWISTEDROPE.COM

   Registrar: FINE GRAIN DOMAINS, LLC

   Sponsoring Registrar IANA ID: 2258

   Whois Server: whois.web.com

registrar: (2258 -->) Fine Grain Domains, LLC

Show Contact

| | | |
|---|---|---|
| domain transfer | unitedautoleasing.com | whois info  in account |
| result | Transferred | |
| prev registrar | OREGONEU.COM LLC | |
| prev owner | Just Dropped - Dan Rubin | |
| prev email | dan@justdropped.com | |
| auth code | a1#i9ia75es | |
| price | $8.50 | |

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: UNITEDAUTOLEASING.COM

   Registrar: OREGONEU.COM LLC

   Sponsoring Registrar IANA ID: 1226

   Whois Server: whois.web.com

registrar: (1226 -->) OregonEU.com LLC

Show Contact

| | | |
|---|---|---|
| domain transfer | exposecheaters.com | whois info |
| result | Transferred   add to account | |
| prev registrar | SHARKWEEK DOMAINS LLC | |
| prev owner | Dan Rubin | |
| prev email | dan@justdropped.com | |
| auth code | a1#e7o5viu8 | |
| price | $8.50 | |

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: EXPOSECHEATERS.COM

   Registrar: SHARKWEEK DOMAINS LLC

   Sponsoring Registrar IANA ID: 2879

   Whois Server: whois.web.com

registrar: (2879 -->) Sharkweek Domains LLC

Show Contact

DYNA 0015

# dynadot

| | | whois info | get |
|---|---|---|---|
| domain transfer | fivedollargifts.com | | |
| result | Transferred   add to account | | |
| prev registrar | DOMAININTHEHOLE.COM LLC | | |
| prev owner | Just Dropped - Dan Rubin | | |
| prev email | dan@justdropped.com | | |
| auth code | a1#1bjb62u0 | | |
| price | $8.50 | | |

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: FIVEDOLLARGIFTS.COM
Registrar: DOMAININTHEHOLE.COM LLC
Sponsoring Registrar IANA ID: 1181
Whois Server: whois.web.com

registrar: (1181 -->) Domaininthehole.com LLC

Show Contact

| | | whois info   in account | |
|---|---|---|---|
| domain transfer | flavorkicks.com | | |
| result | Transferred | | |
| prev registrar | CHOCOLATECHIPDOMAINS, LLC | | |
| prev owner | Just Dropped - Dan Rubin | | |
| prev email | dan@justdropped.com | | |
| auth code | a1#r47ga3jn | | |
| price | $8.50 | | |

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: FLAVORKICKS.COM
Registrar: CHOCOLATECHIPDOMAINS, LLC
Sponsoring Registrar IANA ID: 2229
Whois Server: whois.web.com

registrar: (2229 -->) ChocolateChipDomains, LLC

Show Contact

| | | whois info   in account | get transfe |
|---|---|---|---|
| domain transfer | realfavors.com | | |
| result | Transferred | | |
| prev registrar | OLD TYME DOMAINS, LLC | | |
| prev owner | Just Dropped - Dan Rubin | | |
| prev email | dan@justdropped.com | | |
| auth code | a1#cee5mh8e | | |
| price | $8.50 | | |

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: REALFAVORS.COM
Registrar: OLD TYME DOMAINS, LLC
Sponsoring Registrar IANA ID: 2350
Whois Server: whois.web.com

registrar: (2350 -->) Old Tyme Domains, LLC

Show Contact

DYNA 0016

 dynadot

| | | |
|---|---|---|
| domain transfer | tampacomputers.com  | whois info  in account |
| result | Transferred | |
| prev registrar | PEARLNAMINGSERVICE.COM LLC | |
| prev owner | Just Dropped - Dan Rubin | |
| prev email | dan@justdropped.com | |
| auth code | a1#bsk5556g | |
| price | $8.50 | |

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: TAMPACOMPUTERS.COM

Registrar: PEARLNAMINGSERVICE.COM LLC

Sponsoring Registrar IANA ID: 1229

Whois Server: whois.web.com

registrar: (1229 -->) PearlNamingService.com LLC

[Show Contact]

| | |
|---|---|
| domain transfer | webcamed.com  |
| result | Transferred  [add to account] |
| prev registrar | TRADEWINDS NAMES, LLC |
| prev owner | Dan Rubin |
| prev email | dan@justdropped.com |
| auth code | a1#6ln74sqe |
| price | $8.50 |

whois info          [get trans

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered with many different competing registrars. Go to http://www.internic.net for detailed information.

