UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

OBADIAH OSEKO KEGEGE,

    Plaintiff,

    v.

NAMESILO LLC, *et al.*,

    Defendants.

Civil Action No. TDC-20-1066

ORDER

Where Defendant NameSilo LLC was previously served in this case, *see* Service Documents at 63, ECF No. 7, it is hereby ORDERED that NameSilo LLC shall file an Answer to the Amended Complaint or other responsive pleading within **14 days** of the date of this Order.

Date: September 23, 2024

THEODORE D. CHUANG
United States District Judge