UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

OBADIAH OSEKO KEGEGE,

   Plaintiff,

v.

NAMESILO LLC, *et al.*,

   Defendants.

Civil Action No. TDC-20-1066

### ORDER

On October 7, 2024, Defendant Namesilo LLC filed a Motion to Dismiss. The Case Management Order states that "[n]o motions may be filed without first seeking a Pre-Motion Conference with the Court." Case Management Order § II.A.1, ECF No. 2. Namesilo LLC has not sought a pre-motion conference with the Court.

Accordingly, it is hereby ORDERED that:

1. The Motion to Dismiss, ECF No. 61, is DENIED WITHOUT PREJUDICE.

2. If Namesilo LLC seeks to file a motion, Namesilo LLC must file a Notice of Intent to File a Motion pursuant to section II.A.2 of the Case Management Order.

Date: October 9, 2024



THEODORE D. CHUANG
United States District Judge