UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

OBADIAH OSEKO KEGEGE,

    Plaintiff,

    v.

NAMESILO, LLC, *et al.*,

    Defendants.

Civil Action No. TDC-20-1066

ORDER

For the reasons stated during the November 1, 2024 Case Management Conference, it is hereby ORDERED that:

1. Self-represented Plaintiff Obadiah Oseko Kegege is granted leave to file the amended complaint proposed in ECF No. 65 by **Monday, December 2, 2024.**

2. Defendants Tucows Inc., Dynadot, Inc., GoDaddy.com, LLC, and Namesilo, LLC are granted leave to file the Motions to Dismiss proposed in ECF Nos. 21, 55, 56, and 64. The Motions will be deemed timely if filed by **Friday, January 10, 2025.** Defendants may file a single, consolidated brief and shall work together to avoid duplicative arguments.

3. Kegege's Opposition to the Motion is due by **Friday, January 31, 2025.**

4. Any reply briefs are due by **Friday, February 14, 2025.**

Date: November 4, 2024

THEODORE D. CHUANG
United States District Judge