IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | * | |
| Plaintiff, | * | |
| V. | * | Case No.: 8:20-CV-01066-TDC |
| NAMESILO LLC, et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S DECLARATIONS AND RESPONSE TO "NAMESILO'S MOTION TO DISMISS"**

The Plaintiff **Dr. Obadiah Oseko Kegege,** hereby Answers, Responds, and Interposes Affirmative Declarations to the Defendant NAMESILO LLC'S Motion to Dismiss (ECF 61-1) dated August 02, 2024:

I. **RESPONSE TO THE "INTRODUCTION" SECTION.**

1. The Plaintiff agrees with the NAMESILO's assertion that NAMESILO served as the Domain Registrar of Record for the Concealed Entities, some of which NAMESILO has now provided their true identities.

2. The Plaintiff re-affirms that NAMESILO served as the Domain Registrar of Record of the Concealed Entities (which may be cyber terrorists or organized criminal cartels), and that NAMESILO enabled them be on the internet. The Plaintiff is on the process of amending the complaint to serve these unmasked concealed entities.

3. The Plaintiff asserts that it has taken a lot of tussle, suffering, loss of business, and more than three years for NAMESILO to respond.