IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| OBADIAH OSEKO KEGEGE<br>Plaintiff,<br>V.<br><br>SCOTT BREITENSTEIN, JOSH JACKSON, GEORGE RING, et al.,<br><br>Defendants. | Case No.:  8:20-CV-01066-TDC<br><br>Certificate of Service |
|---|---|

**CERTIFICATE OF SERVICE**

I, Obadiah Oseko Kegege HEREBY CERTIFY that on the 6th day of December, 2024, the following documents were mailed to **SCOTT BREITENSTEIN** :

1. **ECF 71  - Amended Complaint , Exhibits**
2. **ECF 73  Summon - Scott Breitenstein**
3. **ECF 2 - Case Management Order**

via certified mail-restricted delivery (see Exhibit 1), using the delivery address below:

Scott Breitenstein
29 Bidleman St
Dayton, OH 45410

Also, I HEREBY CERTIFY that on the 18th day of December, 2024, I served the above documents on **SCOTT BREITENSTEIN** via email address:  breitensteinscott@gmail.com (**see Exhibit 2**).  The records already in the case file shows that  SCOTT BREITENSTEIN uses this email for day-to-day business and communication.

The certificate of service was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record.

_____
Obadiah O. Kegege

Case No.: 8:20-CV-01066-TDC

## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege HEREBY CERTIFY that on the 6th day of December, 2024, the following documents were mailed to **JOSH JACKSON**:

1. ECF 71 - Amended Complaint , Exhibits
2. ECF 73-1 Summon - Josh Jackson
3. ECF 2 - Case Management Order

via certified mail-restricted delivery (see Exhibit 1), using the delivery address below:

Josh Jackson
7680 Hwy 98
Pensacola, FL 32506

Also, I HEREBY CERTIFY that on the 18th day of December, 2024, I served the above documents on **JOSH JACKSON** via email: solutionscentral6@bitmessage.ch (**see Exhibit 3**).

The certificate of service was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record.

_Obadiah K._
Obadiah O. Kegege

Case No.: 8:20-CV-01066-TDC

## CERTIFICATE OF SERVICE

I, Obadiah Oseko Kegege HEREBY CERTIFY that on the 6th day of December, 2024, the following documents were mailed to **GEORGE RING**:

1. ECF 71 - Amended Complaint , Exhibits
2. ECF 73-2  Summon - George Ring
3. ECF 2 - Case Management Order

via USPS First-Class International mail (see Exhibit 1), using the delivery address below:

> George Ring
> DN Capital Inc.
> Office 401-74, Century Tower,
> Avenue Ricardo Alfaro,  El Dorado,
> Panama City, PA 00000

Also, I HEREBY CERTIFY that on the 18th day of December, 2024, I served the above documents on **GEORGE RING** via email: admin@dn-capital.com (**see Exhibit 4**). The records already in the case file shows that **GEORGE RING** uses this email for day-to-day business and communication.

The certificate of service was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record.

_Obadiah O. Kegege_
Obadiah O. Kegege

**Exhibit 1**



## Exhibit 2

 Outlook

**US District Court Case No.: 8:20-CV-01066-TDC, SCOTT BREITENSTEIN**

From  Obadiah ke <obadiah_ke@hotmail.com>
Date  Wed 12/18/2024 10:27 PM
To    breitensteinscott@gmail.com <breitensteinscott@gmail.com>

6 attachments (12 MB)
ECF 2 - Case Management Order 8-20-CV-01066-TDC.pdf; ECF 71 Amended Complaint - 8-20-CV-01066-TDC.pdf; ECF 73 Summon - Scott Breitenstein - Court Stamped.pdf; ECF 71-1 Exhibit 1 - Defamatory Websites.pdf; ECF 71-2 Exhibit 2 - 3rd Party Arbitration Services.pdf; ECF 71-3 Exhibit 3 - New Defamation and Copyright Infringement.pdf;

To SCOTT BREITENSTEIN:

Please find the attached documents for the case I filed against you at the US District Court:

1. ECF 71 - Amended Complaint, Exhibits
2. ECF 73 Summon - Scott Breitenstein
3. ECF 2 - Case Management Order

Also, I HEREBY CERTIFY that on the 18th day of December, 2024, I served the above documents on **SCOTT BREITENSTEIN** via email address: breitensteinscott@gmail.com

Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA
obadiah_ke@hotmail.com

## Exhibit 3

 Outlook

**US District Court Case No.: 8:20-CV-01066-TDC, JOSH JACKSON**

From  Obadiah ke <obadiah_ke@hotmail.com>
Date  Wed 12/18/2024 10:34 PM
To    solutionscentral6@bitmessage.ch <solutionscentral6@bitmessage.ch>

📎 6 attachments (12 MB)
ECF 2 - Case Management Order 8-20-CV-01066-TDC.pdf; ECF 71 Amended Complaint - 8-20-CV-01066-TDC.pdf; ECF 73-1 Summon - Josh Jackson - Court Stamped.pdf; ECF 71-1 Exhibit 1 - Defamatory Websites.pdf; ECF 71-2 Exhibit 2 - 3rd Party Arbitration Services.pdf; ECF 71-3 Exhibit 3 - New Defamation and Copyright Infringement.pdf;

To JOSH JACKSON:

Please find the attached documents for the case I filed against you at the US District Court:

1. **ECF 71 - Amended Complaint , Exhibits**
2. **ECF 73-1 Summon - Josh Jackson**
3. **ECF 2 - Case Management Order**

Also, I HEREBY CERTIFY that on the 18th day of December, 2024, I served the above documents on **JOSH JACKSON** via email: solutionscentral6@bitmessage.ch

Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA
obadiah_ke@hotmail.com

## Exhibit 4

 Outlook

---

**US District Court Case No.: 8:20-CV-01066-TDC, GEORGE RING**

---

**From** Obadiah ke <obadiah_ke@hotmail.com>
**Date** Wed 12/18/2024 10:38 PM
**To** admin@dn-capital.com <admin@dn-capital.com>

6 attachments (12 MB)
ECF 2 - Case Management Order 8-20-CV-01066-TDC.pdf; ECF 71 Amended Complaint - 8-20-CV-01066-TDC.pdf; ECF 73-2 Summon - George Ring - Court Stamped.pdf; ECF 71-1 Exhibit 1 - Defamatory Websites.pdf; ECF 71-2 Exhibit 2 - 3rd Party Arbitration Services.pdf; ECF 71-3 Exhibit 3 - New Defamation and Copyright Infringement.pdf;

To GEORGE RING:

Please find the attached documents for the case I filed against you at the US District Court:

1. **ECF 71 - Amended Complaint , Exhibits**
2. **ECF 73-2 Summon - George Ring**
3. **ECF 2 - Case Management Order**

Also, I HEREBY CERTIFY that on the 18th day of December, 2024, I served the above documents on **GEORGE RING** via email: admin@dn-capital.com .

Respectfully submitted,

Obadiah Kegege
P.O. Box 1153
Greenbelt, MD 20768, USA
obadiah_ke@hotmail.com