IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OBADIAH OSEKO KEGE<br><br>     Plaintiff,<br><br>v.<br><br>NAMESILO, LLC et al.,<br><br>     Defendants. | CASE NO.: 8:20-CV-01066-TDC<br><br>DEFENDANTS<br>NAMESILO, LLC'S & TUCOWS INC.<br>MOTION TO DISMISS |

Defendants, Namesilo & Tucows, by and through undersigned counsel hereby moves this Honorable Court to dismiss Plaintiff's Complaint. The reasons for this Motion are set forth in the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss.

WHEREFORE, Defendant respectfully requests that this Court dismiss the Complaint in its entirety, with prejudice, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: January 10, 2025

Respectfully submitted,

/s/ *Stevan H. Lieberman*
Stevan H. Lieberman
Greenberg & Lieberman, LLC
1775 Eye Street NW
Suite 1150
Washington, DC 20006
Tel: 202-625-7000
Fax: 202-625-7001
Stevan@aplegal.com

*Counsel for Defendants*
*Namesilo, LLC. & Tucows inc.*