## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

OBADIAH OSEKO KEGEGE,

    Plaintiff,

v.

                                Civil Action No. 20-1066-TDC

NAMESILO, LLC, *et al.*,

    Defendants.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby
ORDERED that:

1. The Motions to Dismiss, ECF Nos. 75, 76, 77, are GRANTED.

2. Defendants NameSilo LLC ("NameSilo"), GoDaddy LLC ("GoDaddy"), Dynadot LLC ("Dynadot"), and Tucows, Inc. ("Tucows") shall each email to Plaintiff Obadiah Oseko Kegege specific, written instructions on how to serve subpoenas on its company, such as by providing Kegege with the specific mailing address for a registered agent charged with accepting and processing such subpoenas, within **7 days** of the date of this Order.

3. Defendants NameSilo, GoDaddy, Dynadot, and Tucows will be DISMISSED from this case **14 days** after the date of this Order.

4. Kegege is authorized to serve the subpoena for GoDaddy previously authorized by the Court within **21 days** of the date of this Order.

Date: August 11, 2025



THEODORE D. CHUANG
United States District Judge