## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OBADIAH OSEKO KEGEGE<br>Plaintiff,<br>V.<br><br>NAMESILO LLC,  et al.<br><br>Defendants. | Case No.:   __8:20-CV-01066-TDC__<br><br>Certificate of Service |

## **CERTIFICATE OF SERVICE**

As per Court Order (ECF No. 104), I,  Obadiah Oseko Kegege  HEREBY CERTIFY  that on the  22nd day of August, 2025, served **GoDaddy.com, LLC** the subpoena to produce documents that was previously authorized by the Court.  The following documents were mailed to GoDaddy.com LLC:

1. **2022-07-15 GoDaddy.com LLC Subpoena to Produce Documents**
2. **ECF 19 - AMENDED COMPLAINT**
3. **ECF 28 - Court Order to Serve Subpoenas**

via certified mail (see Exhibit 1), using the delivery address below:

> **Compliance Department
> GoDaddy.com, LLC
> 100 S. Mill Ave
> Suite 1600
> Tempe, AZ 85281 USA**

Also, I HEREBY CERTIFY that on the 22nd  day of August, 2025, I served the above documents on **GoDaddy.com LLC** Counsel of Record via email:  Jeffrey M. Monhait ( JMonhait@cozen.com ) Chad E.Kurtz ( ckurtz@cozen.com ) (see Exhibit 2).

> Respectfully submitted,
>
> *Obadiah-K.*
> _____
> P.O. Box  1153
> Greenbelt, MD 20768

Case No.: 8:20-CV-01066-TDC

**CERTIFICATE OF SERVICE**

I, Obadiah Oseko Kegege HEREBY CERTIFY that on this 26th day of August, 2025, the certificate of service was electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record:

| | |
|---|---|
| **Stevan H. Lieberman**<br>Greenberg & Lieberman, LLC<br>1775 I Street, NW, Suite 1150<br>Washington, D.C. 20006<br>partners@aplegal.com<br><br>*Counsel for Namesilo, LLC* | **John Edward McCann , Jr**<br>**Brianna Diane Gaddy**<br>Miles and Stockbridge PC<br>100 Light St<br>Baltimore, MD 21202<br>jmccann@milesstockbridge.com<br>bgaddy@milesstockbridge.com<br><br>*Counsel for DYNADOT LLC* |
| **Stevan H. Lieberman**<br>Greenberg & Lieberman, LLC<br>1775 I Street, NW, Suite 1150<br>Washington, D.C. 20006<br>partners@aplegal.com<br><br>*Counsel for Tucows Inc.* | **Chad Evin Kurtz**<br>**Jeffrey M. Monhait**<br>COZEN O'CONNOR<br>2001 M Street NW, Suite 500<br>Washington, DC 20036<br>ckurtz@cozen.com<br>chad-kurtz-7015@ecf.pacerpro.com,<br>mchappell@cozen.com<br><br>*Counsel for* GoDaddy.com, LLC |
| | |

_____
Obadiah O. Kegege

## **Exhibit 1 (a)**




**Exhibit 1 (b)**



**Exhibit 2 (pg1)**

8/22/25, 6:24 PM

Mail - Obadiah ke - Outlook

 Outlook

**8:20-cv-01066-TDC: Service of Subpoenas: Mailed to GoDaddy on 2025_08_22**

From  Obadiah ke <obadiah_ke@hotmail.com>
Date  Fri 8/22/2025 6:23 PM
To    Monhait, Jeffrey <JMonhait@cozen.com>
Cc    Kurtz, Chad E. <ckurtz@cozen.com>

3 attachments (5 MB)
ECF 19 - AMENDED COMPLAINT.pdf; ECF 28 - Court Order to Serve Subpoenas.pdf; 2022-07-15 GoDaddy_com LLC -Subpoena to Produce Documents.pdf;

Date: August 22, 2025

Dear Jeffrey M. Monhait/Counsel for GoDaddy.com, LLC:

I have served GoDaddy.com, LLC the subpoena by certified mail, using the address below as you instructed:

Compliance Department
GoDaddy.com, LLC
100 S. Mill Ave
Suite 1600
Tempe, AZ 85281 USA

Also, as you instructed to be emailed a copy, please find the attached subpoena with the supporting documents for your reference.

I can be served by email with receipt confirmation. No need to send printed documents, if you choose.  Please let me know if you have any questions.

Thank you,
Dr. Kegege

---

From: Monhait, Jeffrey <JMonhait@cozen.com>
Sent: Tuesday, August 12, 2025 1:06 PM
To: Obadiah ke <obadiah_ke@hotmail.com>
Cc: Kurtz, Chad E. <ckurtz@cozen.com>
Subject: 8:20-cv-01066-TDC: Service of Subpoenas

Dear Mr. Kegege,

Pursuant to the Court's August 11, 2025 Order (ECF No. 104), we write to provide "specific, written instructions on how to serve subpoenas on" GoDaddy.com, LLC ("GoDaddy"). **Separate and apart from the below, when you serve GoDaddy with a subpoena in this matter, please also email me a courtesy copy of the subpoena.**

https://outlook.live.com/mail/0/sentitems/id/AQQkADAwATE4MTgxLWE2ZjEtOGQxMy0wMAltMDAKABAAnA8mc%2B4%2F2UqgE5FA2IhJNg%3D%3D  1/2

## **Exhibit 2 (pg2)**

8/22/25, 6:24 PM                                                                 Mail - Obadiah ke - Outlook

GoDaddy's Subpoena's Policy is available here: https://www.godaddy.com/legal/agreements/subpoena-policy

As set forth in GoDaddy's Subpoena Policy:

> GoDaddy is headquartered in Tempe, Arizona and all subpoenas should be served at that location or mailed to:
>
> Compliance Department
> GoDaddy.com, LLC
> 100 S. Mill Ave
> Suite 1600
> Tempe, AZ 85281 USA
>
> Alternatively, the subpoena can be faxed to:
> (480) 624-2546
> Attn: Compliance Department

Best,
Jeff



**Jeffrey M. Monhait**
Member | Cozen O'Connor
3 WTC, 175 Greenwich Street 55th Floor | New York, NY 10007
P: 215-665-2084  F: 215-989-4183
Pronouns: he/him/his
Email | Bio | LinkedIn | Map | cozen.com

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*