# USPS Tracking®

FAQs

Remove

Tracking Number:

## 9589071052702241705734

Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 11:04 am on December 9, 2024 in DAYTON, OH 45410.

**Get More Out of USPS Tracking:**
**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**
DAYTON, OH 45410
December 9, 2024, 11:04 am

**Out for Delivery**
DAYTON, OH 45410
December 9, 2024, 8:55 am

**Redelivery Scheduled for Next Business Day**
DAYTON, OH 45410
December 8, 2024, 1:53 pm

**Out for Delivery**
DAYTON, OH 45410
December 8, 2024, 12:59 pm

**Arrived at Hub**
DAYTON, OH 45432
December 8, 2024, 12:48 pm

**Arrived at USPS Facility**

DAYTON, OH 45432
December 8, 2024, 8:48 am

Departed USPS Regional Facility

DAYTON OH DISTRIBUTION CENTER
December 8, 2024, 6:15 am

Arrived at USPS Regional Facility

DAYTON OH DISTRIBUTION CENTER
December 8, 2024, 5:13 am

Departed USPS Regional Facility

CINCINNATI OH DISTRIBUTION CENTER
December 8, 2024, 3:42 am

Arrived at USPS Regional Facility

CINCINNATI OH DISTRIBUTION CENTER
December 7, 2024, 10:44 pm

In Transit to Next Facility

December 7, 2024

Arrived at USPS Regional Origin Facility

WASHINGTON DC DISTRIBUTION CENTER
December 6, 2024, 9:45 pm

Departed Post Office

DISTRICT HEIGHTS, MD 20747
December 6, 2024, 6:07 pm

USPS in possession of item

DISTRICT HEIGHTS, MD 20747
December 6, 2024, 4:15 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?

## Text & Email Updates