**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| OBADIAH OSEKO KEGEGE | * | |
| Plaintiff, | * | |
| **V.** | * | **Case No.:  8:20-CV-01066-TDC** |
| SCOTT  BREITENSTEIN,   JOSH  JACKSON, and | * | |
| GEORGE RING | * | |
| Defendants. | | |

\*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*        \*

<u>**PLAINTIFF'S STATUS REPORT AND RESPONSE TO COURT ORDER ECF 106**</u>

The Plaintiff has submitted proof of service (ECF 107) confirming that Scott Breitenstein was served via Certified Mail, Restricted Delivery, as per Federal Rules of Civil Procedure 4(e)(1) and Maryland Rule 2-121(3).  The Plaintiff asserts that the proof of service to Defendant Scott Breitenstein is not deficient.

The Plaintiff has attempted to effectuate service to Defendant Josh Jackson (ECF 74) under Rule 4(e)(1) but was unsuccessful.  The Plaintiff believes that the Defendant Josh Jackson's address is not complete or real.  The "7680 Hwy 98, Pensacola, FL 32506" address belongs to Crystal Lake Apartments, and that a complete address should include the apartment number.   The Plaintiff believes that the Defendant Josh Jackson's address is concealed to evade service, but uses email and internet to run his defamation, treats, and extortion business.   The Plaintiff believes that email is the only means that is reasonably calculated to give notice to Josh Jackson.    The Plaintiff hereby request the Court to order service by email to Josh Jackson.

The Plaintiff has attempted to effectuate service to Defendant George Ring (ECF 74) under Rule 4(f)(2)(C)(ii) but failed.  The Plaintiff mailed the subpoena to George Ring on December 06, 2024.  The same mail to George Ring failed delivery and got returned from Panama on December 10, 2025.   The

Plaintiff believes that the Defendant George Ring's real address is concealed, wrong, or intentionally misleading, but uses email and internet to run his defamation, treats, and extortion business. And, for the Plaintiff re-attempting to serve the Defendant using Rule 4(f)(2)(C) will be unsuccessful, costly, and time-consuming. The Plaintiff believes that email is the only means that is reasonably calculated to give notice to George Ring. Plaintiff believes that it is constitutionally valid and there is no treaty conflict since Panama has not signed on to the Hague Service Convention.   The Plaintiff hereby request the Court to order Rule 4(f)(3) and serve Defendant George Ring by email.

### Plaintiff's Conclusion and Request for Default Judgment

The Plaintiff believes that Scott Breitenstein, Josh Jackson, and George Ring runs a **criminal network** of **defamation, extortion, and harassment**. The subpoenaed documents obtained from Defendants GODADDY.COM LLC, NAMESILO LLC, DYNADOT LLC, and TUCOWS INC show that they use sophisticated methods to hide identities and use different platforms to target victims (*see Exhibit A and Exhibit B*).

Scott Breitenstein was properly served (ECF 107) but refused to appear or respond. The Plaintiff hereby requests the Court to formally note that the Defendant Breitenstein is default (FRCP 55 (a)). Also, the Plaintiff hereby requests the Court to allow him to submit a Motion for Default Judgment (FRCP 55 (b)) against Breitenstein.

Dated: December 13, 2025

Respectfully submitted,

Obadiah-K.

P.O. Box  1153
Greenbelt, MD 20768

**EXHIBIT A**

Registrant Data Responsive to Subpoena

**WTFCHEATERS.COM**

Created: 2019-03-05
Expires: 2022-03-05

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**WORSTHOMEWRECKERS.COM**

Created: 2019-09-01
Expires: 2022-09-01

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CATFISHED.NET**

Created: 2019-02-18
Expires: 2023-02-18

Registrant
Josh Jackson
7680 Hwy 98
Pensacola, FL 32506
US
solutionscentral6@bitmessage.ch
Phone: 802-328-8006