Domain Name: WEBCAMED.COM

Registrar: TRADEWINDS NAMES, LLC

Sponsoring Registrar IANA ID: 2248

Whois Server: whois.web.com

registrar: (2248 -->) Tradewinds Names, LLC

[Show Contact]

[Apply Promo Code]

Order Cost  **$119.00**    Count:  **14**

## Payment Info

| | |
|---|---|
| Total Cost | $119.00 |
| Amount Paid | $119.00 |
| Payment Type | Credit Card |
| card info | Dan Rubin |
| | Mastercard |
| | ...7853 |

[Edit Payment]

payment received: $119.00

DYNA 0017

  

**dynadot**

| 2017/06/29 04:34 | $119.00 0 | $119.00 | Litle & Co. | card | auth_capture | MC 5...7853 | address match, zip match/cvv match 2211 SW 102 Drive Davie, Florida 33324 United States | 9787 | 4090478 |

## Emails Sent/Received

| orders@dynadot.com ⌄ | (none) ⌄ | Gen Email |

| From | To | Date ⌄ | Subject |
|------|-----|--------|---------|
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | Order Finished (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | webcamed.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | tampacomputers.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | realfavors.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | flavorkicks.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | fivedollargifts.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | exposecheaters.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | unitedautoleasing.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | twistedrope.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | realestateexposure.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | mymedicalsupply.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | littleminnies.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | fladio.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | financingit.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | cinoe.com Transfer Complete (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | webcamed.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | tampacomputers.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | realfavors.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | flavorkicks.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | fivedollargifts.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | exposecheaters.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | unitedautoleasing.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | twistedrope.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | realestateexposure.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | mymedicalsupply.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | littleminnies.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | fladio.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | financingit.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | cinoe.com Transfer Initiated (order 4090478) (account danrubie) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | Transfer Auth Sent (order 4090478) (account danrubie) |
| orders@dynadot.com | dan@justdropped.com | Jun 29, 2017 | littleminnies.com and 6 other domains Transfer Authorization (order 4090478) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | Transfer Auth Sent (order 4090478) (account danrubie) |

DYNA 0018

  

**dynadot** ›

| orders@dynadot.com | dan@justdropped.com | Jun 29, 2017 | cinoe.com and 6 other domains Transfer Authorization (order 4090478) |
| orders@dynadot.com | danrubie@yahoo.com | Jun 29, 2017 | Order Received (order 4090478) (account danrubie) |

View 5 Emails

## Processing Logs

### Registry

| date | domain | type | duration | cost usd | cost | currency | agent | AID | unixdate | notes |
|------|--------|------|----------|----------|------|----------|-------|-----|----------|-------|
| 2017/06/29 07:47 | webcamed.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747620206 | |
| 2017/06/29 07:46 | tampacomputers.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747619678 | |
| 2017/06/29 07:46 | realfavors.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747619159 | |
| 2017/06/29 07:46 | flavorkicks.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747618633 | |
| 2017/06/29 07:46 | fivedollargifts.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747618113 | |
| 2017/06/29 07:46 | exposecheaters.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747617587 | |
| 2017/06/29 07:46 | unitedautoleasing.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747617065 | |
| 2017/06/29 07:46 | twistedrope.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747616536 | |
| 2017/06/29 07:46 | realestateexposure.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747616002 | |
| 2017/06/29 07:46 | mymedicalsupply.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747615472 | |
| 2017/06/29 07:46 | littleminnies.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747614929 | |
| 2017/06/29 07:46 | fladio.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747614387 | |
| 2017/06/29 07:46 | financingit.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747613869 | |
| 2017/06/29 07:46 | cinoe.com | transfer success | 1 | 7.85 | 7.85 | USD | Dynadot | 9787 | 1498747613334 | |
| 2017/06/29 04:38 | webcamed.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736283978 | |
| 2017/06/29 04:38 | tampacomputers.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736283782 | |
| 2017/06/29 04:38 | realfavors.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736283582 | |
| 2017/06/29 04:38 | flavorkicks.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736283381 | |
| 2017/06/29 04:38 | fivedollargifts.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736282929 | |
| 2017/06/29 04:38 | exposecheaters.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736282719 | |
| 2017/06/29 04:38 | unitedautoleasing.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736282509 | |
| 2017/06/29 04:38 | twistedrope.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736282304 | |
| 2017/06/29 04:38 | realestateexposure.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736282099 | |
| 2017/06/29 04:38 | mymedicalsupply.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736281895 | |
| 2017/06/29 04:38 | littleminnies.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736281697 | |
| 2017/06/29 04:38 | fladio.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736281495 | |
| 2017/06/29 04:38 | financingit.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736281291 | |
| 2017/06/29 04:38 | cinoe.com | transfer | 0 | 0.00 | 0.00 | USD | Dynadot | 9787 | 1498736281086 | |

## Load Time ( 409ms )

Order items: 147ms, Account info: 70ms, Chats: 45ms, Dispute: 39ms, Processing logs: 38ms, Emails: 28ms, Control box: 26ms, Tickets: 6ms, Order logs: 4ms, Validation: 3ms, Notes and uploads: 1ms, Payment info: 1ms, Payout info: 1ms, Fraud indicators: 0ms

DYNA 0019

## View an Email

| | |
|---|---|
| **From** | Dynadot Orders <orders@dynadot.com> |
| **To** | danrubie@yahoo.com |
| **Subject** | exposecheaters.com Transfer Initiated (order 4090478) (account danrubie) |
| **Date** | Jun 29, 2017 04:38 PST |
| **Size** | 2367 |

Dear Dan Rubin,

The transfer of "exposecheaters.com" from SHARKWEEK DOMAINS LLC to Dynadot has been initiated.

You may receive an email from SHARKWEEK DOMAINS LLC with instructions on how to complete the transfer. If so, please respond to their instructions as soon as possible.

Your transfer will complete in about 6 days from today.