## SHESHOMEWRECKER.COM

Created: 2018-04-10
Expires: 2022-04-10

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERXPOSED.COM**

Created: 2018-12-18
Expires: 2022-12-18

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**HELLOCHEATERS.COM**

Created: 2019-10-05
Expires: 2022-10-05

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERSIREN.COM**

Created: 2019-10-07
Expires: 2020-10-07

First Name
Scott

Last Name
Breitenstein

Country
United States

State
Ohio(OH)

City
Dayton

Zip/Postal Code
45410

Address 1
29 Bidleman St

Email Address
breitensteinscott@gmail.com

Phone Number
+1937-540-5871

**WTFSCAM.COM**

Created: 2019-07-30
Expires: 2022-07-30

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**REPORTAFFAIRS.COM**

Created: 2018-12-10
Expires: 2022-12-10

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERINFORMER.COM**

Created: 2019-09-17
Expires: 2022-09-17

First Name
Scott

Last Name
Breitenstein

Country
United States

State
Ohio(OH)

City
Dayton

Zip/Postal Code
45410

Address 1
29 Bidleman St

Email Address
breitensteinscott@gmail.com

Phone Number
+1937-540-5871

**WIKICHEATER.COM**

Created: 2018-10-09
Expires: 2020-10-09

First Name
Scott

Last Name
Breitenstein

Country
United States

State
Ohio(OH)

City
Dayton

Zip/Postal Code
45410

Address 1
29 Bidleman St

Email Address
breitensteinscott@gmail.com

Phone Number
+1937-540-5871

**EXPOSECHEATINGONLINE.COM**

Created: 2019-02-27
Expires: 2023-02-27

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERPICTURE.COM**

Created: 2019-06-01
Expires: 2022-06-01

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**INTERNETCHEATER.COM**

Created: 2018-10-11
Expires: 2020-10-11

First Name
Scott

Last Name
Breitenstein

Country
United States

State
Ohio(OH)

City
Dayton

Zip/Postal Code
45410

Address 1
29 Bidleman St

Email Address
breitensteinscott@gmail.com

Phone Number
+1937-540-5871

**DONTDATEACHEATER.COM**

Created: 2019-03-18
Expires: 2022-03-18

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**CHEATERRADAR.COM**

Created: 2019-06-04
Expires: 2022-06-04

Registrant
StinkyList Organization
Scott Breitenstein
29 Bidleman St
Dayton, OH 45410
US
breitensteinscott@gmail.com
Phone: 937-540-5871

**DEADBEATREGISTRY.COM**

Created: 2016-04-26
Expires: 2023-04-26

Registrant
DN Capital Inc.
George Ring
O^ice 401-74, Century Tower, Av. Ricardo Alfaro
El Dorado
Panama City, PA 00000
PA
admin@dn-capital.com
Phone: 8339045

 Outlook

## 8:20-cv-01066-TDC: Response to Subpoena

**From** Monhait, Jeffrey <JMonhait@cozen.com>

**Date** Tue 9/23/2025 9:16 AM

**To** Obadiah ke <obadiah_ke@hotmail.com>

**Cc** Kurtz, Chad E. <ckurtz@cozen.com>

Dear Mr. Kegege,

Pursuant to the Court's June 13, 2022 Order (ECF No. 28), and the subpoena you sent to GoDaddy.com, LLC on or about August 22, 2025, here is the registrant contact information for the domain names exposecheater.com, and cheaterboard.com:

**Exposecheater.com**
Name: Shirley Eakins
Company:
Email: stinkylist@protonmail.com
Address 1: 1949 Drill Ave
Address 2:
City: Dayton
State/Province: OH
Postal Code: 45414
Country: United States
Phone: +1.9372784515

The customer also provided a second phone number: +1.9375405871.

**Cheaterboard.com**
Name: Scott Breitenstein
Company: LS Computers Technologies
Email: breitensteinscott@gmail.com
Address 1: 22 west mumma ave
Address 2:
City: Dayton
State/Province: OH
Postal Code: 45405
Country: United States
Phone: +1.9376607343

The customer also provided a second email address: consumeronlineprotection@gmail.com, as well as a billing address of 1949 Drill Ave, Dayton, OH 45414.

Best,
Jeff

 **Jeffrey M. Monhait**
**Member | Cozen O'Connor**