Feel free to contact us at orders@dynadot.com if you have any questions.

Best Regards,
Dynadot Support Team
(order 4090478) (account danrubie)

TRANSFER INFORMATION
  Domain:          exposecheaters.com
  Previous Registrar: SHARKWEEK DOMAINS LLC
  New Registrar:    Dynadot
  Previous Owner:   Dan Rubin
  New Owner:        Dan Rubin
  Terms:           extend registration 1 year

ORDER INFORMATION
  status:      Processing
  date created: 2017/06/29
  order number: 4090478
  ITEMS
    cinoe.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    financingit.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    fladio.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    littleminnies.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    mymedicalsupply.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    realestateexposure.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    twistedrope.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    unitedautoleasing.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    exposecheaters.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    fivedollargifts.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    flavorkicks.com - domain transfer
      extend 1 year ($8.50)
      $8.50
    realfavors.com - domain transfer
      extend 1 year ($8.50)

DYNA 0020

$8.50

tampacomputers.com - domain transfer

extend 1 year ($8.50)

$8.50

webcamed.com - domain transfer

extend 1 year ($8.50)

$8.50

PAYMENT

total cost:  $119.00

payment type: Credit Card ...7853

ACCOUNT INFORMATION

username: danrubie

name:    Dan Rubin

email:   danrubie@yahoo.com

phone:   +1 954-594-3888

address:  Cooper City/United States

## View an Email

| | |
|---|---|
| **From** | Dynadot Orders <orders@dynadot.com> |
| **To** | danrubie@yahoo.com |
| **Subject** | Order Finished (order 4090478) (account danrubie) |
| **Date** | Jun 29, 2017 07:47 PST |
| **Size** | 2859 |

Dear Dan Rubin,

The order that you placed with us on 2017/06/29 has finished processing.

The domain(s) cinoe.com, financingit.com, fladio.com, littleminnies.com, mymedicalsupply.com, realestateexposure.com, twistedrope.com, unitedautoleasing.com, exposecheaters.com, fivedollargifts.com, flavorkicks.com, realfavors.com, tampacomputers.com, webcamed.com has been transferred. One year has been added to the registration period. The name servers for your domain(s) were not modified. However in some cases you may need to adjust your name server settings. You can sign in to your account at http://www.dynadot.com/account to manage your domains.

Thank you for your business. We hope we may serve you again soon. Feel free to contact us at orders@dynadot.com if you have any questions.

Best Regards,
Dynadot Support Team
(order 4090478) (account danrubie)


ORDER INFORMATION
 status:     Completed
 date created: 2017/06/29
 order number: 4090478
 ITEMS
   cinoe.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   financingit.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   fladio.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   littleminnies.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   mymedicalsupply.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   realestateexposure.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   twistedrope.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   unitedautoleasing.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   exposecheaters.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   fivedollargifts.com - domain transfer
     extend 1 year ($8.50)
     $8.50
     Result: Transferred
   flavorkicks.com - domain transfer
     extend 1 year ($8.50)

DYNA 0022

$8.50
  Result: Transferred
realfavors.com - domain transfer
  extend 1 year ($8.50)
  $8.50
  Result: Transferred
tampacomputers.com - domain transfer
  extend 1 year ($8.50)
  $8.50
  Result: Transferred
webcamed.com - domain transfer
  extend 1 year ($8.50)
  $8.50
  Result: Transferred
PAYMENT
  final cost:  $119.00
  payment type: Credit Card ...7853
  payment amount: $119.00


ACCOUNT INFORMATION
  username: danrubie
  name:    Dan Rubin
  email:   danrubie@yahoo.com
  phone:   +1 954-594-3888
  address:  Cooper City/United States

DYNA 0023

**1** 2 3 4 5 6 7 8 9 10 ... 304 305 306 307 308 309 310 311 312 313   Next

| date | who | type | message | ip |
|------|-----|------|---------|-----|
| 2024/08/21 09:55 | @system | Broker Action | Domain 16179635(squdio.com) BuyDomains delete | N/A |
| 2024/08/21 09:55 | @system | Broker Action | Domain 18363983(fitnessdevil.com) BuyDomains delete | N/A |
| 2024/08/21 09:54 | @customer | Signin/Secure Signin | Signin: 174.176.124.129 | 174.176.124.129 |
| 2024/08/21 09:54 | @customer | Customer PIN Change | Customer PIN changed: ▮▮▮ | 174.176.124.129 |
| 2024/08/21 09:35 | @system | Broker Action | Domain 15929740(sendagiftcard.com) BuyDomains delete | N/A |
| 2024/08/21 09:35 | @system | Broker Action | Domain 10011559(medicalsavingscard.com) BuyDomains delete | N/A |
| 2024/08/21 09:35 | @system | Broker Action | Domain 10011559(medicalsavingscard.com) Sedo delete | N/A |
| 2024/08/21 09:05 | @customer | Cart Order Changed | Set cart order from -1 to 16278689 | N/A |
| 2024/08/21 09:04 | @customer | Domain Lock | Domain 15929740(sendagiftcard.com) Set From Lock To Unlock; | 174.176.124.129 |
| 2024/08/21 09:04 | @customer | Domain Lock | Domain 10011559(medicalsavingscard.com) Set From Lock To Unlock; | 174.176.124.129 |
| 2024/08/21 09:04 | @customer | Account Lock | Account UNLOCKED | 174.176.124.129 |
| 2024/08/21 09:04 | @customer | Cart Order Changed | Set cart order from 16278687 to -1 | 174.176.124.129 |
| 2024/08/21 09:03 | @customer | Cart Order Changed | Set cart order from -1 to 16278687 | N/A |
| 2024/08/21 08:49 | @system | System Notes | Domain 22971827 Set To Initialized(Standard) | N/A |
| 2024/08/21 08:49 | @system | System Notes | Domain 22971826 Set To Initialized(Standard) | N/A |
| 2024/08/21 08:49 | @system | System Notes | Domain 22971825 Set To Initialized(Standard) | N/A |
| 2024/08/21 08:31 | @customer | Signin/Secure Signin | Signin: 174.176.124.129 | 174.176.124.129 |
| 2024/08/21 08:31 | @customer | Customer PIN Change | Customer PIN changed: ▮▮▮ | 174.176.124.129 |
| 2024/08/21 07:34 | @customer | Domain Lock | Domain 19000907(bizarrerabbit.com) Set From Lock To Unlock; | 174.176.124.129 |
| 2024/08/21 07:34 | @customer | Domain Lock | Domain 18616031(chimealarm.com) Set From Lock To Unlock; | 174.176.124.129 |
| 2024/08/21 07:34 | @customer | Domain Lock | Domain 18413018(chickenbouillon.com) Set From Lock To Unlock; | 174.176.124.129 |
| 2024/08/21 07:34 | @customer | Domain Lock | Domain 15264419(convertflvfiles.com) Set From Lock To Unlock; | 174.176.124.129 |



**dynadot**

Search

# View an order

ORDER SEARCH / ORDER

Order ID: 5007002   -

View Account

| | | | | |
|---|---|---|---|---|
| Type | normal | Cost | $0.00 | |
| Created | 2019/01/12 14:18 | Paid | $0.00 | USD |
| Submitted | 2019/01/12 14:18 | Final Cost | $0.00 | |
| Completed | 2019/01/12 15:53 | Skip High Fraud Payment Check | Skip | |
| IP | 73.244.253.140 (United States) | Phone Ver | No | |
| Prefer 3D Secure | auto  Save | Device Id | (No Device Id) | |

| Status | Completed | Change  Process |
|---|---|---|
| fraud | | Set |
| item | | Set |
| payment | | Set |
| reversal | | Set |
| engineering | | Set |

**Account ID: 9787**

# dynadot

## Account

| | |
|---|---|
| Username: | danrubie **Block** |
| Email: | danrubie@yahoo.com **Block** |
| Dispute Email: | |
| Forum Name: | d_r_cooper_city_us_2 |
| Push Username: | danrubie |
| Customer PIN: | 4643 |
| PIN Expiration: | 2024/08/22 09:54 **valid** |
| Sub Account | No |
| Is Reseller | No |
| API Key | 6Jqz7H6V7t7D7c9F818U616r8N19N |

## Contact

| | |
|---|---|
| Name: | Dan Rubin **Block** |
| Organization: | |
| Address: | 10045 Grove Lane<br>Cooper City, Florida 33328<br>United States **Block** |
| phone: | +1 866-836-6791 **Block** |

## Spending

| | |
|---|---|
| Balance: | $0.00 |
| Held Balance: | $0.00 |
| Sale: | $0.00 |
| Pricing Level: | Premium Bulk |
| Account Manager: | Caleb Tweed |
| Total Spending: | $268447.16 in the last 365 days. |
| Lifetime spending: | $1352309.16 |
| Total Loan Usd: | $0.00 |

## Account Activity

| | |
|---|---|
| Created: | 2006/12/15 |
| Last Signin: | 2024/08/21 |
| Total Signins: | 25928 |
| Active Domains: | 26631 |
| Active Sitebuilders: | 1 |
| Deletion Activity: | ⟳ |
| gTLD Status: | Verified |
| Watchlist Quota: | 10000 |
| Scheduled Deletion: | 1969/12/31 15:59 **Active** |

### Anti-Fraud

| | |
|---|---|
| Dispute Ratio: | ⟳ |
| Phone Verified: | No |
| Email Verified: | Yes |

### Aftermarket Activity

⟳                    ⟳

### Unique ID

| | |
|---|---|
| CPF or CNPJ (BRL): | |
| PAN (INR): | |

### Marketplace AutoPay

| | |
|---|---|
| Auto Pay On: | No |

---

Leave order note...                                   [ Post ]

Upload File



## Order Logs ( 5 )                                  [ Clear Repetitive Log ]

[ Recent ▾ ]

| Date | Who | Type | Message | IP |
|---|---|---|---|---|
| 2019/01/12 15:53 (1547337214025) | @system | General | Status changed to Completed | |
| 2019/01/12 15:53 (1547337212245) | @system | General | owner2 authorized:exposecheaters.com, ip: 74.218.93.170 | |



## Fraud Indicators

[ Unmarked ]   [ Check for Fraud ]

| % | Indicator | Value | In Use | Definition |
|---|---|---|---|---|

## Order Items

Enter keywords 🔍



| domain change account (push) | exposecheaters.com |
|---|---|
| result | Owner Changed |
| new account | 326191 |

Order Cost  **$0.00**    Count: 1

## Payment Info

| Total Cost | $0.00 |
|---|---|
| Amount Paid | $0.00 |
| Payment Type | None |

Edit Payment
payment received: $0.00

| Date | Amount | Amount USD | Fee | Processor | Type | Subtype | Number/Email | Payment Details | Account Id | Order Id | Trade Id |
|---|---|---|---|---|---|---|---|---|---|---|---|

## Emails Sent/Received

orders@dynadot.com    (none)    Gen Email

| From | To | Date ⌄ | Subject |
|---|---|---|---|
| orders@dynadot.com | danrubie@yahoo.com | Jan 12, 2019 | Order Finished (order 5007002) (account danrubie) |
| orders@dynadot.com | breitensteinscott@gmail.com | Jan 12, 2019 | Change Account Notification (order 5007002) (account stinkylist) |
| orders@dynadot.com | danrubie@yahoo.com | Jan 12, 2019 | Order Received (order 5007002) (account danrubie) |

## Processing Logs

Account

| date | name | type | duration | other AID | DomainId | unixdate |
|---|---|---|---|---|---|---|
| 2019/01/12 15:53 | exposecheaters.com | move | | 9787 | 6212548 | 1547337213516 |
| 2019/01/12 15:53 | exposecheaters.com | move away | | 326191 | 5090154 | 1547337213504 |

## Load Time  ( 581ms )

Account info: 162ms, Order items: 105ms, Control box: 80ms, Emails: 76ms, Chats: 53ms, Processing logs: 41ms, Dispute: 40ms, Order logs: 14ms, Tickets: 6ms, Validation: 3ms, Notes and uploads: 1ms, Fraud indicators: 0ms, Payment info: 0ms, Payout info: 0ms



# dynadot

## View an Account

ACCOUNT SEARCH / ACCOUNT

**Account ID: 326191**  ENABLED   Sign in   ☐ Mark All Info as Fraudulent   ☐ Mark All Info as Legitimate

☑ Enabled   ☐ Verified   ☐ Newsletter   ☐ CSV Transfer Codes   ☐ Forum Ban; can't post due to added req.

☐ Account Info Lock   ☐ Skip High Cost Check   ☐ Skip Order Fraud Checks   ☐ API Banned   ☐ No New Orders

☐ Allow Premium Bulk   ☐ Up to 2147483647 backorders   ☐ Skip Device Id Check   ☐ Restricted 60 days   ☐ Is Reseller

☐ Dynadot owned account   Aftermarket Level  low ▾   ☐ No Dns Change   Signin Lock: Off

☐ Skip special tlds check   ☐ Allow Partner Api   ☑ Account manager newsletter   ☐ Disabled CN

☐ Skip Login Email Verification   ☐ Abuse Grace   ☑ Allow Open Marketplace   Prefer 3D Secure  auto ▾

Set

Leave account note...   Post

### Linked Accounts (Has Same Device ID History/Account Email/Payment Methods)

Same Device Id : -
Same Account Email : -
Same Payment Methods : -

### Account Info   Edit

#### Account

| | |
|---|---|
| Username: | stinkylist  Block |
| Email: | breitensteinscott@gmail.com  Block |
| Dispute Email: | |
| Forum Name: | s_b_dayton_us |
| Push Username: | stinkylist |
| Customer PIN: | 7284 |
| PIN Expiration: | 2022/09/28 18:45  expired |
| Sub Account | No |
| Is Reseller | No |
| API Key | |

#### Contact

| | |
|---|---|
| Name: | Scott Breitenstein  Block |
| Organization: | StinkyList |
| Address: | 29 Bidleman St |
| | Dayton, OH 45410 |
| | United States  Block |
| phone: | +1 9375405871  Block |

#### Spending

| | |
|---|---|
| Balance: | $0.00 |
| Held Balance: | $0.00 |
| Sale: | $0.00 |
| Pricing Level: | Regular |
| Account Manager: | None |
| Total Spending: | $0.00 in the last 365 days. |
| Lifetime spending: | $34.46 |

#### Account Activity

| | |
|---|---|
| Created: | 2019/01/11 |
| Last Signin: | 2022/09/27 |
| Total Signins: | 9 |
| Active Domains: | 0 |
| Active Sitebuilders: | 0 |
| Deletion Activity: | 0 registrations |
| | 0 grace deletions |
| gTLD Status: | Verified |
| Watchlist Quota: | 200 |
| Scheduled Deletion: | 1969/12/31 15:59  Active |

#### Anti-Fraud

| | |
|---|---|
| Dispute Ratio: | 0 |
| Phone Verified: | No |
| Email Verified: | Yes |

#### Aftermarket Activity

| | |
|---|---|
| Auction Cancelled Due To Renewal: | 0 |
| All Unpaid Auctions: | 0 |

#### Unique ID

| | |
|---|---|
| CPF or CNPJ (BRL): | |
| PAN (INR): | |

#### Marketplace AutoPay

| | |
|---|---|
| Auto Pay On: | No |

DYNA 0028



Total Loan Usd:        $0.00

## Orders in Account ( Show Count )

| Date Created | Status | OID | Price | Pay | Item(s) Ordered | Count |
|---|---|---|---|---|---|---|
| 2022/05/15 | Completed | 10829198 | $7.49 | CC | stdregistry.org | 1 |
| 2021/07/31 | Completed | 8880835 | $8.99 | CC | badboylist.com | 1 |
| 2021/07/31 | Completed | 8880831 | $8.99 | CC | exposecheaters.com | 1 |
| 2020/07/18 | Completed | 6829427 | $8.99 | PP | exposecheaters.com | 1 |

view more                                          View All

## Emails Sent/Received( Show Count )

accounts@dynadot.com ⌄          (none) ⌄          Gen Email

| From | To | Date ⌄ | Subject |
|---|---|---|---|
| abuse@globaldomaingroup.com | abuse@dynadot.com | Apr 17, 2024 | Fw: Fw: Case No.: 8:20-CV-01066-TDC - PETITIONER'S STATUS REPORT AND RESPONSE TO THE ORDER TO SHOW CAUSE |
| notifications@dynadot.com | breitensteinscott@gmail.com | Apr 4, 2024 | Dynadot Account Security Updates |
| notifications@dynadot.com | breitensteinscott@gmail.com | Feb 28, 2024 | Scheduled Maintenance at Dynadot on March 12 |
| no-reply@dynadot.com | breitensteinscott@gmail.com | Feb 7, 2024 | Head over heels for domain sales 💕 |
| notifications@dynadot.com | breitensteinscott@gmail.com | Sep 17, 2023 | Terms of Use Changed |

view more                                          View All

## Disputes ( Show Count )

Create Dispute

| Created | Modified | Description | ID | Type | Status | Investigator |
|---|---|---|---|---|---|---|
| 2024/04/16 | 2024/04/18 18:07 | exposecheaters.com | 152531 | Civil Subpoena | Closed | Alex Levit |
| 2020/07/24 | 2024/05/01 14:59 | exposecheaters.com | 52495 | Other | Open | Alex Levit |
| 2020/07/13 | 2022/05/12 02:42 | exposecheaters.com | 51961 | Copyright Infringement | Closed | Carol Fan 范春格 |
| 2019/03/11 | 2022/05/18 10:35 | exposecheaters.com | 33619 | Defamation: Libel | Closed | Alexia Whiting |

## Contacts( Show Count )

Enter keywords

| | Reg ID | Name/Email | Address | Phone/Fax | In Use | gTLD Status |
|---|---|---|---|---|---|---|
| ☐ | C-481145 | Scott Breitenstein | 29 Bidleman St | +1 9375405871 | yes | Verified |
| | | breitensteinscott@gmail.com | Dayton, OH 45410 | | | |
| | | | United States | | | |

DYNA 0029

# dynadot

| Host Name | IP Address | In Use |
|---|---|---|
| buy.internettraffic.com | | no |
| cass.ns.cloudflare.com | | no |
| ns1.cheatlane.com | | no |
| ns1.mysecurecloudhost.com | | no |
| ns1.orangewebsite.com | | no |

view more                                                    View All

## Fraud Indicators

0.00 Possible Ok    None ▾    Set    Reload

| % | Indicator | Value | In Use | Definition |
|---|---|---|---|---|
| 0.82 | Country | count_1-2 | Yes | country_count_1-2 |
| 0.80 | Account Email Domain | gmail.com | Yes | account_email_domain_gmail.com |
| 0.70 | Orders Count | 4-6 | Yes | orders_count_4-6 |

View All Indicators

## Domains expired for 30 days( 0 )

Enter keywords

| Domain | Domain ID | Expiration | Date Created | Status | Whois |
|---|---|---|---|---|---|

First  «  »  Last    go  1    page  1 / 0    10 / Total ▾

## Inactive Domains( Show Count )

Enter keywords

| Domain | Domain ID | Expiration | Date Created | Inactive Date | Status | Whois |
|---|---|---|---|---|---|---|
| stdregistry.org | 14924371 | 2023/05/15 | 2022/05/15 | 2023/06/24 | expired | saved whois |
| badboylist.com | 12106866 | 2022/07/31 | 2021/07/31 | 2022/09/10 | expired | saved whois |
| exposecheaters.com | 6212548 | 2022/07/29 | 2019/01/12 | 2022/09/07 | expired | saved whois |

First  «  1  »  Last    go  1    page  1 / 1    10 / Total ▾

## Credit Cards( Show Count )

| | Type | Number | Expiration | Name | Address | Default | Date Created |
|---|---|---|---|---|---|---|---|
| ☐ | American Express | ...2004 | EXPIRED 06/2024 | Shirley Eakins | 45414 United States | No | 2022/05/15 13:06 |
| ☐ | Visa | ...6968 | EXPIRED 03/2022 | shirley eakins | 45414 United States | No | 2021/07/31 21:40 |

DYNA 0030

# dynadot

| | Visa | ...6968 | EXPIRED 03/2022 | shirley eakins | Dayton, OH 45410 United States | No | 2021/07/31 21:38 |
|---|---|---|---|---|---|---|---|

## Marketing Info

| Heard About Us | Drefid | Landing Page | Referral Page |
|---|---|---|---|
| Other: | None -1 | /create_account.html | |

## Processing Logs

Registry(14)  Account(1)

| date | domain | type | duration | cost usd | cost | currency | agent | OID | order_currency | unixdate |
|---|---|---|---|---|---|---|---|---|---|---|
| 2023/06/24 18:51 | stdregistry.org | delete expire | 0 | 0.00 | 0.00 | USD | Dynadot | -1 | | 1687657860316 |
| 2023/06/24 18:51 | stdregistry.org | autorenew_credit | -1 | -9.93 | -9.93 | USD | Dynadot | -1 | | 1687657860316 |
| 2023/05/15 13:06 | stdregistry.org | autorenew_debit | 1 | 9.93 | 9.93 | USD | Dynadot | -1 | | 1684181162000 |
| 2022/09/10 06:50 | badboylist.com | delete expire | 0 | 0.00 | 0.00 | USD | Dynadot | -1 | | 1662817800371 |
| 2022/09/10 06:50 | badboylist.com | autorenew_credit | -1 | -8.39 | -8.39 | USD | Dynadot | -1 | | 1662817800371 |

view more                                                                          View All

## Account Payment Logs

Total Received: $34.46   USD $34.46                                               Payment Report

| Date | Amount | Amount USD | Fee | Processor | Type | Subtype | Number/Email | Payment Details | Account Id | Order Id | Trade Id |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022/05/15 13:06 | $7.49 | $7.49 | | Litle & Co. | card | auth_capture | Amex 3...2004 | address no match, zip match/cvv match 45414 United States | 326191 | 1082 9198 | |
| 2021/07/31 21:40 | $8.99 | $8.99 | | Litle & Co. | card | auth_capture | Visa 4...6968 | address no match, zip match/cvv match 45414 United States | 326191 | 8880 835 | |
| 2021/07/31 21:38 | $8.99 | $8.99 | | Litle & Co. | card | auth_capture | Visa 4...6968 | address no match, zip no match/cvv match Dayton, OH 45410 United States | 326191 | 8880 831 | |
| 2020/07/18 22:57 | $8.99 | $8.99 | $0.49 | paypal | completed | | stinkylist@protonmail.com | 8PH8733808225425M scott breitenstein,unverified,US | 326191 | 6829 427 | 8PH8733808225425M |

## Logs( Show Count )

2024 / 7 / 1 - 2024 / 8 / 21   None

Search

| Date | Who | Type | Message | IP |
|---|---|---|---|---|

## Domain DNS Logs( Show Count )



| Date | Who | Type | Message | IP |
|------|-----|------|---------|-----|

### Load Time  ( 745ms )

Orders: 396ms, Emails: 121ms, Control box: 54ms, Disputes: 45ms, Account info: 37ms, CC: 13ms, Payment logs: 13ms, Contacts: 5ms, Held Balance logs: 5ms, Tickets: 4ms, Installment Plan: 4ms, Payout logs: 4ms, Account Logs: 4ms, Domain DNS Logs: 4ms, Chats: 3ms, Fraud indicators: 3ms, Sub Accounts: 3ms, Active VPS: 2ms, Cn Audits: 2ms, Validation: 2ms, Inactive Email&Adv hostings: 2ms, Referral info: 2ms, Feature Requests: 2ms, Notes and uploads: 1ms, Active domains: 1ms, Email hosting: 1ms, Adv hosting: 1ms, Sitebuilders: 1ms, Logos: 1ms, SSL: 1ms, Cnnic Gtld Audits: 1ms, Xin Audits: 1ms, Inactive SB: 1ms, Inactive VPS: 1ms, Bank Accounts: 1ms, Shopping orders: 1ms, Messages: 1ms, Report Bugs: 1ms, Linked Accounts (Has Same Device ID History/Account Email/Payment Methods): 0ms, Servers: 0ms, Renew Restore: 0ms, Inactive domains: 0ms, Marketing info: 0ms, PayPal Account List: 0ms, Sale Transaction Logs: 0ms

 dynadot

| date | who | type | message | ip |
|---|---|---|---|---|
| 2022/09/27 18:48 | @customer | Domain Set Nameserver | Domain 14924371 DNS Settings From Name Servers: ns1.mysecurecloudhost.com To Name Servers: ns1.orangewebsite.com, ns2.orangewebsite.com; | 172.56.10.189 |
| 2022/09/27 18:47 | @customer | Domain Set Nameserver | Domain 14924371 DNS Settings From Name Servers: ns1.mysecurecloudhost.com, ns2.mysecurecloudhost.com, ns3.mysecurecloudhost.com, ns4.mysecurecloudhost.com To Name Servers: ns1.mysecurecloudhost.com; | 172.56.10.189 |
| 2022/09/27 18:45 | @customer | Account Info Change | Customer PIN changed: 7284 | 172.56.10.189 |
| 2022/09/27 18:45 | @customer | Signin/Secure Signin | Signin: 172.56.10.189 | 172.56.10.189 |
| 2022/09/27 18:45 | @customer | Account Info Change | Password Changed. | 172.56.10.189 |
| 2022/09/27 18:42 | @system | Forgot Username/Password Look Up | Forgot Username Recover(Single) email sent | 172.56.10.189 |
| 2022/05/15 15:25 | @customer | Account Info Change | Customer PIN changed: 9687 | 174.101.179.145 |
| 2022/05/15 15:25 | @customer | Signin/Secure Signin | Signin: 174.101.179.145 | 174.101.179.145 |
| 2022/05/15 13:09 | @customer | Domain Set Nameserver | Domain 14924371 DNS Settings From Dynadot Parking To Name Servers: ns1.mysecurecloudhost.com, ns2.mysecurecloudhost.com, ns3.mysecurecloudhost.com, ns4.mysecurecloudhost.com; | 174.101.179.145 |
| 2022/05/15 13:07 | @customer | Account Lock | Account UNLOCKED | 174.101.179.145 |
| 2022/05/15 13:06 | @customer | Cart Order Changed | Set cart order to -1 | 174.101.179.145 |
| 2022/05/15 13:04 | @customer | Cart Order Changed | Set cart order to 10829198 | N/A |
| 2022/05/15 13:02 | @customer | Account Info Change | Customer PIN changed: 0046 | 174.101.179.145 |
| 2022/05/15 13:02 | @customer | Signin/Secure Signin | Signin: 174.101.179.145 | 174.101.179.145 |
| 2022/05/15 10:33 | @customer | Account Info Change | Customer PIN changed: 6392 | 174.101.179.145 |
| 2022/05/15 10:33 | @customer | Signin/Secure Signin | Signin: 174.101.179.145 | 174.101.179.145 |
| 2022/05/15 10:33 | @customer | Account Info Change | Password Changed. | 174.101.179.145 |

DYNA 0033

| | | | | |
|---|---|---|---|---|
| 2022/05/15 10:31 | @system | Forgot Username/Password Look Up | Forgot Password Reset email sent | 174.101.179.145 |
| 2021/07/31 21:40 | @customer | Cart Order Changed | Set cart order to -1 | 159.203.36.51 |
| 2021/07/31 21:39 | @customer | Cart Order Changed | Set cart order to 8880835 | N/A |
| 2021/07/31 21:38 | @customer | Cart Order Changed | Set cart order to -1 | 159.203.36.51 |
| 2021/07/31 21:36 | @customer | Cart Order Changed | Set cart order to 8880831 | N/A |
| 2021/07/31 21:35 | @customer | Signin/Secure Signin | Signin: 159.203.36.51 | 159.203.36.51 |
| 2021/07/31 21:35 | @customer | Account Info Change | Password Changed: nc)rIfHI25#RFQd^ | 159.203.36.51 |
| 2021/07/31 21:32 | @system | Forgot Username/Password Look Up | Forgot Username Recover(Single) email sent | 159.203.36.51 |
| 2020/07/18 22:55 | @customer | Cart Order Changed | Set cart order to -1 | 74.218.93.170 |
| 2020/07/18 22:53 | @customer | Cart Order Changed | Set cart order to 6829427 | N/A |
| 2020/07/18 22:53 | @customer | Signin/Secure Signin | Signin: 74.218.93.170 | 74.218.93.170 |
| 2020/07/18 22:53 | @customer | Account Info Change | Password Changed: Scott5220 | 74.218.93.170 |
| 2020/07/18 22:50 | @system | Forgot Username/Password Look Up | Forgot Username/Password Lookup (username match): 74.218.93.170 | 74.218.93.170 |
| 2019/01/12 16:33 | @customer | Contact Record | Contact Record C-481145 verified; agreed to S.A. IP: 74.218.93.170 | 74.218.93.170 |
| 2019/01/12 16:12 | @customer | Domain Set Nameserver | Domain 6212548 DNS Settings From Name Servers: ns1.cheatlane.com, ns2.cheatlane.com To Name Servers: cass.ns.cloudflare.com, rajeev.ns.cloudflare.com; | 74.218.93.170 |
| 2019/01/12 15:54 | @customer | Domain Set Nameserver | Domain 6212548 DNS Settings From Name Servers: buy.internettraffic.com, sell.internettraffic.com To Name Servers: ns1.cheatlane.com, ns2.cheatlane.com; | 74.218.93.170 |
| 2019/01/12 15:52 | @customer | Signin/Secure Signin | Signin: 74.218.93.170 | 74.218.93.170 |
| 2019/01/12 13:07 | @customer | Signin/Secure Signin | Signin: 74.218.93.170 | 74.218.93.170 |
| 2019/01/12 13:07 | @customer | Account Info Change | Password Changed: shirley1949 | 74.218.93.170 |
| 2019/01/12 13:05 | @system | Forgot Username/Password Look Up | Forgot Username/Password Lookup (username match): 74.218.93.170 | 74.218.93.170 |

| | | | | |
|---|---|---|---|---|
| 2019/01/11 21:07 | @customer | Account Lock | Account UNLOCKED | 74.218.93.170 |
| 2019/01/11 21:03 | @customer | Signin/Secure Signin | Signin: 74.218.93.170 | 74.218.93.170 |
| 2019/01/11 21:01 | @customer | Contact Record | Contact Record 481145 Created; IP: 74.218.93.170; Organization: StinkyList; Name: Scott Breitenstein; Email: breitensteinscott@gmail.com; | 74.218.93.170 |
| 2019/01/11 21:01 | @customer | Account Info Change | Account Create: 74.218.93.170 | 74.218.93.170 |